# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| **Equal Employment Opportunity Commission** | |
| *Plaintiff* | Case No. **3:20-cv-00187-VAB** |
| v. | |
| **Yale New Haven Hospital, Inc.** | |
| *Defendant* | |

## Identification of Initial Discovery Protocol for Employment Cases

To:   The Clerk of Court and all parties of record

○ The Initial Discovery Protocol does apply to this case.

⦿ The Initial Discovery Protocol does not apply to this case.

Date:   **02/11/2020**

**/s/ Markus L Penzel**

*Attorney's signature*

**Markus L. Penzel ct03381**

*Printed name and bar number*

**EEOC, Boston Area Office**
**JFK Federal Bldg., Room 475**
**Boston, MA 02203-0506**

*Address*

**markus.penzel@eeoc.gov**

*E-mail address*

**617-565-3193**

*Telephone number*

**617-565-3196**

*FAX number*

Rev. 9/20/12