# Exhibit 1

(Letter from YNHH dated June 12, 2019)

Yale
NewHaven
Health

Yale New Haven
Hospital

June 12, 2019

Jinny L. Miranda, EO Investigator
U.S. Equal Employment Opportunity Commission
John F. Kennedy Federal Building
475 Government Center
Boston, MA 02203

VIA: Respondent's Portal

Re:  Irwin Nash v. Yale New Haven Hospital
     EEOC Charge No.: 523-2018-01757

Dear Ms. Miranda:

1. Are there any employees of Respondent who have been subjected to the Late Career Practitioner Policy? If so, identify them by name, position, and date of birth, and state the result of the Neuropsychological examination for each.

**ANSWER:**

**General Objection:** The Respondent objects to providing any individually identifiable information sought in this Request for Information as all information related to the process of appointment and reappointment of any practitioner is subject to and protected under the peer review statute Conn. Gen. Statute Section 19a-7b. Notwithstanding this objection, attached as Exhibit A is an Excel document which identifies *by number* the four employees of Yale New Haven Hospital to whom Neuropsychological Examinations have been administered pursuant to the Late Career Practitioner Policy.

2. Who owns Respondent Yale New Haven Hospital?

789 Howard Avenue
CB 230
New Haven, CT 06519
**Phone: 203-688-6718**
**Fax:**  203-688-3162
Susan.Wright@ynhh.org
ynhh.org

**ANSWER**:     Yale New Haven Hospital is a nonstock corporation.

   3. Describe the relationship/affiliation(s) that Respondent has with the Yale Medical School, Yale University, and the Yale Corporation.

**ANSWER**:   The Yale School of Medicine ("YSM") is part of Yale University; it is one of Yale University's professional schools, The Yale Corporation, or board of trustees, is the university's principal governing body.  As detailed in the Affiliation agreements attached in Exhibit B,  Yale New Haven Hospital  has had a long-standing and close affiliation with the University and YSM that dates back to the founding of YNHH in 1826.  The affiliation between the University and YNHH was first memorialized in a written agreement in 1913 and a subsequent affiliation agreement was entered into between the University and YNHH on March 22, 1965.  Through the affiliation, YSM and YNHH serve as components of an integrated academic medical center and share a history of clinical care; care for the uninsured, underinsured and indigent; teaching; research; and community and patient care programs dating back almost 200 years, and have earned national and international reputations for teaching, research, and clinical services.

   4. Provide the most current affiliation agreements between Respondent and Yale Medical School, Yale University, and the Yale Corporation.

**ANSWER**:     See Exhibit B attached.

Please be advised that this letter and the Exhibits attached hereto are confidential and submitted pursuant to the Hospital's policy of full cooperation with the EEOC. The information provided should not be disclosed or turned over to any person except those Commission personnel who must review the information in connection with your investigation of the instant complaint.  If disclosure of this information is requested from any other source, I hereby request to be advised by the Commission of such a request and the Commission's proposed response prior to any action being taken on such request. Additionally, Respondent's is continuing to search for any additional documentation which may be responsive to this request and  reserves the right to supplement this response to supply documents, facts, or information discovered after the date hereof.

I trust that the foregoing will be sufficient to resolve this complaint.  However, if any further information or documentation is desired, please let me know.

Sincerely,

Susan M. Wright
Senior Associate General Counsel

Attachments