# Exhibit 5

(Dr. Nash contract letter)

# Yale Medicine

300 George Street, 6th Floor
Credentialing Department
New Haven, CT 06511-6617
Tel: (203) 737-4060
Fax: (203) 785-6414

*May 17, 2019*

*Irwin Nash, MD*
*Laboratory Medicine*

*It is my pleasure to inform you that you have successfully fulfilled the re-credentialing requirements set forth by the Yale Medicine Credentialing Committee and the National Committee for Quality Assurance (NCQA). Your re-credentialing application was approved on **May 16, 2019** and is valid for three (3) years in the following specialty(ies)*

**Anatomic & Clinical Pathology**
**Hematology (Internal Medicine)**

*If you should have any questions about the re-credentialing process, please feel free to contact Joni Jones, Manager Credentialing & Provider Relations at 737-1835 or via e-mail at joni.jones@yale.edu.*

*I wish you a successful and rewarding clinical practice with Yale Medicine.*

*Sincerely,*

*Ronald J. Vender, MD*
*Chief Medical Officer*
*Yale Medicine*

# Yale University

Brian R. Smith, MD
Professor and Chair
Dept. of Laboratory Medicine
Professor, Int. Medicine & Pediatrics
P.O. Box 208035
New Haven, Connecticut 06520-8035

Campus address:
CB 407
330 Cedar Street
Telephone: 203 688-2446
Fax: 203 688-7340
brian.smith@yale.edu

November 20, 2013

Irwin Nash, MD
Pathology Associates
SRC-YNHH
1450 Chapel Street
New Haven, CT 06520

Dear Irwin:

I am very pleased to offer you a position in the Department of Laboratory Medicine at Yale University School of Medicine. I appreciate your hard work with us over the last year to bring the 'new' St Raphael campus together with the York Street campus of YNHH and to help integrate both the professional and technical services of the formerly two hospitals. Your enthusiasm in joining our Transfusion group in cross-coverage, and participation in the proposed Microbiology consolidation, has been greatly appreciated.

This letter sets forth the specific terms and conditions of this offer of employment and supersedes any previous correspondence or discussion between you and the School or Department; it also explains the documentation required and the process for making your appointment official.

Policies for faculty, including a description of ranks and tracks, are set forth in the Faculty Handbook, which can be found online at: http://www.yale.edu/provost/html/facultyhb.html. Because these policies represent essential employment understandings between you and the University, in addition to the items outlined below, you are urged to read the Faculty Handbook with care. As a member of the Department, it will be important to read carefully the revisions of the Handbook, which are made periodically and become part of these understandings. If you have specific questions on any of these matters, please do not hesitate to contact me or our department administrator, Ruth Cooper (ruth.cooper@yale.edu).

The Department of Laboratory Medicine and the School will appoint you to the rank of "Clinician" and as an Associate Clinical Professor of Laboratory Medicine, with a secondary appointment in the Department of Pathology. This will be effective at the date of your choosing but not later than January 1, 2014. The initial term, and the employment agreement outlined here, will end June 30, 2016. Renewal of your appointment at that time will depend upon satisfactory performance of your responsibilities, as outlined in part below, and on the operational and fiscal needs of the Department. This offer is contingent on your acceptance of other stipulations concerning your practice with the Yale Medical Group as outlined below.

Faculty appointments are also contingent upon completion of the normal Departmental and University review processes, including approval by the School of Medicine, as well as by the Yale Corporation, but since you already hold the voluntary faculty appointment and the Clinician track

does not require any additional review outside of your primary Department, this can occur on the date you designate on or before January 1, 2014.

Your primary responsibilities will focus on participation in the clinical activities of the Department. Initially, these activities will focus particularly on our activities on the St Raphael Campus of Yale New Haven Hospital. However, the scope and location of your clinical activities may evolve over time and may involve obligatory activities at any of the locations at which the Department practices. Included in these initial responsibilities will be:

(1) Director of Laboratories at the YNHH SRC Campus. These responsibilities include medical direction of the clinical pathology laboratories on that campus, in keeping with standard YNHH "CP" responsibilities as outlined in the attached document. Direction of the laboratories will be carried out in concert with other faculty in the Department to assure equivalence of care across all campuses. This position reports to the Chair/Chief of Laboratory Medicine, who holds the CLIA licenses for both campuses. As we have discussed, the goal is to work to fully integrate services between the two campuses as of June 30, 2015.

(2) Cross-campus service in the Transfusion Medicine and Hematology sections of the Department. The initial estimated on-call responsibilities for those services is one week per month on the Transfusion and Apheresis Services.

(3) Direct patient billable ("Part B") clinical work for a minimum of 3,200 wRVU per year. This work can include billing for any activity (including billable Transfusion and Hematology section or other CP activities), but is expected to initially predominantly involve surgical pathology activities carried out on specimens received by the generalist service at SRC. You will have no obligation to also "sign-out" in anatomic pathology on the YSC. Coverage will be arranged so that your time on-call for Transfusion/Apheresis will not overlap with any sign-out responsibilities at SRC. It is anticipated that on-call coverage for emergent AP services (and autopsies) at SRC will initially be one week out of three, similar to what you currently do in your community practice. It is expected that autopsies will eventually be consolidated at the York Street Campus but the timeframe for this remains open at the current time.

Although all voluntary faculty are encouraged to participate in the scholarly activities of the Departments, there is no obligation for you to do so. Contributions to housestaff teaching will be comparable to that of all voluntary faculty and to that of all YNHH credentialed physicians.

In recognition of the above responsibilities, your regular base salary for the first year will be ▇▇▇▇▇▇▇ You will receive the full standard Yale benefits package, including health insurance, life and disability insurance, retirement plan and opportunity for contribution to a "deferred compensation" plan, educational assistance, reduced rate mortgage assistance and a variety of other benefits. More detailed information regarding Yale's extensive benefits package can be found online at http://www.yale.edu/hronline/benefits. Benefits are based on the base salary noted above. Please contact the Benefits Office at (203) 432-5550 to discuss the benefit options available to you and arrange for enrollment in the appropriate plans. In addition to the benefits provided as part of the University package, malpractice insurance and the cost of your Connecticut medical license will be paid by the Department, you will receive up to four weeks of paid vacation/conference time off, and the Department will provide a professional expense/travel allowance of ▇▇▇ per year.

There will also be the opportunity for additional incentive compensation, paid on a quarterly basis. Incentive compensation will be based on total wRVU, generated in excess of the required minimum (i.e. total wRVU's less the annual 3,200 baseline wRVU's). Incentive compensation will be capped

at extra compensation for up to 5,300 wRVU over the baseline salary obligation (that is, up to a maximum of 8,500 total wRVU's, the latter including the 3,200 wRVU that is part of the baseline salary obligations). For the first year, the incentive will be paid at ▮▮▮▮ above the 3,200 wRVU threshold. (Thus, if a total of 5,200 wRVU were performed in the first year, the incentive compensation would be ▮▮▮▮▮▮▮▮▮▮▮▮. Through June 30, 2016, you will be guaranteed the opportunity to produce at least 6,000 wRVU per year, that is, 2,800 additional wRVU over the threshold, but you will have no obligation to produce more than the baseline 3,200.

The above responsibilities and compensation reflect the 2013-2014 fiscal/academic year ending June 30, 2014. Your performance, base compensation, duties, and the incentive compensation plan will be reviewed annually over the course of this agreement. Changes in reimbursement, department and school compensation policy, and departmental, hospital, and school needs may result in changes to the above compensation and incentive policy, as well as to your responsibilities, for fiscal/academic years 2014-2015 and 2015-2016.

You will have the option of terminating this contractural agreement with 90 days notice at any time for any reason. The standard YMG non-compete clause must, however, be accepted, which agrees that there will be no competition for 18 months following termination (see below). The Department and Yale Medical Group can terminate the agreement only for cause through June 30, 2016.

All full-time Yale School of Medicine faculty members with appointments in the clinical departments practice medicine through the Yale Medical Group (YMG).  In order to begin your clinical practice through YMG, you must satisfy the following requirements:

1.	Obtain a license to practice medicine in the State of Connecticut and Federal and State of Connecticut controlled substance registrations. This has already been accomplished.
2.	Obtain medical staff privileges at Yale-New Haven Hospital with appropriate clinical privileges.  This has already been accomplished.
3.	Complete and submit to the YMG Credentialing Department of YMG Universal Credentialing Application (UCA).  Upon successful completion of the UCA, the YMG Credentialing Department will forward to you the appropriate pre-printed applications for all YMG contracted managed care carriers, governmental organizations and the YMG Credentialing Application.  After all completed pre-printed applications are returned to the YMG Credentialing Department, you will be presented to the YMG Credentialing Committee for review and vote.  This offer is contingent upon YMG Credentialing Committee approval of your credentials.

Please also note the following policies pertaining to YMG faculty physicians:

•	You must assign to Yale University, School of Medicine, Yale Medical Group, (your employer) all billing rights and enroll as a participating provider in the Medicare, Medicaid, and other federal health care reimbursement programs.

•	All practice income must be billed and collected through Yale University.

•	In consideration of the terms and conditions of the University's offer to provide you with a faculty appointment with the initial salary outlined earlier, you agree to execute and abide by the terms and conditions of the attached Non-Competition Agreement for a period of eighteen (18) months after leaving Yale.  Please return the signed Non-Competition Agreement to me no later than your start date.

- In the event that you wish to resign, you agree to give the Department written notice ninety (90) days in advance of the proposed date of your leaving.

By accepting this faculty position, you agree to abide by these requirements as well as all other University policies and procedures.

Please review this letter and all attachments thoroughly and do not hesitate to contact me should you have any questions. This offer is valid for forty-five (45) days from the date of this letter. Please indicate your acceptance of this offer by signing and dating both copies, return a signed original to me and keep the other for your records.

It is truly a pleasure to welcome you to our Department and to Yale.

Sincerely,

Brian R. Smith, M.D.
Professor and Chair

Applicant's signature: ███████████████  Date: 11/21/2013

Cc: Faculty Affairs Office
    Paul Taheri
    Ruth Cooper