**EXHIBIT 1**

**ESI Form of Production / Load File Specifications**

A. **Form of Production**

The parties agree to make all reasonable efforts to produce documents in accordance with the specifications identified in this document.  As set forth with greater particularity below, some ESI will be produced in native format, while PDF-format and hardcopy documents will be produced in single-page TIFF format (300 DPI resolution) with a delimited DAT file containing the metadata fields outlined in Attachment 1, accompanied by an Opticon (OPT) cross-reference file and corresponding document-level extracted text. Before making a production that does not conform to these specifications, the producing party shall meet and confer with the receiving party to explain why the production will not conform and explore alternative formats. The Commission uses the Relativity suite of e-Discovery software.

1. **Email and User-Created Files**

The parties agree to make all reasonable efforts to produce documents in accordance with the specifications identified in this section.

Email will be produced in single-page TIFF format (300 DPI resolution) with a delimited DAT file containing the metadata fields outlined in Attachment 1, accompanied by an Opticon (OPT) cross-reference file and corresponding document-level extracted text.

All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in native format with an associated placeholder image.  All hidden text (e.g. track changes, hidden columns, mark-ups, notes) shall be expanded and rendered in the image file. All non-graphic embedded objects (Word documents, Excel spreadsheets, .wav files, etc.) that are found within a file shall be extracted and produced. For purposes of production, the embedded files shall be treated as attachments to the original file, with the parent/child relationship preserved. Any data

(whether individual files or digital containers) that is protected by a password, encryption key, digital rights management, or other encryption scheme, shall be decrypted prior to processing for production, to the extent possible.

    **2.**    **Social Media**

Prior to any production of responsive data from social media (e.g. Twitter, Facebook, LinkedIn, etc.), the producing party shall discuss the potential export formats.

    **3.**    **Redacted Documents**

Documents that contain redactions, including any associated family members, will be produced in single-page TIFF format (300 DPI resolution) with corresponding document-level extracted text and a delimited DAT file containing the metadata fields outlined in Attachment 1 to the extent that such metadata fields are not part of the redaction. To the extent a party deems production of redacted TIFF images of Excel spreadsheets significantly degrades the usability of the document, the parties agree to meet and confer regarding alternate production methodologies of the redacted information.

    **4.**    **Structured Data: Database Systems**

Information from structured database systems shall be produced through existing report formats available in the associated applications, including but not limited to Microsoft Excel spreadsheet or delimited text format, if available. If a receiving party believes that the format of a produced report is inadequate or does not fully respond to a discovery request, the parties agree to meet and confer regarding other methods to produce responsive information from the Database Systems.

    **5.**    **Paper Documents**

Documents kept in paper format in the usual course of business shall be produced in

scanned and logically unitized format. Scanning shall be to single-page, TIFF Group IV, 300 dots per inch (dpi). Each page shall include the Bates/PageID number at the bottom of the page. The file name for the TIFF image shall be the Bates/PageID Number. Scanned documents shall also be converted into searchable text using optical character recognition (OCR), extracted and saved as a text file named with the Bates/PageID Number. The OCR shall include the Bates/PageID number for each page. The load file (see A.8 below) shall include a field for the OCR/Text file path and a CPL/CPT.

6. **PDF Files**

Documents kept in PDF format in the usual course of business shall be produced in logically unitized format. Such documents shall not be combined, merged, or otherwise joined if they are not so organized in the usual course of business. Files usually maintained in a different file type, but converted to PDF format and produced, will not be accepted.

7. **"Logically Unitized" Defined**

"Logically unitized" means that all pages that belong together as a document, and only those pages, are produced as one document, with relationships such as parent and child attachments maintained. Documents that are bulk-scanned to non-unitized files will not be accepted.

8. **Load File**

Each production shall be accompanied by a delimited-load file in .DAT format that establishes the proper document breaks and maintains the parent/child relationships (BegAttach and EndAttach). The load file shall use the delimiters identified below and include all applicable data for the fields identified in Attachment 1.

| Value | Character | ASCII Number |
|---|---|---|
| Column | ¶ | 020 |
| Quote | þ | 254 |
| Newline | ® | 174 |
| Multi-Value | ; | 059 |
| Nested Value | \ | 092 |

The load file should be accompanied by an Opticon (OPT) cross-reference file that references one Bates number per line.

**B.  Transmission and Delivery**

    **1.  Volumes and Folders**

Provide separate folders for images, text, and load files. Provide a Volume Number identifier for each production that is unique and runs in succession from the last volume produced (e.g. VOL001, VOL002, VOL003).

    **2.  Acceptable Means of Delivery**

Where possible, productions should be delivered by electronic means.  Productions to EEOC may be delivered by file-sharing services such as Drop Box or Hightail by sending the download link to LitSupport@eeoc.gov with a CC: to markus.penzel@eeoc.gov and marcia.gordon@eeoc.gov.  Productions of less than 40MB total may be emailed to LitSupport@eeoc.gov with a CC: to markus.penzel@eeoc.gov and marcia.gordon@eeoc.gov. Productions greater than 40 MB, or split into multiple emails whose collective size is greater than 40 MB, will not be accepted by email.

Where production to EEOC by electronic means is not feasible, productions may be saved to external media (CD/DVD, USB drive, external HDD drive) and delivered by UPS or FedEx to the following address:

> US EEOC
> OGC\LMS\LitSupport
> Attn: Amanda Beckerink or Richard Van Nelson
> 131 M Street, NE
> 5th Floor
> Washington, D.C. 20507

Delivery by U.S. Postal Service is not sufficient, because USPS deliveries are subjected to X-RAY security scanning, which damages data stored on external media.

### 3. Encryption

Productions may be encrypted using WinZip or PKWare. The Commission will not accept productions that require the installation of other applications to read the data or remove encryption.

64981201v.1