**Attachment 1**


**METADATA FIELDS**

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| CUSTODIAN | Custodian(s)/Source(s) - format: Last, First or ABC Dept. | Text | 160 | x | x | x |
| AUTHOR | Creator of the document | Text | 500 | | | x |
| BEGDOC# | Start Bates (including prefix) - No spaces | Text | 60 | x | x | x |
| ENDDOC# | End Bates (including prefix) - No spaces | Text | 60 | x | x | x |
| PGCOUNT | Page Count | Number | 10 | x | x | x |
| GROUPID | Contains the Group Identifier for the family, in order to group e-mails with their attachments | Text | 60 | | x | x |
| PARENTID | Contains the Document Identifier of an attachment's parent | Text | 60 | | x | x |
| ATTACHIDS | Child document list; Child DOCID or Child Start Bates | Text – semicolon delimited | Unlimited | x | x | x |
| ATTACHLIST | List of Attachment Bates numbers | Text – semicolon delimited | Unlimited | | x | x |
| BEGATTACH | Start Bates number of parent document in attachment range | Text | 60 | x | | x |
| ENDATTACH | End Bates number of last attachment in attachment range | Text | 60 | x | x | x |
| REDACTIONS | Identifies whether the document contains redactions. | Boolean | 10 | x | x | x |
| RECORD TYPE | Use the following choices: Image, Loose E-mail, E-mail, E-Doc, Attachment, Hard Copy or Other. If using Other, please specify what type after Other | Text | 60 | x | x | x |
| FROM | Author - format: Last name, First name | Text | 160 | | x | x |
| TO | Recipient- format: Last name, First name | Text – semicolon delimited | Unlimited | | x | x |
| CC | Carbon Copy Recipients - format: Last name, First name | Text – semicolon delimited | Unlimited | | x | x |
| BCC | Blind Carbon Copy Recipients - format: Last name, First name | Text – semicolon delimited | Unlimited | | x | x |
| SUBJECT | Subject/Document Title | Text | Unlimited | | x | x |

| CONVINDEX | E-mail system ID used to track replies, forwards, etc. | Text | Unlimited | | x | |
|---|---|---|---|---|---|---|
| DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent. | Date | MM/DD/YYYY | | x | x |
| TEXT FILEPATH | Relative file path of the text file associated with either the extracted text or the OCR | Text | Unlimited | x | x | x |
| DATE TIME SENT | Date Sent (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | x | |
| DATE TIME CRTD | Date Created (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | x | x |
| DATE TIME MOD | Date Last Modified (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | x | x |
| DATE TIME ACCD | Date Accessed (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | x | x |
| FILE SIZE | Native File Size in bytes | Number | 10 | | | x |
| FILE NAME | File name - name of file as it appeared in its original location | Text | Unlimited | | | x |
| FILE EXTENSION | Extension for the file (e.g. .doc, .pdf, .wpd) | Text | 10 | | x | x |
| FILEPATH | Data's original source full folder path | Text | Unlimited | | x | x |
| NATIVE LINK | Relative file path location to the native file | Text | Unlimited | | x | x |
| FOLDER ID | Hard Copy container information (e.g. folder or binder name) | Text | Unlimited | x | | |
| MD5 HASH | MD5 Hash value (used for deduplication or other processing) (e-mail hash values must be run with the e-mail and all of its attachments) | Text | Unlimited | | x | x |