IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 3:20-cv-187 (VAB) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| YALE NEW HAVEN HOSPITAL, INC. | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

Plaintiff United States Equal Employment Opportunity Commission (EEOC), through undersigned counsel, hereby files this Notice of Appearance to identify Supervisory Trial Attorney **Kimberly A. Cruz** as co-counsel of record in this action in compliance with D. Conn. L. Civ. R. 5(b) (2017).  Plaintiff hereby asks the Clerk of the Court and the parties to add Kimberly A. Cruz (kimberly.cruz@eeoc.gov) as counsel of record for EEOC and respectfully requests that Kimberly A. Cruz be added to the list of persons who receive all CM/ECF Notices in this matter.

Dated:  August 18, 2020                              Respectfully submitted,

                                                                  EQUAL EMPLOYMENT
                                                                  OPPORTUNITY COMMISSION

                                                                  /s/ Kimberly A. Cruz
                                                                  Kimberly A. Cruz
                                                                  Supervisory Trial Attorney
                                                                  Fla. Bar No. 153739

                                                                  New York District Office
                                                                  Broad Financial Center
                                                                  33 Whitehall Street
                                                                  New York, NY 10004
                                                                  kimberly.cruz@eeoc.gov

Markus L. Penzel (ct03381)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
Tel: (617) 565-3193
Fax: (617) 565-3196
markus.penzel@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Kimberly A. Cruz
KIMBERLY A. CRUZ
Supervisory Trial Attorney
Fla. Bar No. 153739
kimberly.cruz@eeoc.gov