## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EQUAL EMPLOYMENT OPPORTUNITY
COMM,
    Plaintiff,

V.                                   CASE NO: 3:20cv00187 (VAB)

YALE NEW HAVEN HOSPITAL INC.,
    Defendant.

## ORDER OF TRANSFER

In the interest of justice, the above-identified case is hereby transferred to the Honorable Vanessa L. Bryant. All further pleadings or documents in this matter should be filed with the clerk's office in Hartford, Connecticut, and bear the docket number 3:20cv0187 (VLB).

So ordered.

Dated at Bridgeport, Connecticut on this 14th day of September, 2020.

                                                           /s/
                                              Victor A. Bolden
                                              United States District Judge