IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) Civil Action No. 3:20-cv-187 (VLB) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| YALE NEW HAVEN HOSPITAL, INC. | ) ) ) June 14, 2021 |
| Defendant. | ) ) |

### CONSENT MOTION TO CONTINUE DISCOVERY DISPUTE CONFERENCE

Defendant, Yale New Haven Hospital, Inc. ("YNHH"), by and through its undersigned counsel, respectfully moves to continue the telephonic hearing to resolve the issues raised in the parties' Joint Motion for Discovery Dispute Conference (Doc. 69) and the EEOC's Motion to Compel (Doc. 71), currently set for June 24, 2021 at 2:00 p.m. Both lead Counsel for YNHH, Christopher DeGroff and Mary Gambardella, have unavoidable, preexisting conflicts on the scheduled hearing date (and the remainder of that week).

The undersigned has received opposing counsel's consent to this motion. Both parties are available for the hearing on June 30, 2021, July 2, 2021, or another date convenient for the Court after June 25.

WHEREFORE, YNHH requests that its motion be granted.

DEFENDANT,
YALE NEW HAVEN HOSPITAL,

2

By: */s/ Christopher J. DeGroff*
Christopher J. DeGroff

**Christopher J. DeGroff (admitted** *pro hac vice*)
cdegroff@seyfarth.com
**Shana Madigan (admitted** *pro hac vice*)
smadigan@seyfarth.com
**SEYFARTH SHAW LLP**
**233 S. Wacker Drive, Suite 8000**
**Chicago, IL  60606**

**Mary A. Gambardella (ct05386)**
**mgambardella@wiggin.com**
**Joshua J. Wyatt (ct28916)**
**jwyatt@wiggin.com**
**WIGGIN AND DANA LLP**
**One Century Tower**
**265 Church Street, 18th Floor**
**New Haven, Connecticut 06508**
**Tel:  (203) 498-4328**
**Fax:  (203) 789-2889**

2

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of June 2021, a copy of the foregoing **CONSENT MOTION TO CONTINUE DISCOVERY DISPUTE CONFERENCE** was filed electronically. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             **/s/ Shana Madigan**
                                             **Shana Madigan (admitted *pro hac vice*)**