Civil- (Dec-2008)

HONORABLE: V. Bryant

DEPUTY CLERK: J. Shafer     RPTR/ECRO/TAPE: D. Mendez, ECRO

TOTAL TIME: 1 hours 8 minutes

DATE: 6-28-2021    START TIME: 10:12 am    END TIME: 11:20 am

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:20-cv-187-VLB

Equal Employment Opportunity Comm     K. Cruz, M. Penzel, C. Brown, & K. Peters
                                       Plaintiff's Counsel

vs
Yale New Haven Hospital Inc.           C. DeGroff, J. Wyatt, M. Gambardella, &
                                       Defendant's Counsel    S. Madigan

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ Discovery dispute teleconference

☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ Hearing continued until _____ at _____

Notes: Defendant shall produce the information requested within thirty days.