IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 3:20-cv-00187<br>)   (VLB)<br>)<br>)   August 16, 2021<br>)<br>)<br>) |

## EEOC'S MOTION FOR A PROTECTIVE ORDER

Please take notice that Plaintiff United States Equal Employment Opportunity Commission (the "EEOC") hereby moves this Court pursuant to Rule 26 of the Federal Rules of Civil Procedure for a protective order barring Defendant Yale New Haven Hospital, Inc. from seeking discovery, whether through deposition or other means, regarding any diagnosis of a cognitive condition received by any Aggrieved Individual outside of Defendant's own testing process, the details of any such condition, and its impact. In support of this Motion, the EEOC files herewith its Memorandum of Law, the Declaration of Attorney Caitlin D. Brown, and a Proposed Order.

Dated:       August 16, 2021

Respectfully submitted,

s/ Caitlin D. Brown

*Attorney for Plaintiff*
Trial Attorney
Bar No. phv11110
Tel: (929) 506-5277
caitlin.brown@eeoc.gov

**ORAL ARGUMENT REQUESTED**

2

**Kirsten J. Peters**
**Trial Attorney**
**Bar No. phv10940**
**Tel: (929) 506-5325**
**kirsten.peters@eeoc.gov**

**Kimberly A. Cruz**
**Supervisory Trial Attorney**
**Bar No. phv10827**
**Tel: (929) 506-5345**
**kimberly.cruz@eeoc.gov**

**U.S. Equal Employment**
**Opportunity Commission**
**New York District Office**
**33 Whitehall Street, 5th Floor**
**New York, NY 10004**
**Fax: (212) 336-3623**

**Markus L. Penzel**
**Senior Trial Attorney**
**U.S. Equal Employment**
**Opportunity Commission**
**John F. Kennedy Federal Building,**
**Room 475**
**Boston, MA 02203**
**Tel: (617) 565-3193**
**Fax: (617) 565-3196**
**Markus.Penzel@eeoc.gov**