IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 3:20-cv-00187<br>)  (VLB)<br>)<br>)  August 16, 2021<br>)<br>) |

**DECLARATION OF CAITLIN D. BROWN IN SUPPORT
OF THE EEOC'S MOTION FOR A PROTECTIVE ORDER**

I, Caitlin D. Brown, declare:

1. I am a Trial Attorney for the U.S. Equal Employment Opportunity Commission (the "EEOC," or "Commission"), and am one of the Trial Attorneys representing the Commission in this matter. I make this Declaration in support of the EEOC's Motion for a Protective Order.

2. On July 7, 2021, Christopher DeGroff, counsel for Defendant in this matter, wrote to the EEOC regarding its need to depose Aggrieved Individuals in this phase of discovery, asserting that "there are several topics only the Affected Individuals can shed light on," including "for those whose neuropsychological testing revealed a level of impairment, were those Aggrieved Individuals later diagnosed with a related cognitive condition, details of those conditions, and their impact?"

3. On July 15, 2021, counsel for the EEOC conferred by phone with counsel for Defendant, including Christopher DeGroff and Mary Gambardella,

regarding certain topics upon which it sought deposition testimony, including that referenced above, and the concerns they raised for the EEOC.

4. The parties were unable to resolve their dispute regarding the topic described in paragraph 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on August 16, 2021, in New York, New York.

Dated:     August 16, 2021

/s/ *Caitlin D. Brown*
Caitlin D. Brown