# EXHIBIT 2

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

     -against-            Civil Action No.
                          3:20-cv-187(VLB)
YALE NEW HAVEN HOSPITAL, INC.,
                    Defendant.
-----------------------X
                          September 8, 2021
                          11:06 a.m.
```

**PORTIONS OF THIS TRANSCRIPT MARKED CONFIDENTIAL

VIRTUAL DEPOSITION of SUSANNE ATKINS, a witness on behalf of the Plaintiff herein, taken pursuant to Court Order, and held via videoconference, before Douglas F. Colavito, a Court Reporter and Notary Public of the State of New York.



800.DAL.8779
dalcoreporting.com

2

```
 1   A P P E A R A N C E S :

 2


 3        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
              Attorneys for Plaintiff
 4            255 East Temple Street, 4th Floor
              Los Angeles, California 90012
 5        BY:   SONYA SHAO, ESQ.
                    -and-
 6              KIRSTEN PETERS, ESQ.
              (Appearing via videoconference)
 7


 8
          SEYFARTH SHAW LLP
 9            Attorneys for Defendant
              233 South Wacker Drive, Suite 8000
10            Chicago, Illinois 60606
          BY:   CHRISTOPHER DeGROFF, ESQ.
11                  -and-
              SHANA MADIGAN, ESQ.
12            (Appearing via videoconference)

13

14        WIGGIN AND DANA
              Attorneys for Defendant
15            265 Church Street, 18th Floor
              New Haven, Connecticut 06508
16        BY:   MARY A. GAMBARDELLA, ESQ.
                    -and-
17              JOSHUA WYATT, ESQ.
              (Appearing via videoconference)
18

19

20

21

22

23

24
```



800.DAL.8779
dalcoreporting.com

```
 1        A.     Yeah.
 2        Q.     Got it.
 3               And you worked as a physician assistant at
 4   Yale New Haven; is that right?
 5        A.     Yes.
 6        Q.     What physician assistant program did you
 7   attend?
 8        A.     I went to Yale Medical School physician
 9   assistant associate program.
10        Q.     Got it.
11               And when did you graduate?
12        A.     1992.
13        Q.     And that was with a master's degree?
14        A.     They weren't giving master's degrees at
15   that time.
16        Q.     Okay.
17        A.     It was a certificate.
18        Q.     Sorry.  I missed your answer there.
19               What was the degree that you received?
20        A.     A certificate.
21        Q.     Understood.
22               Was it -- is there a particular name for
23   the certificate that you received?
24        A.     Not sure.  I would guessing a physician
```

1   Q.   Got it.
2        And did you have privileges at Saint
3   Raphael's?
4   A.   Yes.
5   Q.   And what is Northeast Medical Group?
6   A.   Northeast Medical Group is, I believe, a
7   corporate entity which employees doctors in the
8   community and that are part of the Yale system, Yale
9   New Haven Hospital System.  And also was the
10  employer of -- my employer once it came into being.
11  Q.   Understood.
12       So while you were working at Yale New
13  Haven your understanding is that working at
14  Northeast Medical Group is the same as working for
15  Yale New Haven?
16  A.   Yes.
17  Q.   Okay.  Now, did the outcome of the
18  assessments you took at Yale New Haven in 2017 and
19  2019 impact your ability to maintain privileges at
20  any hospital?
21  A.   No.
22  Q.   So at the time that you were subject to
23  the LCP taking those tests, what field of medicine
24  did you practice in?

1       A.    Occupational medicine.
2       Q.    And was that in the internal medicine
3  department?
4       A.    No.
5       Q.    Did you ever work in internal medicine?
6       A.    I believe that occupational medicine might
7  have been part of internal medicine at some point in
8  the past.  It was always a bit confusing as to what
9  the actual structure was.
10      Q.    Got it.
11            Other than internal medicine, did you ever
12 feel that occupation, excuse me, occupational
13 medicine rolled up to a different department?
14      A.    It might have been ambulatory medicine at
15 some point in the past which may also have been part
16 of internal medicine.  I'm not sure.
17      Q.    Got it.
18            And would Yale New Haven's records be the
19 best place to find which department occupational
20 medicine rolled up to?
21      A.    Absolutely.
22            MR. DeGROFF:  Can we pull up Bates Number
23      093976, please.
24



1  a stomachache.
2       Q.   That turns out to be a good example.
3  Because you would use your judgment to decide what
4  details were germane to the case and what needed to
5  be in the records; correct?
6       A.   Yes.
7       Q.   Okay.  And were there times when you had
8  to make quick decisions at Yale New Haven as a
9  physician's assistant?
10           MS. SHAO:  Object to form.
11      A.   Yes.
12      Q.   Give me some exams of where you might need
13 to make some quick decisions.
14      A.   Well, it might be a very busy day, and I
15 may not have all the time that I would like to have
16 with a particular patient.  So I would have to
17 decide quickly what to do, what the treatment will
18 be, and do it.
19      Q.   Were there ever times where you had to
20 make quick decisions based on what you were reading
21 or seeing?
22      A.   What you mean by reading?
23      Q.   Let's say that you were to get -- order
24 some labs for a patient and received the results

1  from the labs and had to make a quick decision based
2  on what you received in those lab reports.
3       A.   Sure.  Yes.
4       Q.   And did you ever receive radiology films
5  or results from MRIs, that sort of thing?
6       A.   Yes.
7       Q.   Okay.  And were there times where you
8  might need to make quick decisions based on that
9  visual information you were getting?
10           MS. SHAO:  Object to form.
11      A.   Yes.
12      Q.   Was the answer "yes"?
13      A.   Yes.
14      Q.   Was there situations where you would have
15  to remember items that were presented to you
16  visually, for example, x-ray films?
17      A.   Yes.
18      Q.   This may seem like a simple one.  Did your
19  job as a physician's assistant require you to
20  organize steps to complete an activity?
21           MS. SHAO:  Object to form.
22      A.   I don't know what you mean organize steps.
23      Q.   Well, let me, here, I'll clarify the
24  question.

1    at roughly the same time?
2         A.   Yes.
3         Q.   Okay.  Obviously, you couldn't see them
4    all at the exact same time.  I'm not suggesting
5    that, but where you were treating a number of
6    patients simultaneously?
7         A.   Yes.
8         Q.   Okay.  And were there times when you
9    needed to triage which patients you needed to see
10   first or who had more urgent conditions?
11        A.   Yes.
12        Q.   Give me an example of something that you
13   did as a physician's assistant that required an
14   extended period of concentration.
15             MS. SHAO:  Objection to form.  And also,
16        are we still talking in the same time frame,
17        2016 to 2020?
18             MR. DeGROFF:  Yes.
19        Q.   And I apologize, Ms. Atkins, if I wasn't
20   clear on that.  Assume all these questions where I'm
21   asking your day-to-day activities, these are all
22   referring to the time period between 2016 and 2020.
23   Okay.
24             So during that time period, were there



1  tasks that you would do that required an extended
2  period of concentration?
3          MS. SHAO:  Object to form again.  You can
4      go ahead and answer.
5      A.   Being a clinician requires extended
6  periods of concentration and focus.  Yes, of course.
7      Q.   Are there ever situations where you might
8  be distracted in your job as a physician's
9  assistant?
10     A.   Yes.
11         MS. SHAO:  Object to form.
12     Q.   Give me some examples of things that would
13 be distracting when you were working as a
14 physician's assistant.
15     A.   Oh, somebody might walk into my office and
16 say something while I'm at my computer working on a
17 case, or something might suddenly happen.  Someone
18 spills some coffee in the hallway, that kind of
19 thing.
20     Q.   How did you stay focused when you were
21 working as a physician's assistant?
22     A.   I'm very good at staying focused.
23     Q.   Do you think it's important to stay
24 focused as a physician's assistant?

1   A.   Yeah.
2   Q.   And I assume that as a physician's
3   assistant you also had to prioritize activities;
4   right?
5   A.   Yes.
6   Q.   And you have a physician's assistant, a
7   clinician had to use your professional judgment
8   every day; right?
9   A.   That's right.
10  Q.   Were there times where as a physician's
11  assistant you were required to explain the reasoning
12  behind your decisions?
13  A.   Yes.
14  Q.   Okay.  What's an example of that?
15  A.   Every patient that I saw, I came back to
16  my office after seeing them, and I wrote a note, and
17  in that note I talk about my exam, specifically what
18  I looked at, what I found, the diagnosis, why I came
19  to the conclusion of my diagnoses and based on that,
20  a treatment plan.  And in that treatment plan I talk
21  about why I'm treating the patient with what I'm
22  treating them with, and I might offer why I'm not
23  treating them with something else if that seems
24  pertinent.

1   Q.  Give me some other examples that require
2   hand-eye coordination.
3   A.  Well, taking a speck off somebody's
4   cornea.
5   Q.  I would imagine that would require a lot
6   of hand-eye coordination.
7   A.  Yeah.  Putting on a cast.  Performing
8   certain types of exams.  I would demonstrate to the
9   patient, let's say, for a shoulder exam, how I
10  wanted them to move their arm so I could assess the
11  function of their shoulder joint.  That sort of
12  thing.
13  Q.  And the example of removing an object from
14  a cornea, that would require fine motor skills as
15  well; correct?
16  A.  Yes.
17  Q.  Okay.  Other examples that -- of your job
18  as a physician's assistant that would require fine
19  motor skills?
20  A.  Well, if you said suturing, you want to
21  make sure you put the pieces into the right --
22  together.  Especially if it's on someone's face or
23  near the lip.  You are don't want them to look
24  funny, have a big scar.

1   Q.   What are some of the reasons why a
2   practitioner may make a mistake?
3        MS. SHAO:  Object to form.
4   A.   Some of the reasons why?
5   Q.   Yeah.
6   A.   Because they don't know what to do.  They
7   are not up to snuff on their medicine.  They've
8   forgotten their anatomy.  If they are not good
9   practitioners they could make a mistake.
10  Q.   Maybe, how about examples of even if
11  you're a really good practitioner, right?  You're a
12  strong doctor, you're a strong physician's
13  assistant, could you still make mistakes?
14       MS. SHAO:  Object to form.
15  A.   I suppose so.
16  Q.   People might write the wrong prescription?
17  A.   They may.
18  Q.   People might perform the wrong procedures?
19  A.   I suppose, yeah.  Sure.
20  Q.   Again, without naming names, have you ever
21  witnessed another practitioner make a mistake?
22       MS. SHAO:  Object to form.
23  A.   No, not that I can recall.
24  Q.   Do you think there is a culture of other

1   doctors not reporting the mistakes of other doctors?
2           MS. SHAO:  Object to form.
3       A.  Yes.
4       Q.  What do you think about that?  Do you
5   think that is a problem?
6       A.  Definitely.
7       Q.  Why do you think that culture exists?
8           MS. SHAO:  Object to form.
9       A.  I've often wondered about that.  I don't
10  know.
11      Q.  When it comes to patient care, which do
12  you think would be better, addressing a mistake
13  after it happens or preventing the mistake from
14  happening in the first place?
15          MS. SHAO:  Object to form.
16      A.  Well, I don't know exactly, you know, what
17  you mean by preventing a mistake.  If someone makes
18  a mistake, it's sort of an accident.  So I'm not
19  sure how you would prevent a mistake.
20      Q.  How about additional training?
21      A.  Well, adequate training must always be the
22  case.
23      Q.  So having adequate training might prevent
24  a later mistake; right?

```
 1        Q.    About how big is the paper file?
 2        A.    Pretty small.
 3        Q.    Is it a banker's box?
 4        A.    Pardon me?
 5        Q.    How many pages do you think it is?
 6        A.    My paper file?
 7        Q.    Yeah.
 8        A.    It looks to be about maybe eight or nine
 9   pages.
10        Q.    Oh, and that's all you have?  Those eight
11   or nine pages is all you have from your time in Yale
12   New Haven?
13        A.    No.  I also have a booklet, the employee
14   handbook, some of the original documents that I was
15   given when I first started working there.  And a
16   number of the -- reassignment of privileges, the
17   pages.
18        Q.    And have you provided all of those
19   materials to the EEOC?
20        A.    I don't know.
21        Q.    Did you provide any materials to the EEOC?
22        A.    Yes.
23        Q.    Was it a subset of the file that you were
24   just referring to?
```