# EXHIBIT 5

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - -X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                         Plaintiff,

        -against-              Civil Action No.
                               3:20-cv-187(VLB)
YALE NEW HAVEN HOSPITAL, INC.,
                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -X
                               September 8, 2021
                               2:02 p.m.
```

**VIRTUAL DEPOSITION** of **JANICE DAVEY**, a witness on behalf of the Plaintiff herein, taken pursuant to Court Order, and held via videoconference, before Douglas F. Colavito, a Court Reporter and Notary Public of the State of New York.



2

```
 1   A P P E A R A N C E S :

 2


 3       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
             Attorneys for Plaintiff
 4           255 East Temple Street, 4th Floor
             Los Angeles, California 90012
 5       BY:  SONYA SHAO, ESQ.
                  -and-
 6           KIRSTEN PETERS, ESQ.
             (Appearing via videoconference)
 7


 8
         SEYFARTH SHAW LLP
 9           Attorneys for Defendant
             233 South Wacker Drive, Suite 8000
10           Chicago, Illinois 60606
         BY:  CHRISTOPHER DeGROFF, ESQ.
11                  -and-
             SHANA MADIGAN, ESQ.
12           (Appearing via videoconference)

13


14       WIGGIN AND DANA
             Attorneys for Defendant
15           265 Church Street, 18th Floor
             New Haven, Connecticut 06508
16       BY:  MARY A. GAMBARDELLA, ESQ.
                    -and-
17           JOSHUA WYATT, ESQ.
             (Appearing via videoconference)
18

19

20

21

22

23

24
```



1    monitor.
2        Q.    Right.
3        A.    That is worn usually for Type 1s alongside
4    an insulin pump.
5        Q.    The pump.
6              All right.  Do you assist the patient in
7    deciding how much insulin should be pumped?
8        A.    Yes.
9        Q.    Okay.  And how do you decide that?
10       A.    Based on the blood sugar patterns.
11       Q.    So that requires you to interpret the
12   blood sugar patterns to help the patient determine
13   the volume of insulin to go through the pump?
14       A.    Yes.
15       Q.    And if you made a mistake there, what
16   could happen?
17       A.    The patient might get too much insulin at
18   times and might also get too little insulin.  But,
19   and the but is that the new technology integrates
20   the continuous glucose monitors and the pumps, and
21   they make their own adjustments.  That system in and
22   of itself now can make its own adjustment.  It is so
23   far advanced.
24       Q.    How can it adjust if there's too much

1   get as much information as possible, especially if
2   I'm going to be the person telling them what to do.
3   Because I am responsible at a point.
4        Q.   Okay.  So that requires when you get an
5   answer to a question to know what next question to
6   ask?
7        A.   Yeah.
8        Q.   And the question after that, and what to
9   do with the answers; that requires periods of
10  concentration, I would take it?
11       A.   Yes.
12       Q.   And I would also, and tell me if you
13  agree, you have to be very good at prioritizing
14  yourself --
15       A.   Yes.
16       Q.   -- in a practice like this.  Because you
17  will have complete demands.  You know, there's a guy
18  on the phone with chest pains, he wants to go to
19  Florida.  But I have a scheduled appointment with
20  Jane Doe; that's a routine appointment.  You have
21  you have to be able to juggle that and prioritize.
22  Would I be right?
23       A.   That is correct.  But that is a skill set
24  I've had my entire life.