# EXHIBIT 6

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - -X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

     -against-                    Civil Action No.
                                  3:20-CV-187(VLB)
YALE NEW HAVEN HOSPITAL, INC.,
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -X
                                  September 13, 2021
                                  10:04 a.m.
```

**VIRTUAL DEPOSITION** of **FREDRIC FINKELSTEIN**, a witness herein, taken pursuant to Notice, and held remotely via videoteleconference, before Tara Ferguson Mirra, a Court Reporter and Notary Public of the State of Connecticut.



```
 1   A P P E A R A N C E S :

 2

 3       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
             Attorneys for Plaintiff
 4           255 East Temple Street, 4th Floor
             Los Angeles, CA 90012
 5       BY: SONYA SHAO, ESQ.
             KIRSTEN PETERS, ESQ.
 6

 7

         SEYFARTH SHAW, LLP
 8           Attorneys for Defendant
             233 S. Wacker Drive, Suite 8000
 9           Chicago, Illinois 60606
         BY: CHRISTOPHER J. DEGROFF, ESQ.
10

11

12       WIGGIN AND DANA LLP
             Attorneys for Defendant
13           One Century Tower
             265 Church Street, 18th Floor
14           New Haven, Connecticut 06508
         BY: MARY A. GAMBARDELLA, ESQ.
15           JOSHUA J. WYATT, ESQ.

16

17

18

19

20

21

22

23

24
```



```
 1        A.    Other than that, I'm a full-time
 2   practitioner.
 3        Q.    All right.  And what is your area of
 4   specialty?
 5        A.    Nephrology.
 6        Q.    Has that always been the case for you?
 7        A.    Yes.
 8        Q.    Did you do anything to prepare for giving
 9   testimony this morning?  For example, did you review
10   any documents?
11        A.    I just looked through some e-mails that
12   were sent.
13        Q.    Okay.  Maybe we'll be going through those.
14   Did you look at the complaint filed by EEOC?
15        A.    No.
16        Q.    All right.  Have you ever seen the
17   complaint filed by the EEOC?
18        A.    I think I -- yes, I have.  Yes.
19        Q.    Okay.  Do you remember the last time you
20   saw the complaint?
21        A.    No.
22        Q.    Had you only looked at it once or more
23   than once?
24        A.    I don't remember.
```

```
 1   last five years now.
 2            I mean, ten years ago, I used to manage
 3   diabetes myself.  You really can't do it now.  You
 4   need -- you need the input of an endocrinologist to
 5   do that as well.
 6       Q.   So even though you have a patient with a
 7   record in front of you, there might be new symptoms
 8   presented that would require different or added
 9   diagnoses, would that be correct?
10       A.   Yeah, sure.
11       Q.   Okay.  So you'd have to know what
12   questions to ask a patient, and you would have to
13   understand how to interpret the answers; correct?
14       A.   I mean, that's -- by the medicine.  Most
15   people do best -- and that's something -- that's
16   what --
17       Q.   Right.
18       A.   -- I've been doing for the last 45 years
19   of my life.
20       Q.   Right.  Right.  So are there any important
21   tasks you have that you would concede require
22   extended periods of concentration?
23       A.   No.
24       Q.   No?
```



1       A.    Was the -- define extended for me.
2       Q.    Sure.  More than just the period of time
3   that you're talking to a patient.
4       A.    Oh.  Then the answer is yes.
5       Q.    Okay.  Can you give me an example.
6       A.    Yeah.  Well, a good example would be I
7   just saw a patient with a rare disease that one
8   doesn't see very often.  I was able to make the
9   diagnosis by talking to him and reviewing his
10  laboratory findings, but the treatment was something
11  that I haven't seen someone like this in like 30
12  years.  So I had to go do my homework that that was
13  the best way to treat the patient.
14            So that's an example of I told the patient
15  we have the diagnosis, I'm going to do my homework
16  and find the best way to manage it.  So I spent a
17  few hours reading about it, coming up with a
18  diagnosis.  We arranged him to get genetic testing
19  because it's a genetic-based disease, and then we
20  outlined the best treatment for him.
21            So that's a good example.
22      Q.    That's great.  Thank you very much, very
23  helpful.
24            Do you find yourself needing any specific



1   Have I --
2        Q.   Yes.
3        A.   -- done it myself or -- I'm not sure what
4   you're asking.
5        Q.   Do you know any physicians -- do you have
6   any experience with physicians' willingness to
7   report colleagues?
8             MS. SHAO:   Object to form.
9        A.   I'm going to -- the answer to that is no.
10            Let me switch commenting on this that, you
11  know, I've been on the staff, you know, since '73,
12  and, no, I -- I've never heard of anyone doing it.
13  I would --
14       Q.   Okay.
15       A.   -- know it.  No one's reported me.
16            I'm not aware if I had to report a thing,
17  how I would go about doing it, for that matter, you
18  know?
19       Q.   I'm sorry.  You've -- you're
20  uncomfortable --
21       A.   I've never been asked to evaluate any
22  physician the whole time I've been on the staff at
23  the hospital ever.
24       Q.   Okay.  But I didn't ask you if you've been

```
 1   asked to evaluate.
 2       A.   But I'm saying but --
 3       Q.   I'm asking --
 4       A.   -- the culture is one where you're not
 5   encouraged to do it because I've never been asked to
 6   do it, and if I wanted to do it, I wouldn't know how
 7   to do it, actually.
 8       Q.   What do you mean you wouldn't know how to
 9   do it?
10       A.   I -- I --
11       Q.   You observe --
12       A.   -- would probably go to the medical staff
13   office.  I'm not sure what the mechanism is for
14   filing a formal complaint.  That's what I meant.
15       Q.   All right.
16       A.   I'm personally not aware of it, and I
17   suspect many physicians are not as well.
18       Q.   Okay. So you're not aware of where -- if
19   you observed some problems with another physician
20   and how they were operating, you wouldn't know where
21   to go to complain?
22       A.   I could figure it out.  I'm saying the
23   culture is not one where you're encouraged to do in
24   the sense that you're asked to make evaluations of
```