# EXHIBIT 8

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -X
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,


                    Plaintiff,

        -against-             Civil Action No.
                              3:20-CV-00187

YALE NEW HAVEN HOSPITAL, INC.,


                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -X
                    September 9, 2021
                    2:01 p.m.
```

VIRTUAL DEPOSITION of MICHAEL KASHGARIAN, M.D., a witness on behalf of the Plaintiff herein, taken pursuant to Court Order, before Lauren J. Macina, a Court Reporter and Notary Public of the State of New York.



```
 1   A P P E A R A N C E S :
 2
 3
         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 4            Attorney for Plaintiff
              John F. Kennedy Building
 5            Room 475
              Boston, Massachusetts 02203-0506
 6       BY:  SONYA SHAO, ESQ.
              KIRSTEN PETERS, ESQ.
 7
 8       SEYFARTH SHAW, LLP
              Attorneys for Defendant
 9            975 F Street, N.W.
              Washington, DC 20004
10       BY:  CHRISTOPHER DEGROFF, ESQ.
              SHANA MADIGAN, ESQ.
11
12       WIGGIN AND DANA LLP
              Attorneys for Defendant
13            One Century Tower
              265 Church Street, 18th Floor
14            New Haven, Connecticut 06508
         BY:  MARY GAMBARDELLA, ESQ.
15
16
17
18
19
20
21
22
23
24
```



1     A.    Maybe 10, maybe 15.
2     Q.    Some days were more hectic than others?
3     A.    Some days.  It depends on who was sending
4  in the biopsies and what was going on.
5     Q.    Would you agree that some days are more
6  hectic than others?
7     A.    No, not necessarily.  They're all hectic.
8     Q.    They're all hectic.
9           In that case, would there be times where
10 you might have to quickly change course or direction
11 of what you're doing in a given day?
12          MS. SHAO:  Object to form.
13    A.    That doesn't make sense to me.  When I'm
14 on service, and I'm looking at biopsies, I look at
15 biopsies.  I don't change course during the time
16 that I'm looking at biopsies because I'm also
17 teaching.
18    Q.    On a hectic day, what makes it hectic?
19    A.    On a hectic day, the volume makes it
20 hectic, number one, and the pressure that the
21 clinicians are putting on me for a diagnosis.
22    Q.    So you might have to move from one case to
23 another quickly?
24    A.    No.  No.  No.

```
 1        Q.   Okay.
 2        A.   I look at one case, and I have to look at
 3   all three perimeters, as I told you before, and in
 4   order for me to make a diagnosis, I look at all
 5   three perimeters of that case, and then make my
 6   diagnosis.
 7        Q.   And then move quickly --
 8        A.   And then I look at the next case.
 9        Q.   Right.  Right.  And if it's a hectic day,
10   and there's those time pressures that you just
11   testified to, would you agree that you might have to
12   move from one case to the next quickly?
13             MS. SHAO:  Object to form.
14        A.   No.
15        Q.   Okay.  You could take as much time as you
16   needed?
17        A.   Yes.
18        Q.   All right.  And then what do you mean then
19   by time pressures?
20        A.   The time pressure --
21             MS. SHAO:  Object to form.
22        A.   The time pressure, what I mean is that,
23   the clinician are on my back for a diagnosis.
24        Q.   And I think we discussed before how part
```

