# EXHIBIT 9

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Civil Action No. 3:20-cv-187(VLB)
------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                    Plaintiff,

        - against -

YALE NEW HAVEN HOSPITAL,

                    Defendant.

------------------------------------------------x
                          September 14, 2021
                          11:00 a.m.
```

VIRTUAL DEPOSITION of MARTHA MITCHELL, a witness on behalf of the Plaintiff herein, taken pursuant to Notice, and held remotely before April Pearl, a Court Reporter and Notary Public of the State of Connecticut.



2

```
 1  A P P E A R A N C E S :

 2        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
              John F. Kennedy Federal Building
 3            Room 475
              Boston, Massachusetts 02203-0506
 4        BY: SONYA SHAO, ESQ.
              KIMBERLY CRUZ, ESQ.
 5             (Present for portions)
              KIRSTEN PETERS, ESQ.
 6             (Present for portions)

 7


 8        SEYFARTH SHAW, LLP
              Co-Attorneys for the Defendant
 9            233 S. Wacker Driver
              Suite 8000
10            Chicago, Illinois 60606
          By:  SHANA MADIGAN, ESQ.
11            CHRISTOPHER J. DeGROFF, ESQ.

12


13        WIGGIN AND DANA, LLP
              Co-Attorneys for the Defendant
14            One Century Tower
              265 Church Street
15            18th Floor
              New Haven, Connecticut 06508
16        BY: MARY A. GAMBARDELLA, ESQ.
               (Present for portions)
17

18

19

20

21

22

23

24
```



1    Q.   What did you do to prepare for your
2    deposition today?
3    A.   I replied to the information that was
4    given to me regarding the case from the Equal
5    Opportunity Department.
6    Q.   And did you speak with -- I don't want
7    to know the content of any conversation that you
8    had, but did you speak with an attorney from the
9    EEOC?
10   A.   I believe she was an attorney.
11   Q.   And did you have just one conversation
12   or more than one?
13   A.   More than one.
14   Q.   Do you recall how many times you spoke
15   with someone from the EEOC?
16   A.   No.
17   Q.   Less than five?
18   A.   I spoke with different people over
19   time.  I didn't keep a count of the number of
20   communications.
21   Q.   Okay.  Do you have in your possession
22   any materials related to your practice at Yale New
23   Haven Hospital?
24   A.   Yes.

1    A.   GYN oncology in the Smilow Cancer
2    Center.
3    Q.   Okay.  And can you describe to me the
4    nature of your work at Yale New Haven Hospital?
5    If we met at a cocktail party, how would you
6    describe the work that you did there?
7    A.   I was a nurse practitioner, and I was
8    a direct care provider, a member of the team.
9    Q.   Okay.  And you mentioned you were in
10   the gynecology oncology department.  So what type
11   of care and treatment were you providing?
12   A.   The evaluation and management of
13   patients with gynecologic cancers, newly diagnosed
14   patients, as well as patients who were frequently
15   followed for about five years, and cancer
16   prevention.
17   Q.   Okay.  Was your job important?
18   A.   In what respect?  I don't understand
19   the question.
20   Q.   Well, would you consider what you did
21   there, your work treating gynecological cancers
22   and prevention, would you consider that important
23   work?
24   A.   Yes.



24                     MARTHA MITCHELL

1            Q.    Right.  I'm going to get to that.
2                  MS. MADIGAN:  Sonya, I don't know why
3       it's showing me two pages at the same time,
4       but I can't make it --
5            A.    And there are two different dates.
6       One says April 1, 2018, and the other says March
7       2, 2016.  So they are two different dates.  So
8       that they were --
9            Q.    Right.  So I'm just going to focus
10      first on the document that is marked at the bottom
11      88046, which is on the left side.  And then we
12      will get to the right side.  Okay.  So on the left
13      side.  Is this is an accurate description of your
14      privileges in the time period 2018 to 2020?
15           A.    I am not sure what is embraced by
16      "operative notes."  I dictate the procedure notes,
17      but I don't go into the operating room.  I'm not a
18      surgeon.
19           Q.    Okay.  Are there any other privileges
20      listed here that you -- that you are troubled by?
21                 MS. SHAO:  Object to form.
22           A.    I don't write in patient orders.  I
23      don't write IV therapy orders, never have.
24                 And your question was?  Would you

1  repeat it so I can know how to apply it to these
2  dates and this number.
3       Q.   The question is whether this is an
4  accurate description of your privileges that you
5  held at Yale New Haven Hospital during the time
6  frame identified on the document.
7       A.   It's not completely accurate, no.
8       Q.   Okay.  And that's because there are
9  certain privileges delineated here that you did
10 not actually perform?
11      A.   And there are privileges that I did
12 have that are not listed, other procedures.
13      Q.   Okay.  And what were those?
14      A.   Colposcopy of the cervix, vagina,
15 vulva; biopsy, cervical biopsies, vaginal
16 biopsies, vulva biopsies, endocervical biopsy.
17 And where it says suture removal on the right
18 side, I certainly did do suture removal.  And so
19 it's not completely accurate.
20      Q.   Okay.  Other than those procedures
21 that you just listed, is there anything else
22 missing from this delineation?
23      A.   I would have to look carefully.
24      Q.   Okay.  Now, turning to YNHH 88047,



1  physician for the day.
2       Q.   And did you have -- were there certain
3  cases that needed to be seen more urgently than
4  others?
5       A.   Yes.
6       Q.   And were you responsible for deciding
7  which -- you know, where to go first with your
8  time?
9       A.   No.  No.
10      Q.   Did you have job duties or aspects of
11 your practice that required extended periods of
12 concentration?
13           MS. SHAO:  Object to form.
14      A.   I would say every patient visit
15 requires due diligence.
16      Q.   And how about distractions, were there
17 ever distractions for you when you were performing
18 your work?
19      A.   We had a passageway with four or five
20 work stations and a provider at each work station.
21 So it was important -- and the exam rooms were off
22 of the passageway.  And it was important to
23 respect that, as they -- as the culture of
24 contemporary medicine today and not consider that