# EXHIBIT 10

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -X
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,


                    Plaintiff,

      -against-                  Civil Action No.
                                 3:20-CV-00187

YALE NEW HAVEN HOSPITAL, INC.,


                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -X
                     September 1, 2021
                     11:38 a.m.

            PORTIONS OF THIS TRANSCRIPT
              ARE DEEMED CONFIDENTIAL
```

VIRTUAL DEPOSITION of IRWIN NASH, a witness on behalf of the Plaintiff herein, taken pursuant to Court Order, before Lauren J. Macina, a Court Reporter and Notary Public of the State of New York.



```
 1    A P P E A R A N C E S :
 2

 3
          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 4             Attorney for Plaintiff
               John F. Kennedy Building
 5             Room 475
               Boston, Massachusetts 02203-0506
 6        BY:  KIMBERLY CRUZ, ESQ.

 7
          WIGGIN AND DANA LLP
 8             Attorneys for Defendant
               One Century Tower
 9             265 Church Street, 18th Floor
               New Haven, Connecticut 06508
10        BY:  MARY GAMBARDELLA, ESQ.
               JOSHUA WYATT, ESQ.
11

12        SEYFARTH SHAW, LLP
               Attorneys for Defendant
13             975 F Street, N.W.
               Washington, D.C. 20004
14        BY:  CHRISTOPHER DEGROFF, ESQ.

15
          ALSO PRESENT:
16             SONYA SHAO, EEOC
               KIRSTEN PETERS, EEOC
17

18

19

20

21

22

23

24
```



1  than that.  We actually have Pathology assistants
2  who cut most of the frozens, but occasionally, we're
3  in a position where we have to cut them on our own;
4  there's no one else around.  So the way I know that
5  I did it satisfactorily is that I always got a
6  result that was reasonable when I cut the frozens.
7       Q.   What do you mean, "reasonable"?
8       A.   No problem with the answer, that,
9  technically, it was good enough to make a diagnosis.
10      Q.   All right.  And who decides that,
11 technically, it was -- let me strike that.
12           I assume it's sent to a lab, and then you
13 look at the results, or am I wrong?
14      A.   You're wrong.
15      Q.   All right.
16      A.   The frozen section, what happens is, they
17 send out a piece of tissue from surgery; we examine
18 it grossly, and then we take a representative's
19 section, and we, quote, freeze it.  We literally
20 freeze it, and then we cut a thin section, and stain
21 it, and then put it on a slide, and then there's a
22 microscope there, and we read it.
23      Q.   And so you judged your completion of the
24 task to be satisfactory because you were able to

```
 1         frozen or thinking.
 2              MS. CRUZ:  I think he's frozen.
 3              MS. GAMBARDELLA:  There he is.
 4         A.   Yes.  I answered yes.
 5         Q.   Thank you.
 6              Were you expected to or required to stay
 7  up to date regarding advances in techniques?
 8         A.   Yes.  Yes.
 9         Q.   Were you required to stay up to date on
10  new medications and their interactions and side
11  effects for patients?
12         A.   I did not treat a lot of patients, sort
13  of, after a while, especially (indiscernible).
14              MS. GAMBARDELLA:  This is terrible.
15         A.   So I stopped really seeing patients.
16         Q.   And when was that?
17         A.   Covid (indiscernible).
18              MS. CRUZ:  We're having some difficulty
19         understanding your answer, Dr. Nash, because
20         the Internet keeps freezing on your end, I
21         think.  So maybe we can have the question read
22         back.
23              THE WITNESS:  I'm having a real problem.
24              MS. CRUZ:  Yeah.  Maybe we can have that
```



1        question read back and have you answer again so
2        that it's super clear for the record.
3               Can you --
4               THE COURT REPORTER:  The last question
5        was, "And when was that?"
6               Are you referring to the one before that?
7               MS. CRUZ:  Yes.  The substantive question.
8        Q.   The substantive question was:  Were you
9   required to keep up to date on new medications,
10  their side effects and interactions, with other
11  medications being taken by patients?
12              The answer I heard was, I stopped treating
13  patients, and then I asked when.
14              MS. CRUZ:  And there was, just for the
15        record, a lot of other conversation that was
16        happening that was garbled.  He should be able
17        to answer the question --
18              MS. GAMBARDELLA:  That's fine.
19              MS. CRUZ:  -- in whole again.
20              MS. GAMBARDELLA:  Of course.
21       Q.   Were you required to keep up with
22  information on new medications, and their side
23  effects, and interactions with other medications
24  patients were taking?

```
 1        A.   I can't hear the whole question, but I
 2   answered that, since 2020, I haven't seen any
 3   patients vis-à-vis medications.  All I was doing was
 4   (indiscernible).
 5             MS. GAMBARDELLA:  Dr. Nash, is there
 6        another room where you are, where you might
 7        have better Internet?
 8             MS. CRUZ:  Could you -- maybe we can go
 9        off record for a second, and I can talk to Dr.
10        Nash about some adjustments we can make, if
11        possible.
12             MS. GAMBARDELLA:  Thank you, Kim.  Thank
13        you very much.  Let's go off for five.
14
15             (A recess was taken.)
16
17   BY MS. GAMBARDELLA:
18        Q.   I had asked you if you had to stay up to
19   date on medications, side effects, and interactions
20   with other medications for patients.
21             Do you remember that question?
22        A.   So the -- you know, the answer was that,
23   basically, in the last, about, year or so, I wasn't
24   really treating patients.  For almost -- for about
```

1  of a situation where rapid decisionmaking was
2  needed?
3        A.    On the frozen sections.
4        Q.    And what's rapid in your world?
5        A.    Rapid would be -- for a frozen section
6  would be about, I would say, under -- I think the
7  standard is, like, under 20 minutes.
8        Q.    Okay.  And would you have to remember
9  information that had been presented to you visually,
10 like, an X-ray, or an EKG reading, or a tissue
11 sample?
12       A.    You would have to remember the images,
13 somewhat.  No image was exactly the same.
14       Q.    So how would you -- from patient to
15 patient, so to speak, how would you ensure you could
16 remember what other things -- what other images you
17 had to look at?
18             MS. CRUZ:  Objection to form.
19       A.    How would I what now?  I'm sorry.
20       Q.    How would you remember, from patient to
21 patient, what other images you had to review?
22       A.    Well, that was just stored in my long-term
23 memory.
24       Q.    Okay.  And so give us a rundown of your

1  you perform that required the most extended period
2  of concentration in those years?
3       A.   Well, you know, the thing about time -- so
4  you have a slide -- in surgical Pathology, the
5  Hematology slides took (indiscernible).  They were
6  just sitting there.  They're, like, a golf ball.
7  You have to approach it at your time, and you can't
8  rush it too fast, and of course, you can't go too,
9  too slow.
10      Q.   Right.
11      A.   But it's not quite like surgery, for
12 instance, where you might have something going very
13 rapidly.  So that was one thing about how we
14 approached these -- you know, my different testing.
15      Q.   Did that change as of 2018 then?
16      A.   Well, only because there was less.  The
17 material was not as challenging, for the most part.
18      Q.   Because you weren't doing as many or as
19 much of that that you were doing before?
20      A.   Right.  And the material we were doing, if
21 you can say, was less complex.
22      Q.   Got it.
23           And then when you would do a report, let's
24 say, 2018 -- well, let me start with 2017 and those