IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>) Civil Action No. 3:20-cv-187-VLB<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| YALE NEW HAVEN HOSPITAL, INC. | )<br>) March 15, 2023 |
| Defendant. | )<br>) |

## JOINT MOTION FOR A THREE-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The parties to the above-captioned matter, by and through their respective counsel, jointly and respectfully hereby move, pursuant to Local Rule of Civil Procedure 7(b) and Rule 16(b)(4) of the Federal Rules of Civil Procedure, for an Order extending this Court's deadline by which the parties must file dispositive motions for three (3) days, from March 21, 2023 up to and including Friday, March 24, 2023.

The bases for this request are as follows:

1. A lead counsel representing the Defendant is participating in four full day depositions within the next eight days, pursuant to another Court's scheduling order and given the respective deponents' schedules.

2. The dispositive motions here necessitate a significant investment of time, as they will involve numerous depositions and exhibits, as well as various, competing expert opinions.

3. EEOC counsel supports this brief, additional time to ensure thorough and complete submissions.

This Motion is approximately the ninth request to extend this particular deadline (most of which were joint requests).

WHEREFORE, the parties jointly request that this Motion be granted, so that dispositive motions will be due Friday, March 24, 2023.

DEFENDANT,
YALE NEW HAVEN HOSPITAL,

By: */s/ Mary A. Gambardella*
Mary A. Gambardella (ct05386)
mgambardella@wiggin.com
Joshua J. Wyatt (ct28916)
jwyatt@wiggin.com
WIGGIN AND DANA LLP
One Century Tower
265 Church Street, 18th Floor
New Haven, Connecticut 06508
Tel: (203) 498-4328
Fax: (203) 789-2889

Christopher J. DeGroff (admitted *pro hac vice*)
cdegroff@seyfarth.com
Shana Madigan (admitted *pro hac vice*)
smadigan@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL  60606

PLAINTIFF,
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

*/s/ Caitlin D. Brown*
Caitlin D. Brown
Trial Attorney
Bar No. phv11110
Tel: (929) 506-5277
caitlin.brown@eeoc.gov

Kimberly A. Cruz
Supervisory Trial Attorney
Bar No. phv10827
Tel: (929) 506-5345
kimberly.cruz@eeoc.gov

Daniel Seltzer
Trial Attorney
Bar No. phv20678233
Tel: (929) 506-5308
Daniel.Seltzer@eeoc.gov

U.S. Equal Employment
Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Fax: (212) 336-3623

Anastasia Doherty
Trial Attorney
Bar No. phv206963
Tel: (617) 865-3685
anastasia.doherty@eeoc.gov

U.S. Equal Employment
Opportunity Commission
Boston Area Office
John F. Kennedy Federal Building
15 New Sudbury St., Rm. 457
Boston, MA 02203

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of March 2023, a copy of the foregoing **JOINT MOTION FOR A THREE-DAY EXTENSION OF TIME TO SUBMIT DISPOSITIVE MOTIONS** was filed electronically. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Mary A. Gambardella*
                                                **Mary A. Gambardella**
                                                **Counsel for Defendant**