IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC.,<br><br>Defendant. | Civil Action No. 3:20-cv-00187-VLB<br><br>March 24, 2023 |

### THE EEOC'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the EEOC hereby moves for Summary Judgment on its claims brought under the Age Discrimination in Employment Act and the Americans with Disabilities Act, as set forth in its Amended Complaint. The undisputed material facts in this matter establish that YNHH is incapable of proving its affirmative defenses under the ADA and ADEA. The EEOC therefore asks the Court to grant summary judgment to the EEOC, finding that YNHH's Late Career Practitioner Policy violates the ADA and ADEA.

The EEOC requests oral argument on this motion.

**Dated:       March 24, 2023**

                                                Respectfully submitted,

                                                <u>s/ Caitlin D. Brown</u>

                                                *Attorneys for Plaintiff*
                                                Caitlin D. Brown
                                                Trial Attorney
                                                Bar No. phv11110

**ORAL ARGUMENT REQUESTED**

Tel: (929) 506-5277
caitlin.brown@eeoc.gov

Kimberly A. Cruz
Supervisory Trial Attorney
Bar No. phv10827
Tel: (929) 506-5345
kimberly.cruz@eeoc.gov

Daniel Seltzer
Trial Attorney
Bar No. phv20678233
Tel: (929) 506-5308
Daniel.Seltzer@eeoc.gov

U.S. Equal Employment
Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Fax: (212) 336-3623

Anastasia Doherty
Trial Attorney
Bar No. phv206963
Tel: (617) 865-3685
anastasia.doherty@eeoc.gov

U.S. Equal Employment
Opportunity Commission
Boston Area Office
John F. Kennedy Federal Building
15 New Sudbury St., Rm. 457
Boston, MA 02203

Andres F. Puerta
Trial Attorney
Bar No. phv207157
Newark Area Office
Two Gateway Center, 17th Floor
Newark, NJ 07023
andres.puerta@eeoc.gov

**ORAL ARGUMENT REQUESTED**