IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC.,<br><br>Defendant. | Civil Action No. 3:20-cv-00187-VLB<br><br>March 24, 2023 |

### EXHIBIT LIST AND DECLARATION OF CAITLIN BROWN IN SUPPORT OF THE EEOC'S MOTION FOR SUMMARY JUDGMENT

I, Caitlin D. Brown, declare:

1. I am a Trial Attorney for the U.S. Equal Employment Opportunity Commission (the "EEOC," or "Commission"), and am one of the Trial Attorneys representing the Commission in this matter. I make this Declaration in support of the EEOC's Motion for summary judgment.

2. Attached to this Declaration are the documents listed in the Exhibit List below.

3. All documents are true and accurate copies of what the below Exhibit List represents them to me.

| Ex. No. | Exhibit Description | Bates No. |
|---|---|---|
| 1 | EEOC's Exhibit List in Support of its Local Rule 56(a)(1) Statement of Undisputed Material Facts. | |
| 2 | Dr. Irwin Nash's Charge of Discrimination (EEOC Charge No. 523-2018-01757) | EEOC_0000466-468 |

1

| 3 | Document titled "Notice of Charge of Discrimination" | EEOC_0000470-473 |
|---|---|---|
| 4 | Letter with subject "Final Determination" dated August 15, 2019 | EEOC_0000013-15 |
| 5 | 30(b)(6) Notice for the Deposition of Thomas Balcezak, dated October 19, 2021 | |
| 6 | Medical Staff Health Policy – April 2007 | YNHH 000055-62 |
| 7 | Email with subject line "Late Career Practitioner Policy 08 07 14.pdf," dated Aug 7, 2014 | YNHH 121093-121100 |
| 8 | Late Career MD Policy Responses | YNHH 118412 |
| 9 | YNHH's Peer Review Spreadsheet | YNHH 130716 |
| 10 | Document titled "Institutional Quality and Peer Review Committee (IPQPRC)" dated June 2011 | YNHH 122200-4 |
| 11 | Emails with the subject "Confidential Peer Review" dated August 22, 2010 | YNHH 122384-390 |
| 12 | Email with subject line "Fwd: Personal and Confidential Peer Review" dated September 10, 2010 | YNHH 122382 |
| 13 | Letter with the subject "Baby Boy ▮▮▮▮ MR:2340205" dated November 10, 2010 | YNHH 122330-334 |
| 14 | Email with the subject line "Fwd: ▮▮▮▮ ▮▮▮▮▮▮" dated June 28, 2011 | YNHH122126-129 |
| 15 | Document titled "Yale New Haven Hospital Physician Activity Report" | YNHH 135586 – 94 |
| 16 | Letter titled with the subject "Brief Case Summary and Findings" dated 5/17/13 20 | YNHH 122057-58 |
| 17 | Document titled "Cognitive Exams H-275.959" | EEOC_0002012 |
| 18 | Document titled "Guiding Principles and Appropriate Criteria for Assessing the Competency of Physicians Across the Professional Continuum H-275.916☐" | EEOC_0002011 |
| 19 | Document titled "LATE CAREER PRACTITIONERS " | YNHH 000924 – 931 |
| 20 | Document titled "LATE CAREER PRACTITIONERS" | YNHH 118804 - 811 |
| 21 | Letter dated August 1, 2018 | YNHH 026373 |
| 22 | Document tiled "Status of Practitioners Chart" dated July 1, 2022 | YU021811-822 |
| 23 | Email with the subject "Refer and Follow w/Age" dated November 8, 2017 | YNHH 129241 |
| 24 | Email with the subject "RE: Late Career Practitioner Policy Amendments" dated February 19, 2019 | YNHH 146666-67 |

| | | |
|---|---|---|
| 25 | Document with the subject "ROUTINE AND ONGOING (OPPE) PROFESSIONAL PRACTICE EVALUATION ('Peer Review')" | YNHH 113597 - 605 |
| 26 | Document with the subject "OPPE YNHH Surgery Cardiac" dated April 2021. | YNHH 112592 – 112613 |
| 27 | Brief Orientation and Medical History | YU003776 |
| 28 | Full Medical History | YNHH 002963 – 968 |
| 29 | Screening Examination Time 1 | YU013268- YU013319 |
| 30 | Email with the subject line, "Late Career Practitioner Policy", dated June 2, 2015 | YNHH 125434-466 |
| 31 | Document with the title "Results of Screening Exam" and date of exam April 6, 2022 | YU021644 – 48 |
| 32 | Memorandum with the subject "Cognitive Screening and Neuropsychological Assessment Services Agreement" dated September 12, 2016 | YNHH 000913 – 16 |
| 33 | Older Physician Cognitive Screening Overview | YU011200- 213 |
| 34 | Events of Harm Reporting | YNHH 119876 |
| 35 | Document with the title "Yale New Haven Hospital Annual Performance Plan FY 2019" | YNHH 135843 – 880 |
| 36 | Emails with the subject "▮▮▮▮▮ APRN – PERSONAL & CONFIDENTIAL" dated December 31, 2018 to January 3, 2019 | YNHH 009438-40 |
| 37 | Document titled "Neuropsychological Assessment Report" (for ▮▮▮▮▮, ▮▮▮) | YNHH 018958 – 64 |
| 38 | Document titled "Neuropsychological Assessment Report" (for ▮▮▮▮▮, ▮) | YNHH 122828-834 |
| 39 | Document titled "Neuropsychological Assessment Report" (for ▮▮▮▮▮ ▮.) | YNHH 122850-55 |
| 40 | Document titled "Neuropsychological Assessment Report" (for ▮▮▮ ▮▮▮ ▮) | YU004684 |
| 41 | Document titled "Neuropsychological Assessment Report" (for ▮▮▮▮▮, ▮) | YNHH 017282 |
| 42 | Extension Summary Chart | |
| 43 | Emails with the subject "▮▮▮▮▮ ▮▮▮▮ – LCP" dated February 14 to February 18, 2019 | YNHH 119248 – 50 |
| 44 | Letter beginning "Hi Tom, Leo & Nina" and including various attachments | YU008329-340 |

3

| 45 | Emails with the subject "Honorary and Refer and Follow Subset 03212019" dated March 22, 2019 | YNHH 001214-16 |
|---|---|---|
| 46 | Spreadsheet with the title "Screening Thresholds and Contingencies" | YNHH002930 |
| 47 | Spreadsheet with the title "Screening Threshold Estimates and Norms" and dated May 9, 2017 | YNHH2812 |
| 48 | Results of Screening Exam, ▉▉▉▉▉▉, Exam Date, April 6, 2022 | YU21644 |
| 49 | Email with subject line, "March Late Career Practitioners – PRIVILEGED & CONFIDENTIAL", dated February 7, 2017 | YNHH 119035 |
| 50 | Credentials Committee Meeting Minutes, March 7, 2017 (and subsequent) | YNHH146353-146531 |
| 51 | Document titled "Final Report" issued by the YNHH Late Career Practitioner Committee | YNHH 125436-125466 |
| 52 | Leo Cooney, MD, and Thomas Balcezak, MD, Cognitive Testing of Older Clinicians Prior to Recredentialing, JAMA Performance Improvement, Jan. 14, 2020, Val. 3232, No. 2, 179-80 | YNHH119727-28 |
| 53 | Document titled "Cognitive Function and the Aging Physician" | YNHH 004360 |
| 54 | Document titled "Testing Older Clinicians at Yale New Haven Hospital" | YNHH 119512 |
| 55 | Email with subject line "RE: Late Career Practitioner Delinquents (▉▉▉ ▉▉▉▉) dated December 14, 2017 | YNHH119412-13 |
| 56 | Email with subject line "RE: ▉▉▉▉▉ ▉▉▉▉▉▉▉" dated June 21, 2017 | YNHH137081-137085 |
| 57 | Career Reasons – Reason Code | YNHH135988-89 |
| 58 | Compilation of minutes for the Late Career Practitioner Committee | YNHH119673-122037 |
| 59 | Testing Cognition in Older Physicians, By Mollie Frost | YNHH 123608-09 |
| 60 | Letter to Irwin Nash with Referred "Late Career Practitioner Policy", dated February 3, 2020 | YNHH 018416 |
| 61 | Laura Brown Spreadsheet- Copy of LCP Active.1 | YNHH 146759 |
| 62 | YNHH Response to Interrogatory 20 | YNHH 146325 |
| 63 | Document produced by YNHH, listing practitioner LCPP neuropsychological exam outcomes | YNHH 000903 |

| 64 | Expert Report of Dr. Joel Kramer, dated August 22, 2022 | |
|---|---|---|
| 65 | Kramer - Commands | EEOC_0002098 |
| 66 | Kramer – uds3-ivp-ded, | EEOC_0002099 – 2249 |
| 67 | Kramer – Mac Data for YNHH | EEOC 0002097 |
| 68 | Kramer – NACC data for YNHH | EEOC 0002250 |
| 69 | Expert Report of Dr. Erin George, dated August 29, 2022 | |
| 70 | Supplemental Expert Report of Dr. Erin George, dated September 30, 2022 | |
| 71 | George – .do files (calculations) | EEOC_0002063 – 2096 |
| 72 | Morrissey Spreadsheet (Sample) | – YNHH 135987 |
| 73 | Expert Report of Ilene N. Moore, M.S. J.D., August 29, 2022 (Corrected) | |
| 74 | Expert Report of Dr. Charles A. Scherbaum, dated August 22, 2022 | |
| 75 | Excerpts from the Deposition Transcript of Peter Herbert (Feb. 4, 2022) | |
| 76 | Excerpts from the Deposition Transcript of Stephen Choi (30(b)(6)) (June 14, 2022) | |
| 77 | Excerpts from the Deposition Transcript of Theresa Zinck-Lederer (December 7, 2021 and July 28, 2022) | |
| 78 | Excerpts from the Deposition Transcript of Lauren Mallozzi (May 20, 2022) | |
| 79 | Excerpts from the Deposition Transcript of Laura Brown (September 19, 2022) | |
| 80 | Excerpts from the Deposition Transcript of Richard Jennings (November 15, 2021) | |
| 81 | Excerpts from the Deposition Transcript of Judith Ferholt (November 10, 2021) | |
| 82 | Excerpts from the Deposition Transcript of Fredric Finklestein (September 13, 2021) | |
| 83 | Excerpts from the Deposition Transcript of Marguerite Pinto (November 16, 2021) | |
| 84 | Excerpts from the Deposition Transcript of Irwin Nash (September 1, 2021) | |
| 85 | Excerpts from the Deposition Transcript of Martha Mitchell (September 14, 2021) | |
| 86 | Excerpts from the Deposition Transcript of Anthony Musto (November 12, 2021) | |
| 87 | Excerpts from the Deposition Transcript of Keith Hawkins (May 12, 2022) | |
| 88 | Excerpts from the Deposition Transcript of Keith Hawkins (July 29, 2022) | |

| 89 | Excerpts from the Deposition Transcript of Joanne McFadden Papinchock (May 5, 2022) | |
| --- | --- | --- |
| 90 | Excerpts from the Deposition Transcript of Joanne McFadden Papinchock (January 6, 2023) | |
| 91 | Excerpts from the Deposition Transcript of Joanne McFadden Papinchock (February 22, 2023) | |
| 92 | Excerpts from the Deposition Transcript of Leo Cooney (November 9, 2021) | |
| 93 | Excerpts from the Deposition Transcript of Stephen Choi (June 20, 2022) | |
| 94 | Excerpts from the Deposition Transcript of Thomas Balcezak (30(b)(6) and individual) (July 12, 2022 and July 25, 2022) | |
| 95 | Excerpts from the Deposition Transcript of Thomas Balcezak (September 27, 2021) | |
| 96 | Excerpts from the Deposition Transcript of Thomas Balcezak (30(b)(6)) (November 2, 2021) | |
| 97 | Excerpts from the Deposition Transcript of Michael Kashgarian (September 9, 2021) | |

4. **Exhibit 42**, referenced above, is a true and accurate copy of a document produced by Defendant in this matter entitled, EXTENSION SUMMARY CHART.

   a. I asked EEOC Trial Attorney Andres Puerta to oversee the preparation of a chart ("Extension Summary Chart"), pursuant to Federal Rule of Evidence 1006, that would summarize facts derived from voluminous documents produced by Yale New Haven Hospital ("YNHH") in order to accurately and conveniently show the number and length of extensions of time granted to medical practitioners at YNHH who were subject to medical examinations under the Late Career Practitioner Policy ("LCPP").

b. I identified the documents and deposition testimony that contained the facts to support the calculation of extensions of time provided to medical practitioners with clinical privileges at YNHH, as well as the length of time YNHH paused its LCPP test administration due to the Covid pandemic.

c. I performed quality control checks on the work Paralegals Mejia and Doss did on the chart.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on March 25, 2023 in New York, New York.

Dated:      March 25, 2023

                                    /s/ *Caitlin D. Brown*
                                    **Caitlin D. Brown**