# EXHIBIT 42

**FRE 1006 SUMMARY: EXTENSIONS FOR COMPLETION OF LCPP NEUROPSYCHOLOGICAL SCREENING EXAM**

| Practitioner Name | Original Deadline to Complete LCPP Neuropsychological Screening Exam[1] | Date of LCPP Neuropsychological Screening Exam Following Deadline | Date Practitioner Relinquished Clinical Privileges Following Deadline[2] | Approximate Length of Extension[3] | Approximate Length of Extension Excluding Covid Pause[4] |
|---|---|---|---|---|---|
| | 12/31/2017[5] | | 3/19/2018[6] | 2 months, 19 days | |
| | 12/31/2020[7] | 6/8/2021[8] | | 5 months, 8 days | 2 months, 20 days |
| | 8/30/2018[9] | 9/5/2018[10] | | 6 days | |
| | 9/5/2019[11] | 7/1/2020[12] | | 9 months, 26 days | 6 months, 12 days |
| | 3/31/2017[13] | | 6/29/2017[14] | 3 months | |
| | 12/31/2017[15] | | 3/1/2018[16] | 2 months | |
| | 8/31/2020[17] | 10/29/2021[18] | | 1 year, 2 months | 7 months, 10 days |
| | 8/31/2020[19] | 3/31/2021[20] | | 7 months | 12 days |
| | 9/30/2020[21] | | 12/31/2020[22] | 3 months | None |
| | 3/31/2021[23] | | 5/21/2021[24] | 1 month, 21 days | |
| | 8/25/2018[25] | 12/14/2018[26] | | 3 months, 19 days | |
| | 12/17/2020[27] | | 8/12/2021[28] | 7 months, 26 days | 4 months, 24 days |
| | 6/30/2020[29] | 6/2/2021[30] | | 11 months, 3 days | 2 months, 14 days |
| | 12/28/2017[31] | 1/22/2019[32] | | 1 year, 25 days | |
| | 1/31/2020[33] | 10/15/2021[34] | | 1 year, 8 months, 15 days | At least 8 months, 13 days |
| | 8/7/2018[35] | | 11/30/2018[36] | 3 months, 23 days | |
| | 11/30/2018[37] | 1/18/2019[38] | | 1 month, 19 days | |
| | 4/30/2018[39] | | 5/8/2018[40] | 8 days | |
| | 5/31/2019[41] | | 7/30/2019[42] | 2 months | |
| | 4/30/2020[43] | 9/30/2021[44] | | 1 year, 5 months | 6 months, 11 days |
| | 9/30/2020[45] | 10/19/2021[46] | | 1 year, 19 days | 7 months |
| | 6/30/2020[47] | 3/30/2021[48] | | 9 months | 11 days |

1

| Practitioner Name | Original Deadline to Complete LCPP Neuropsychological Screening Exam[1] | Date of LCPP Neuropsychological Screening Exam Following Deadline | Date Practitioner Relinquished Clinical Privileges Following Deadline[2] | Approximate Length of Extension[3] | Approximate Length of Extension Excluding Covid Pause[4] |
|---|---|---|---|---|---|
| | 3/26/2019[49] | | 1/31/2021[50] | 1 year, 10 months, 5 days | 11 months, 20 days |
| | 6/30/2020[51] | | At least 9/30/2020[52] | 3 months | None |
| | 1/31/2020[53] | | 12/31/2020[54] | 11 months | 1 month, 17 days |
| | 2/28/2021[55] | 5/3/2021[56] | | 2 months, 5 days | 1 months, 14 days |
| | 4/30/2021[57] | | 9/30/2021[58] | 5 months | |
| | 6/30/2020[59] | 4/18/2022[60] | | 1 year, 9 months, 19 days | 1 year, 1 month |
| | 9/30/2020[61] | 4/20/2022[62] | | 1 year, 6 months, 21 days | 1 year, 1 month |
| | 1/31/2021[63] | | 7/1/2021[64] | 5 months | 3 months, 12 days |
| | 2/28/2021[65] | | 10/31/2021[66] | 8 months, 3 days | 7 months, 12 days |
| | 4/30/2022[67] | | 11/1/2022[68] | 6 months, 2 days | |
| | 8/31/2020[69] | 6/14/2021[70] | | 9 months, 14 days | 2 months, 26 days |
| | 8/31/2019[71] | | 12/31/2019[72] | 4 months, 25 days | |
| | 1/31/2021[73] | 5/25/2021[74] | | 3 months, 25 days | 2 months, 6 days |
| | 12/31/2020[75] | 11/17/2021[76] | | 10 months, 17 days | 8 months |
| | 9/30/2021[77] | 10/26/2021[78] | | 26 days | |
| | 2/28/2021[79] | 11/15/2021[80] | | 8 months, 18 days | 7 months, 27 days |
| | 1/8/2021[81] | 6/16/2021[82] | | 5 months, 8 days | 3 months |
| | 1/31/2021[83] | 1/10/2022[84] | | 11 months, 10 days | 9 months, 22 days |
| | 8/31/2020[85] | 3/31/2021[86] | | 7 months | 12 days |
| | 8/31/2020[87] | 4/9/2021[88] | | 7 months, 9 days | 21 days |
| | 1/31/2021[89] | | After 6/30/2022[90] | At least 1 year, 5 months | At least 1 year, 3 months |

2

| Practitioner Name | Original Deadline to Complete LCPP Neuropsychological Screening Exam[1] | Date of LCPP Neuropsychological Screening Exam Following Deadline | Date Practitioner Relinquished Clinical Privileges Following Deadline[2] | Approximate Length of Extension[3] | Approximate Length of Extension Excluding Covid Pause[4] |
|---|---|---|---|---|---|
| | 3/31/2021[91] | 05/17/2022[92] | | 1 year, 1 month, 17 days | |
| | 1/31/2021[93] | 6/4/2021[94] | | 4 months, 4 days | 2 months, 16 days |
| | 8/31/2020[95] | 5/28/2021[96] | | 8 months, 28 days | 2 months, 9 days |
| | 7/31/2020[97] | 4/30/2021[98] | | 9 months | 1 month, 11 days |
| | 3/31/2019[99] | 5/10/2019[100] | | 1 month, 10 days | |
| | 3/31/2021[101] | | 11/01/2021[102] | 7 months | |
| | 10/31/2020 [103] | | 4/30/2022[104] | 1 year, 6 months | 1 year, 1 month, 11 days |
| | 9/30/2020[105] | 8/27/2021[106] | | 11 months, 14 days | 5 months, 8 days |
| | 5/31/2020[107] | 1/24/2022[108] | | 1 year, 7 months, 24 days | 9 months, 26 days |
| | 12/31/2020[109] | | 6/30/2021[110] | 6 months | 3 months, 11 days |
| | 12/31/2020[111] | 4/20/2021[112] | | 3 months, 20 days | 1 month |
| | 11/30/2020[113] | 3/17/2022[114] | | 1 year 3 months, 17 days | 11 months, 26 days |
| | 8/31/2021[115] | 3/14/2022[116] | | 6 months, 14 days | |
| | 8/31/2021[117] | | 2/7/2022[118] | 5 months, 7 days | |
| | 12/31/2019 [119] | 1/10/2020[120] | | 10 days | |
| | 2/28/2021[121] | | 9/24/2021[122] | 6 months, 27 days | 6 months, 5 days |
| | 8/31/2020[123] | 4/9/2021[124] | | 7 months, 9 days | 21 days |
| | 5/31/2021[125] | | 9/30/2021[126] | 4 months | |
| | 9/30/2020[127] | 4/12/2021[128] | | 6 months, 13 days | 24 days |
| | 7/25/2019 [129] | 8/5/2019[130] | | 11 days | |
| | 3/31/2021[131] | | 9/8/2021[132] | 5 months, 8 days | |
| | 6/30/2020[133] | | 6/30/2021[134] | 1 year | 3 months, 11 days |

3

| Practitioner Name | Original Deadline to Complete LCPP Neuropsychological Screening Exam[1] | Date of LCPP Neuropsychological Screening Exam Following Deadline | Date Practitioner Relinquished Clinical Privileges Following Deadline[2] | Approximate Length of Extension[3] | Approximate Length of Extension Excluding Covid Pause[4] |
|---|---|---|---|---|---|
| ▮ | 11/28/2018[135] | | 6/30/2019[136] | 7 months, 2 days | |
| ▮ | 10/31/2018[137] | | 1/31/2019[138] | 3 months | |
| ▮ | 1/31/2021[139] | 4/30/2021[140] | | 3 months | 1 month, 11 days |
| ▮ | 3/31/2020[141] | | 6/30/2020[142] | 3 months | None |

---

[1] A practitioner's original deadline to complete the LCPP neuropsychological exam is either the practitioner's recredentialing deadline or their deadline to re-take the LCPP neuropsychological exam after one year based on a "Qualified Pass" result and determination of the LCP committee. ▮

[2] Applicable if the practitioner did not submit to LCPP Neuropsychological Exam following applicable deadline, but relinquished their clinical privileges without being examined.

[3] Specifically, the approximate length of time during which the practitioner retained clinical privileges without completing the LCPP neuropsychological screening exam for the relevant cycle. This will be either the day before the practitioner ultimately took the LCPP screening exam, or for individuals who never took the LCPP exam following the applicable deadline, the date that practitioner relinquished their clinical privileges at YNHH.

[4] Evidence in the record demonstrates that LCPP Neuropsychological screenings were "paused" from March 17, 2020 through March 19, 2021 due to COVID-19. SMF ¶ 190. This column identifies the approximate length of any extension omitting this time period when testing was paused due to COVID-19.



4









8