# EXHIBIT 64

**<u>Expert Report of Joel Kramer, Psy.D.</u>**

***EEOC v. Yale New Haven Hospital, Inc.***
**Case No. 3:20-cv-00187-SALM**

## **TABLE OF CONTENTS**

**Report of Joel H. Kramer, Psy.D**................................................................................. 1

I.   Qualifications ....................................................................................................... 1

II.  Opinions ................................................................................................................ 2

    A.  There is Insufficient Evidence that the LCPP Neuropsychological Testing Battery is Sensitive or Specific Enough to be Used to Determine Whether a Practitioner can Safely Exercise their Privileges ........................................................................ 2

        1. Inferring Clinically Meaningful Cognitive Impairment Based on a Few Low Scores at a Single Time Point is Commonly Inaccurate ............................................. 2

        2. Neuropsychological Tests Often do Not Accurately Predict Real-World Behavior ........................................................................................................ 3

        3. The LCPP Test Battery Includes Tests with Poor Reliability and Construct Validity .......................................................................................................... 3

        4. There are No Studies to Date Supporting the Sensitivity and Specificity of Neuropsychological Testing for Predicting the Competence of Health Care Professionals ................................................................................................... 4

    B.  Instituting Neuropsychological Examinations Based on Age 70 is Highly Arbitrary and Ignores Many Risk Factors for Cognitive Impairment Other than Age .......................... 6

**Appendix A: References**

**Appendix B: Curriculum Vitae**

**Appendix C: Brief Descriptions of Neuropsychological Tests Currently Utilized in the YNHH LCPP Primary Screening Battery**

**Appendix D: Exhibits**

**Appendix E: Prior Testimony**

## REPORT OF JOEL H. KRAMER, PSY.D.

I am a neuropsychologist, and I was retained by the U.S. Equal Employment Opportunity Commission (EEOC) to provide expert testimony in the case captioned *Equal Employment Opportunity Commission v. Yale New Haven Hospital* (Civil Action No. 3:20-cv-187-SALM). This report offers my opinions regarding the use of neuropsychological testing for determining whether medical practitioners at the age of 70 and older are competent to carry out their professional duties. My opinions are based on my 40 years of professional experience evaluating patients, carrying out research on brain aging, developing neuropsychological tests, and my familiarity with the scientific literature. As described below, there is insufficient evidence that the YNHH LCPP neuropsychological test battery is sensitive or specific enough to be used to determine whether a medical practitioner can safely exercise their privileges. Further, instituting neuropsychological examinations based on age 70 is highly arbitrary and ignores many risk factors for cognitive impairment other than age.

## I.      QUALIFICATIONS

I earned a doctorate in clinical psychology in 1982 from Baylor University, and completed a post-doctoral fellowship in neuropsychology at the VA Medical Center, Martinez, CA. I have been licensed to practice psychology in the State of California since 1984, and am board certified in clinical neuropsychology. I have 40 years of experience conducting research in neuropsychology and behavioral neurology, teaching neuropsychology, and carrying out neuropsychological evaluations.

I have been a professor at the University of California, San Francisco (UCSF) since 1989. From 1989-1995, I served as Assistant Clinical Professor of Psychiatry, from 1995 – 2002 as Associate Clinical Professor, and from 2002-2003 as Clinical Professor. I was a Clinical Professor of Neuropsychology in Neurology from 2003 to 2010, and I have been a Professor in Residence in the Department of Neurology since 2011.

My primary affiliation has been with the Memory and Aging Center (MAC) within the UCSF Department of Neurology since its inception in 1998. The MAC is a major center for dementia care, research and education, employing over 250 faculty and staff. The MAC has seen over 25,000 individuals in its clinical and research programs. I currently serve as the Interim Director and Division Chief of the MAC. I am also the director of the neuropsychology program at the MAC, Clinical Core Leader of our federally funded Alzheimer's Disease Research Center, and Director of our brain aging program. In 2020, I received an endowed chair from the John Douglas French Alzheimer's Foundation, which supports innovative research leading to the discovery of treatments, prevention and cures for Alzheimer's disease.

My current research revolves around understanding the cognitive and behavioral changes associated with aging, neurodegenerative disorders, and cerebrovascular disease. I have been continually funded by the National Institutes of Health to carry out research since the mid-1990s.

I have participated extensively in the development and validation of neuropsychological tests for most of my professional career. I am a co-author of the ████████████████████████ ████████, which includes the █████████████████████ that is utilized by Dr. Hawkins in

his test battery.  I was also part of the team that developed the ███████████
test, which is also part of the LCPP test battery. I am also a co-author of the California Verbal
Learning Test –Third Edition, the California Verbal Learning Test – Children's Version, and the
NIH-EXAMINER.

I have authored over 450 peer reviewed publications over the course of over thirty-five years. A
full list of publications is provided in my CV.

My hourly rate of compensation in this matter is $400 per hour.


II.    **OPINIONS**

Below I describe my opinions issued in this matter.  In Appendix C, I describe the
neuropsychological tests currently used in the LCPP primary screening battery, and my
experience with those tests.

> A.    **There is Insufficient Evidence that the LCPP Neuropsychological Testing
> Battery is Sensitive or Specific Enough to be Used to Determine Whether a
> Practitioner can Safely Exercise their Privileges**

The underlying premise of Yale New Haven Hospital's (YNHH) Late Career Practitioner Policy
(LCPP) is that the competencies required by YNHH medical practitioner jobs are linked to
underlying neurocognitive abilities, and that these abilities are accurately assessed by the LCPP's
neuropsychological testing battery. While intuitively appealing, this line of reason is flawed for
several reasons that are outlined below:

> 1.    **Inferring Clinically Meaningful Cognitive Impairment Based on a
> Few Low Scores at a Single Time Point is Commonly Inaccurate**

As Schretlen et al. [1, 2] and others have pointed out, it is very common for older normal
subjects to score in the impaired range on neuropsychological tests, even if no impairment exists.
(Bracketed numbers cite to corresponding papers identified in Appendix A). This would be what
Dr. Hawkins has described as a false positive—as test showing that someone was impaired when
they actually were not. (*See* Hawkins Dep. 7/29/22, Ex. 13 at YNHH 123448, 100:12-19,
102:13-103:4). Schretlen also found that the number of false positives increases when the
number of tests given is higher. [2]  In a study of 1,189 neurologically normal adults'
performance on a battery of tests (which included multiple tests used in the LCPP), Schretlen
found that, when using a battery with 25 measures, 40.1% of normal participants received two or
more scores that were 1.5 standard deviations below the mean for that group, and 14.4% received
scores two standard deviations or more below the mean. [2].  These false positive rates increased
when the test battery was lengthened. [2].  In addition, subjects who do poorly one year often
perform within normal limits on subsequent evaluations.

My own research highlights this issue. In preparing this report, I queried our database at the
MAC for subjects between the ages of 65 and 75 who were clinically normal (i.e., per a study
partner, were functionally intact and without recent cognitive changes) at their baseline and all

subsequent visits, and identified 464 subjects. We used a cognitive battery similar (and in some cases identical) to the LCPP battery with these subjects, and generated z-scores for eight scores based on a high functioning control group. Using the cut-off of 1.5 standard deviations below the mean suggested by Dr. Hawkins (Hawkins Dep. 7/29/22, 26:21-27:6), over half (51.9%) of the sample performed worse than 1.5 standard deviations below the mean on at least one score, and 15.7% of the sample performed worse than 1.5 standard deviations below the mean on two or more scores. When retested a year later, more than a third (34.8%) of the subjects who were considered impaired at baseline scored above the cut-off on all of the measures.

The importance of caution when interpreting test scores is highlighted in the APAs recommendation that psychologists "carefully consider and control potential sources of error and/or bias, particularly when these errors may contribute to a diagnosis, recommendation, disposition, or other high-stakes decisions (e.g., … employment, … competence and decisional capacity….)." [3].  In addition, most clinical neuropsychologists would agree that test performance can be affected by multiple factors like time of day, quality of sleep, degree of cooperation, anxiety, hearing, and rapport with the examiner.

### 2. Neuropsychological Tests Often do Not Accurately Predict Real-World Behavior

The idea that neuropsychological tests are providing valid information about real-world abilities is also problematic. The ██████████████████████, for example, was described by Dr. Hawkins as measuring the ability to inhibit a prepotent response and override an impulse. (*See* Hawkins Dep., 5/12/22, 174:25-175:15). This has some degree of face validity, as there are stimuli (e.g, **GREEN**) where the examinee has to name the color of ink (red) and inhibit reading the word (green). In a 2011 paper, however, Heflin et al. [4] used family ratings of disinhibited behavior as the gold standard, and showed that in a sample of 112 well-characterized patients with mild cognitive impairment or dementia, performance on this task was not associated with real-world behavioral disinhibition. Similarly, Possin et al. [5] showed that the task offered no additional power to predict informant ratings of executive functioning or behavior.

### 3. The LCPP Test Battery Includes Tests with Poor Reliability and Construct Validity

As Dr. Papinchock points out in her deposition, a test that's not reliable can't be valid. (Papinchock Dep. 5/5/22, 4:4-7).  Reliability of a test is estimated in several ways. In general, we want tests that can be scored the same way by different examiners, and scores that are stable over time, that is, an examinee should get the same score if tested on two separate occasions.

The ███████████ test serves as an example of a test with poor validity. As part of the team that developed the test, I believe I can offer some unique insights. Considerable effort was made to create a system for scoring the test in a consistent way. Despite these efforts, the test has poor interrater reliability; that is, it is difficult to get independent raters to come up with the same score. The test also has very poor test-retest reliability over a one-year period. In preparing this report, I analyzed a group of over 6400 clinically normal subjects included in the National Alzheimer's Coordinating Center (NACC) database, and found that the reliability of the ████ ████ was .28, dramatically below the industry standard of .8. This means that there is so much

random error associated with the score on the ▮▮▮▮ that one cannot be at all certain that it is accurately measuring what it is intended to measure. I found that the one-year stability of other tests in the LCPP battery like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ that are also included in the NACC dataset ranges from .63 to .73, which is much better than the ▮▮▮▮, but still lower than ideal.

Construct validity is also an issue. Construct validity basically means that a test accurately measures what it purports to measure. Unfortunately, this is not always the case because neuropsychological tests are multifactorial; test scores are not synonymous with any specific underlying ability level, and scores can be influenced by factors unrelated to what the test purports to measure.



▮▮▮▮ test, one measure in the LCCP battery, is an example. The ▮▮▮▮ test requires the examinee to copy the geometric figure seen to the right. It was intended to assess visuospatial skills. Possin et al. [6], however, showed that the actual cognitive processes associated with figure copy performance differed by diagnostic group, indicating that we cannot automatically infer that the ▮▮▮▮ test is providing an accurate index of visuospatial ability.

Casaletto et al [7] also documented a lack of conceptual clarity for another paradigm used in the LCCP.  In the LCCP battery, verbal memory is assessed using the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (*See* Hawkins Dep. 5/12/22, 152:3-153:5). The ▮▮▮▮ verbally presents the examinee with a list of 12 words over three learning trials; recall and recognition of the words are measured after a 20-minute delay. (*Id.*)  One of the three ▮▮▮▮ scores is the total number of words immediately recalled during the learning trials. Casaletto et al., however, showed that immediate recall scores are impacted by multiple abilities and may not be an accurate reflection of episodic memory.

### 4.      There are No Studies to Date Supporting the Sensitivity and Specificity of Neuropsychological Testing for Predicting the Competence of Health Care Professionals

Demonstrating that neuropsychological testing is highly sensitive and specific for predicting real world behavior has historically proven difficult. Turnbull et al. [8], for example, studied competence and cognitive difficulty in physicians. The gold standard for determining physician competence was a physician review program (PREP), and they measured cognitive performance in 45 physicians referred to the PREP program because of competency concerns. The neuropsychological test battery was similar to that used by the YNHH LCPP. Neuropsychological tests scores were converted to z-scores and a global summary score was created to reflect the likelihood in the professional opinion of the neuropsychologists that the physician's cognitive difficulty would impair performance.

Of the 31 physicians scoring poorly on PREP (i.e., documented to have impaired competence), only 12 had moderate or severe cognitive impairment sufficient to explain their poor PREP performance. [8] Further, two physicians who were found to have moderate to severe cognitive impairment had *satisfactory* PREP performance, suggesting that even moderate to severe

impairment does not necessarily render a physician incompetent to practice medicine. [8] These findings reflect inadequate sensitivity of the neuropsychological testing to predict poor physician performance, even in a highly selective group of physicians referred to the program because of competency concerns.  In other contexts (e.g., driving), neuropsychological tests have been found to have poor specificity; the neuropsychological testing would predict impaired driving in a large number of instances when the examinee's actual driving is fine (per a gold standard driving test) [9].

If seeking to use its test battery to identify practitioners who cannot safely exercise their privileges (*see* 2015.09.16 LCPP), YNHH must show that the LCPP's neuropsychological testing is highly sensitive to a loss of competence, that is, whenever a practitioner is no longer competent, the performance on neuropsychological testing is almost always impaired. Second, YNHH must show that the LCPP's neuropsychological testing is highly specific to a loss of competence, that is, whenever the testing shows significant impairment in cognition, there is almost always an impairment in professional competence.  However, Dr. Balcezak testified that YNHH found no consistent connection between a practitioner's score on the LCPP neuropsychological testing and any practitioner performance metric that YNHH has. (Balcezak 30(b)(6) Dep., 11/2/21, 286:6-10).  Further, though Dr. Hawkins initially identified as an objective of the program to assess the test battery against other measures of competence to determine whether the testing was performing its stated intention, this analysis was never performed. (Hawkins Dep., 5/12/22, 106:17-108:14).  Neither the sensitivity nor the specificity of the YNHH LCPP neuropsychological testing battery has been empirically established for assessing professional competence.

Determining whether the LCPP neuropsychological battery is sensitive and specific to professional competence is made even more difficult by the lack of clarity in how the neuropsychological tests are being used. The test battery has changed over time, as have the norms being used to evaluate performance and the thresholds for determining impairment. (*See* Hawkins Dep., 5/12/22, 156:16-157:2, 178:3-6, 186:7-187:2; Hawkins Dep. 7/29/22, 28:9-24, 25:3-12, 26:21-27:6).

If neuropsychological testing is to be used as a benchmark for medical practitioner performance, then the specific levels of performance required on measures of speed, episodic memory, spatial ability, language function, attention, working memory, executive function, vision, motor dexterity, etc. must be determined for each practitioner's specialty, and the empirical foundation for using specific scores to determine whether someone can safely practice medicine must be established.  Because the tests in the LCPP battery were not designed or validated for this purpose, this key process was never undertaken.

Dr. Hawkins agrees that to date, there is no literature establishing what scores a practitioner needs to receive on each test in order to be considered safe to practice medicine (Hawkins Dep., 5/12/22, 269:20-270:9; 271:5-272:23).  Without knowing the performance a practitioner would need to exhibit on each of the LCPP's tests in order to be able to practice medicine safely, those tests cannot be used to make determinations regarding practitioner's privileges.

**B.** **Instituting Neuropsychological Examinations Based on Age 70 is Highly Arbitrary and Ignores Many Risk Factors for Cognitive Impairment Other than Age**

The decision to use a chronological age of 70 at which to require neuropsychological testing is highly arbitrary. Age is certainly a risk factor for developing cognitive impairment and dementia, but there is no scientific justification for selecting age 70 to start screening health care professionals. While some individuals may develop cognitive impairment as they age, the literature does not support the idea that all decline at the same rate, or that cognitive decline is inevitable for all 70 year-olds. Further, YNHH's singular focus on chronological age to impose these exams ignores a multitude of other relevant risk factors for cognitive impairment. For example, people with a family history of Alzheimer's disease are generally considered to be at a heightened risk of developing the disease themselves. The Lancet Commission report on dementia [10] further identifies several risk factors that may be associated with over a third of dementia cases that include excessive alcohol consumption, head injury, air pollution, hypertension, hearing impairment, smoking, obesity, depression, physical inactivity, diabetes, and infrequent social contact.

In the Expert Opinion report from Thomas Gallagher, MD dated March 18, 2022, he quotes a published opinion piece from Devi et al [11] that states: "Age remains the single biggest risk factor for cognitive impairment in physicians… Extrapolating from population data, the estimated prevalence of mild cognitive impairment (21%) and dementia (7%) may be as high as 28% in physicians aged 70 years and older." While age is certainly a risk factor for cognitive impairment, the reported extrapolations have no bearing on the issue at hand. First, while prevalence rates of mild cognitive impairment and dementia may be as high as 28% in the general population aged 70 and older, these prevalence studies are for ages 70 and higher, including 80 and 90-year-olds who do experience much higher rates of cognitive decline. Estimates of cognitive impairment and dementia in the general population of 70-year-olds, the age at which YNHH is mandating cognitive assessment, is much lower, probably below 5% [12].

In addition, there is a wealth of literature showing how highly educated individuals, particularly those engaged in cognitively active professions, are at lower risk of having cognitive symptoms [13, 14]. The extrapolations cited by Dr. Gallagher are further flawed because they ignore the fact that most health care professionals with cognitive decline will have likely retired already. Consequently, the actual prevalence of cognitive impairment in YNHH's 70-year-old health professionals has not been empirically established but is likely low.


Joel H. Kramer, Psy.D.
August 22, 2022

6

## APPENDIX A: REFERENCES

1. Schretlen, D.J., et al., *Examining the range of normal intraindividual variability in neuropsychological test performance.* J Int Neuropsychol Soc, 2003. **9**(6): p. 864-70.
2. Schretlen, D.J., et al., *Frequency and bases of abnormal performance by healthy adults on neuropsychological testing.* J Int Neuropsychol Soc, 2008. **14**(3): p. 436-45.
3. American Psychological Association, APA GUIDELINES for Psychological Assessment and Evaluation, March 2020, available at https://www.apa.org/about/policy/guidelines-psychological-assessment-evaluation.pdf.
4. Heflin, L.H., et al., *Let's inhibit our excitement: the relationships between Stroop, behavioral disinhibition, and the frontal lobes.* Neuropsychology, 2011. **25**(5): p. 655-65.
5. Possin, K.L., et al., *Ecological validity and neuroanatomical correlates of the NIH EXAMINER executive composite score.* J Int Neuropsychol Soc, 2014. **20**(1): p. 20-8.
6. Possin, K.L., et al., *Distinct neuroanatomical substrates and cognitive mechanisms of figure copy performance in Alzheimer's disease and behavioral variant frontotemporal dementia.* Neuropsychologia, 2011. **49**(1): p. 43-8.
7. Casaletto, K.B., et al., *Is "Learning" episodic memory? Distinct cognitive and neuroanatomic correlates of immediate recall during learning trials in neurologically normal aging and neurodegenerative cohorts.* Neuropsychologia, 2017. **102**: p. 19-28.
8. Turnbull, J., et al., *Competence and cognitive difficulty in physicians: a follow-up study.* Acad Med, 2006. **81**(10): p. 915-8.
9. Vaucher, P., et al., *The trail making test as a screening instrument for driving performance in older drivers; a translational research.* BMC Geriatr, 2014. **14**: p. 123.
10. Livingston, G., et al., *Dementia prevention, intervention, and care: 2020 report of the Lancet Commission.* Lancet, 2020. **396**(10248): p. 413-446.
11. Devi, G., *Alzheimer's Disease in Physicians - Assessing Professional Competence and Tempering Stigma.* N Engl J Med, 2018. **378**(12): p. 1073-1075.
12. Alexander, M., et al., *Age-Stratified Prevalence of Mild Cognitive Impairment and Dementia in European Populations: A Systematic Review.* J Alzheimers Dis, 2015. **48**(2): p. 355-9.
13. Scarmeas, N. and Y. Stern, *Cognitive reserve and lifestyle.* J Clin Exp Neuropsychol, 2003. **25**(5): p. 625-33.
14. Stern, Y., *Cognitive reserve in ageing and Alzheimer's disease.* Lancet Neurol, 2012. **11**(11): p. 1006-12.

## Additional Documents Considered

- YNHH Medical Staff Policy & Procedure, Late Career Practitioners, Approved September 16, 2015, YNHH 000924-931 ("2015.09.16 LCPP")
- YNHH Medical Staff Policy & Procedure, Late Career Practitioners, Revised May 21, 2020, YNHH 118804-811 ("2020.05.21 LCPP")
- Expert Report of Dr. Jone Papinchock, dated March 21, 2022
- Expert Opinion of Dr. Thomas H. Gallagher, dated March 18, 2022
- Deposition transcripts of Dr. Jone Papinchock ("Papinchock Dep."), 5/5/2022 and 8/3/2022, and exhibits
- Deposition transcripts of Dr. Keith Hawkins ("Hawkins Dep.") 5/12/202 and 7/29/2022, and exhibits

- Deposition transcript of Dr. Thomas Balcezak as 30(b)(6) witness, 11/2/2021 ("Balcezak 30(b)(6) Dep")
- █████████████████████████████ (YNHH 005112-322)
- █████████████████████████ (YNHH 008030-061)
- ████████████████ (YNHH 005694-814)

## **APPENDIX B: CURRICULUM VITAE**

## University of California, San Francisco
# CURRICULUM VITAE

**Name:**       Joel H Kramer, Psy.D.

**Position:**   Professor In Residence, Step 7
Neurology
School of Medicine

**Address:**    Box 1207
675 Nelson Rising Lane, 190B
University of California, San Francisco
San Francisco, CA 94158
Voice: 476-5572
Fax: 476-5573
Email: joel.kramer@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1968 - 1971 | University of Michigan, Ann Arbor | | |
| 1975 - 1976 | University of California, Berkeley | B.A. | Psychology |
| 1978 - 1982 | Baylor University, Dallas, TX | Psy.D. | Clinical Psychology |
| 1981 - 1982 | VA Medical Center, Martinez, CA | Predoctoral Intern | Clinical Psychology |
| 1982 - 1983 | VA Medical Center, Martinez, CA | Postdoctoral Fellow | Neuropsychology |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1984 | Psychologist, California License # PSY8252 |
| 2000 | Diplomate in Clinical Neuropsychology, American Board of Professional Psychology |

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 1995 - 2002 | University of California, San Francisco | HS Associate Clinical Professor | Psychiatry |
| 1989 - 1995 | University of California, San Francisco | HS Assistant Clinical Professor | Psychiatry |
| 2002 - 2003 | University of California, San Francisco | HS Clinical Professor | Psychiatry |
| 2003 - 2010 | University of California, San Francisco | HS Clinical Professor | Neurology |
| 2011 - present | University of California, San Francisco | Professor in Residence | Neurology |

**OTHER POSITIONS HELD CONCURRENTLY**

| | | | |
|---|---|---|---|
| 1983 - 1991 | VA Medical Center, Martinez, CA | Research Psychologist | |
| 1986 - 1995 | University of California, San Francisco | HS Assistant Clinical Professor | Pediatrics |
| 1986 - 1995 | University of California, San Francisco | HS Assistant Clinical Professor | Psychiatry |
| 2002 - present | University of California, San Francisco | HS Clinical Professor | Pediatrics |
| 2003 - present | University of California, San Francisco | HS Clinical Professor | Psychiatry |

**HONORS AND AWARDS**

| | | |
|---|---|---|
| 2020 | John Douglas French Alzheimer's Foundation Endowed Professor of Neuropsychology in Neurology | French Foundation |

# RESEARCH AND CREATIVE ACTIVITIES

**RESEARCH AND CREATIVE ACTIVITIES SUMMARY**

Current research revolves around understanding the cognitive and behavioral changes associated with aging and neurodegenerative disease. My research research is built on the premise that age-related declines in memory, processing speed, and executive functioning are associated with underlying pathology and are not an inevitable part of 'normal' aging. I have been focusing primarily on the potential sequelae of protein aggregation, cerebrovascular injury, inflammation, genetics, and lifestyle variables.  My goal is to use a host of assessment techniques (e.g., molecular neuroimaging, structural neuroimaging, functional neuroimaging, serum and CSF analytes, genetics) to better understand how different risk factors interact to cause age-related changes in cognition.

A second area of focus is better characterization of the changes that occur with age and disease. Toward this end, we have developed better measures of information processing speed and executive functioning that can be applied to longitudinal studies, and some of these measures are now being  used nationally. I have also begun to apply non-cognitive approaches to understand the neurobehavioral impairment in behavioral variant frontotemporal dementia, with a particular emphasis on how processing of reward and punishment interacts with decision making.

**RESEARCH AWARDS - CURRENT**

| | | | | |
|---|---|---|---|---|
| 1. RF1 AG032289 | PI | | 20 % effort | Kramer (PI) |
| | NIH | | 09/15/2020 | 08/31/2024 |
| | Biological predictors of brain aging trajectories | | $ 1,406,770 direct/yr 1 | $ 5,639,016.00 total |

There is considerable individual variability in how much and how quickly cognitive abilities change with age. The better we understand the biological mechanisms that influences if and how aging affects brain structure and function, the more able we will be to intervene effectively. The overarching goal of this proposal is to better understand the inflammatory, vascular, and neurodegenerative mechanisms that contribute to this clinically important diversity in brain aging trajectories. More precise specification of these relationships will lead to better prediction and prevention of adverse cognitive aging and inform person-specific interventions.

PI

| 2. 1 P01 AG019724 | C0-Investigator | 5 % effort | Miller (PI) |
|---|---|---|---|
| NIH | | 09/01/2012 | 8/31/2022 |
| Frontotemporal Dementia: genes, images, and emotions | | $ 432,685 (Core) direct/yr 1 | |

The goal is to determine the genetic, imaging, and emotional and diagnostic features of frontotemporal lobar degeneration. Role:

Leader of Clinical Core

| 3. P30 AG062422 | Co-I | 6 % effort | Rabinovici (PI) |
|---|---|---|---|
| NIA | | 05/01/2019 | 03/31/2024 |
| New Approaches to Dementia Heterogeneity | | $ 3,950,412 direct/yr 1 | $ 15,805,540 total |

The overall goal for this project is to define and detect the subtypes of healthy aging, MCI, AD, FTD, PSP, CBS, and CJD that predict specific molecular and physiological causes for dementia; improve early recognition and tracking of transitions from normal aging to dementia; and stimulate drug development and clinical trials.

Clinical Core Leader

| 4. UF1 NS100608- | PI | 20 % effort | Kramer (PI) |
|---|---|---|---|
| NIH | | 09/29/2021 | 07/31/2023 |
| Novel imaging and endothelial biomarkers of small vessel cerebrovascular disease | | $ 1,277,976 direct/yr 1 | $ 2,555,953. total |

Small vessel cerebrovascular disease and Alzheimer's disease are the two most common causes of cognitive decline in the elderly, but methods for determining the relative contributions of both these pathologies to functional impairment, understanding their interactions, predicting progression and defining targets for clinical trials remain underdeveloped. The overarching goal of this proposal is to further develop novel neuroimaging and serologic biomarkers of cerebrovascular disease. Accomplishing this goal will improve early detection, diagnosis, and prognosis of small vessel cerebrovascular disease in older subjects, and provide better targets and outcome metrics for clinical trials.

PI

| 5. R01 AG057204 | Co-I | 3 % effort | Sturm (PI) |
|---|---|---|---|
| NIH | | | 5/31/2022 |

| Neurobiological Basis of Emotion Regulation Trajectories in Early Alzheimer's Disease | $ 525,652 direct/yr 1 |
|---|---|

The goal of this study is to determine whether there are alterations in emotion in preclinical and clinical Alzheimer's disease that reflect underlying changes in neurobiological emotion systems

| 6. UG3 NS105557 | Co-I | 5 % effort | Possin (PI) |
|---|---|---|---|
| NINDS | | 09/25/2017 | 08/31/2022 |
| The UCSF Brain Health Assessment for the Detection of Cognitive Impairment Among Diverse Populations in Primary Care | | $ 1,050,858 direct/yr 1 | $ 6,981,926 total |

The major goals of this project are to optimize and validate the UCSF Brain Health Assessment for older adults who are diverse in terms of education and language spoken, and to evaluate and address barriers to detecting cognitive impairment in primary care

| 7. U01 AG057195 | Co-I | 5 % effort | Rabinovici/Apostolova (PI) |
|---|---|---|---|
| NIH | | 09/30/2018 | 05/31/2023 |
| Early Onset AD Consortium - the LEAD Study (LEADS) | | $ 230,818 direct/yr 1 | $ 8,285,753 total |

The aim of this project is to recruit and follow more than 400 people with EOAD in order to better understand changes in thinking abilities, changes in the brain, and changes in blood and spinal fluid, with the goal of using this information to design new treatment trials inclusive of this segment of the AD population.

Leader of Clinical Outcomes workgroups

| 8. 2014-A-004-NET | PI | 5 % effort | Kramer (PI) |
|---|---|---|---|
| Larry Hillblom Foundation | | 01/01/2015 | 12/31/2022 |
| Hillblom Network for the Prevention of Age-Associated Cognitive Decline | | $ 270,000 direct/yr 1 | $ 1,080,000 total |

The overarching goal of this Hillblom Network is to unite University of California researchers in an effort to better understand, predict, prevent and treat age-associated brain changes.

PI

| 9. U19NS120384 | site PI | 10 % effort | kramer (PI) |
|---|---|---|---|
| NIH | | 09/01/2021 | 09/30/2026 |
| The clinical significance of incidental white matter lesions on MRI amongst a diverse population with cognitive complaints. | | $ 267,914 direct/yr 1 | $ 1,071,678 total |

comprehensively examine the impact of individual and combined MRI measures of white matter injury on cognitive performance among a diverse, non-demented, stroke free population

Outcomes Core

## PEER REVIEWED PUBLICATIONS

1. Kramer JH, Delis DC, Nakada T. Buccofacial apraxia without aphasia due to a right parietal lesion. Ann Neurol. 1985 Oct; 18(4):512-4. PMID: 4073845

2. Moore IM, Kramer J, Ablin A. Late effects of central nervous system prophylactic leukemia therapy on cognitive functioning. Oncol Nurs Forum. 1986 Jul-Aug; 13(4):45-51. PMID: 3460030

3. Woods DL, Kwee I, Clayworth CC, Kramer JH, Nakada T. Sensory and cognitive evoked potentials in a case of congenital hydrocephalus. Electroencephalogr Clin Neurophysiol. 1987 May; 68(3):202-8. PMID: 2436879

4. Kramer JH, Norman D, Brant-Zawadzki M, Ablin A, Moore IM. Absence of white matter changes on magnetic resonance imaging in children treated with CNS prophylaxis therapy for leukemia. Cancer. 1988 Mar 1; 61(5):928-30. PMID: 3422180

5. Delis DC, Freeland J, Kramer JH, Kaplan E. Integrating clinical assessment with cognitive neuroscience: construct validation of the California Verbal Learning Test. J Consult Clin Psychol. 1988 Feb; 56(1):123-30. PMID: 3346437

6. Delis DC, Kramer JH, Kiefner MG. Visuospatial functioning before and after commissurotomy. Disconnection in hierarchical processing. Arch Neurol. 1988 Apr; 45(4):462-5. PMID: 3355403

7. Petiet CA, Townes BD, Brooks RJ, Kramer JH. Neurobehavioral and psychosocial functioning of women exposed to high altitude in mountaineering. Percept Mot Skills. 1988 Oct; 67(2):443-52. PMID: 3217191

8. Jagust WJ, Reed BR, Seab JP, Kramer JH, Budinger TF. Clinical-physiologic correlates of Alzheimer's disease and frontal lobe dementia. Am J Physiol Imaging. 1989; 4(3):89-96. PMID: 2789844

9. Kramer J, Moore IM. Late effects of cancer therapy on the central nervous system. Semin Oncol Nurs. 1989 Feb; 5(1):22-8. PMID: 2646664

10. Kramer JH, Blusewicz MJ, Robertson LC, Preston K. Effects of chronic alcoholism on perception of hierarchical visual stimuli. Alcohol Clin Exp Res. 1989 Apr; 13(2):240-5. PMID: 2658664

11. Kramer JH, Blusewicz MJ, Preston KA. The premature aging hypothesis: old before its time? J Consult Clin Psychol. 1989 Apr; 57(2):257-62. PMID: 2708614

12. Lieberman MA, Kramer JH. Factors affecting decisions to institutionalize demented elderly. Gerontologist. 1991 Jun; 31(3):371-4. PMID: 1879712

13. Kramer JH, Kaplan E, Blusewicz MJ, Preston KA. Visual hierarchical analysis of Block Design configural errors. J Clin Exp Neuropsychol. 1991 Jul; 13(4):455-65. PMID: 1918279

14. Moore IM, Kramer JH, Wara W, Halberg F, Ablin AR. Cognitive function in children with leukemia. Effect of radiation dose and time since irradiation. Cancer. 1991 Nov 1; 68(9):1913-7. PMID: 1913542

15. Halberg FE, Kramer JH, Moore IM, Wara WM, Matthay KK, Ablin AR. Prophylactic cranial irradiation dose effects on late cognitive function in children treated for acute lymphoblastic leukemia. Int J Radiat Oncol Biol Phys. 1992; 22(1):13-6. PMID: 1727109

16. Kramer JH, Crittenden MR, Halberg FE, Wara WM, Cowan MJ. A prospective study of cognitive functioning following low-dose cranial radiation for bone marrow transplantation. Pediatrics. 1992 Sep; 90(3):447-50. PMID: 1518705

17. Lee H, Kramer JH. Brain SPECT imaging in progressive aphasia. Clin Nucl Med. 1992 Oct; 17(10):800-2. PMID: 1424356

18. Kramer JH, Duffy JM. Aphasia, apraxia, and agnosia in the diagnosis of dementia. Dementia. 1996 Jan-Feb; 7(1):23-6. PMID: 8788078

19. Chou RH, Wong GB, Kramer JH, Wara DW, Matthay KK, Crittenden MR, Swift PS, Cowan MJ, Wara WM. Toxicities of total-body irradiation for pediatric bone marrow transplantation. Int J Radiat Oncol Biol Phys. 1996 Mar 1; 34(4):843-51. PMID: 8598361

20. Niemann H, Ruff RM, Kramer JH. An attempt towards differentiating attentional deficits in traumatic brain injury. Neuropsychol Rev. 1996 Mar; 6(1):11-46. PMID: 9144667

21. Blusewicz MJ, Kramer JH, Delmonico RL. Interference effects in chronic alcoholism. J Int Neuropsychol Soc. 1996 Mar; 2(2):141-5. PMID: 9375199

22. Kramer JH, Crittenden MR, DeSantes K, Cowan MJ. Cognitive and adaptive behavior 1 and 3 years following bone marrow transplantation. Bone Marrow Transplant. 1997 Mar; 19(6):607-13. PMID: 9085740

23. Kramer JH, Crowe AB, Larson DA, Sneed PK, Gutin PH, McDermott MW, Prados MD. Neuropsychological sequelae of medulloblastoma in adults. Int J Radiat Oncol Biol Phys. 1997 Apr 1; 38(1):21-6. PMID: 9211999

24. Kramer JH, Delis DC, Kaplan E, O'Donnell L, Prifitera A. Developmental sex differences in verbal learning. Neuropsychology. 1997 Oct; 11(4):577-84. PMID: 9345701

25. Schuff N, Amend D, Ezekiel F, Steinman SK, Tanabe J, Norman D, Jagust W, Kramer JH, Mastrianni JA, Fein G, Weiner MW. Changes of hippocampal N-acetyl aspartate and volume in Alzheimer's disease. A proton MR spectroscopic imaging and MRI study. Neurology. 1997 Dec; 49(6):1513-21. PMID: 9409338

26. Kramer JH, Kaplan E, Share L, Huckeba W. Configural errors on WISC-III block design. J Int Neuropsychol Soc. 1999 Sep; 5(6):518-24. PMID: 10561932

27. Kramer JH, Knee K, Delis DC. Verbal memory impairments in dyslexia. Arch Clin Neuropsychol. 2000 Jan; 15(1):83-93. PMID: 14590570

28. Wecker NS, Kramer JH, Wisniewski A, Delis DC, Kaplan E. Age effects on executive ability. Neuropsychology. 2000 Jul; 14(3):409-14. PMID: 10928744

29. Kramer JH, Miller BL. Alzheimer's disease and its focal variants. Semin Neurol. 2000; 20(4):447-54. PMID: 11149700

30. Yaffe K, Lui LY, Grady D, Cauley J, Kramer J, Cummings SR. Cognitive decline in women in relation to non-protein-bound oestradiol concentrations. Lancet. 2000 Aug 26; 356(9231):708-12. PMID: 11085689

31. Schatz J, Kramer JH, Ablin A, Matthay KK. Processing speed, working memory, and IQ: a developmental model of cognitive deficits following cranial radiation therapy. Neuropsychology. 2000 Apr; 14(2):189-200. PMID: 10791859

32. Moore IM, Espy KA, Kaufmann P, Kramer J, Kaemingk K, Miketova P, Mollova N, Kaspar M, Pasvogel A, Schram K, Wara W, Hutter J, Matthay K. Cognitive consequences and central nervous system injury following treatment for childhood leukemia. Semin Oncol Nurs. 2000 Nov; 16(4):279-90; discussion 291-9. PMID: 11109272

33. Weiskopf RB, Kramer JH, Viele M, Neumann M, Feiner JR, Watson JJ, Hopf HW, Toy P. Acute severe isovolemic anemia impairs cognitive function and memory in humans. Anesthesiology. 2000 Jun; 92(6):1646-52. PMID: 10839915

34. Perry RJ, Rosen HR, Kramer JH, Beer JS, Levenson RL, Miller BL. Hemispheric dominance for emotions, empathy and social behaviour: evidence from right and left handers with frontotemporal dementia. Neurocase. 2001; 7(2):145-60. PMID: 11320162

35. Espy KA, Moore IM, Kaufmann PM, Kramer JH, Matthay K, Hutter JJ. Chemotherapeutic CNS prophylaxis and neuropsychologic change in children with acute lymphoblastic leukemia: a prospective study. J Pediatr Psychol. 2001 Jan-Feb; 26(1):1-9. PMID: 11145727

36. Mychack P, Kramer JH, Boone KB, Miller BL. The influence of right frontotemporal dysfunction on social behavior in frontotemporal dementia. Neurology. 2001 Jun; 56(11 Suppl 4):S11-5. PMID: 11402144

37. Baldo JV, Shimamura AP, Delis DC, Kramer J, Kaplan E. Verbal and design fluency in patients with frontal lobe lesions. J Int Neuropsychol Soc. 2001 Jul; 7(5):586-96. PMID: 11459110

38. Du AT, Schuff N, Amend D, Laakso MP, Hsu YY, Jagust WJ, Yaffe K, Kramer JH, Reed B, Norman D, Chui HC, Weiner MW. Magnetic resonance imaging of the entorhinal cortex and hippocampus in mild cognitive impairment and Alzheimer's disease. J Neurol Neurosurg Psychiatry. 2001 Oct; 71(4):441-7. PMID: 11561025.

39. Mungas D, Jagust WJ, Reed BR, Kramer JH, Weiner MW, Schuff N, Norman D, Mack WJ, Willis L, Chui HC. MRI predictors of cognition in subcortical ischemic vascular disease and Alzheimer's disease. Neurology. 2001 Dec 26; 57(12):2229-35. PMID: 11756602.

40. Rosen HJ, Kramer JH, Gorno-Tempini ML, Schuff N, Weiner M, Miller BL. Patterns of cerebral atrophy in primary progressive aphasia. Am J Geriatr Psychiatry. 2002 Jan-Feb; 10(1):89-97. PMID: 11790639

41. Schuff N, Capizzano AA, Du AT, Amend DL, O'Neill J, Norman D, Kramer J, Jagust W, Miller B, Wolkowitz OM, Yaffe K, Weiner MW. Selective reduction of N-acetylaspartate in medial temporal and parietal lobes in AD. Neurology. 2002 Mar 26; 58(6):928-35. PMID: 11914410.

42. Rosen HJ, Gorno-Tempini ML, Goldman WP, Perry RJ, Schuff N, Weiner M, Feiwell R, Kramer JH, Miller BL. Patterns of brain atrophy in frontotemporal dementia and semantic dementia. Neurology. 2002 Jan 22; 58(2):198-208. PMID: 11805245

43. Mungas D, Reed BR, Jagust WJ, DeCarli C, Mack WJ, Kramer JH, Weiner MW, Schuff N, Chui HC. Volumetric MRI predicts rate of cognitive decline related to AD and cerebrovascular disease. Neurology. 2002 Sep 24; 59(6):867-73. PMID: 12297568.

44. Kramer JH, Reed BR, Mungas D, Weiner MW, Chui HC. Executive dysfunction in subcortical ischaemic vascular disease. J Neurol Neurosurg Psychiatry. 2002 Feb; 72(2):217-20. PMID: 11796772.

45. Weiskopf RB, Feiner J, Hopf HW, Viele MK, Watson JJ, Kramer JH, Ho R, Toy P. Oxygen reverses deficits of cognitive function and memory and increased heart rate induced by acute severe isovolemic anemia. Anesthesiology. 2002 Apr; 96(4):871-7. PMID: 11964594

46. Baldo JV, Delis D, Kramer J, Shimamura AP. Memory performance on the California Verbal Learning Test-II: findings from patients with focal frontal lesions. J Int Neuropsychol Soc. 2002 May; 8(4):539-46. PMID: 12030307

47. Du AT, Schuff N, Laakso MP, Zhu XP, Jagust WJ, Yaffe K, Kramer JH, Miller BL, Reed BR, Norman D, Chui HC, Weiner MW. Effects of subcortical ischemic vascular dementia and AD on entorhinal cortex and hippocampus. Neurology. 2002 Jun 11; 58(11):1635-41. PMID: 12058091.

48. Rosen HJ, Hartikainen KM, Jagust W, Kramer JH, Reed BR, Cummings JL, Boone K, Ellis W, Miller C, Miller BL. Utility of clinical criteria in differentiating frontotemporal lobar degeneration (FTLD) from AD. Neurology. 2002 Jun 11; 58(11):1608-15. PMID: 12058087

49. Goldman JS, Reed B, Gearhart R, Kramer JH, Miller BL. Very early-onset familial Alzheimer's disease: a novel presenilin 1 mutation. Int J Geriatr Psychiatry. 2002 Jul; 17(7):649-51. PMID: 12112163

50. Rosen HJ, Perry RJ, Murphy J, Kramer JH, Mychack P, Schuff N, Weiner M, Levenson RW, Miller BL. Emotion comprehension in the temporal variant of frontotemporal dementia. Brain. 2002 Oct; 125(Pt 10):2286-95. PMID: 12244085

51. Schatz J, Finke RL, Kellett JM, Kramer JH. Cognitive functioning in children with sickle cell disease: a meta-analysis. J Pediatr Psychol. 2002 Dec; 27(8):739-48. PMID: 12403864

52. Kramer JH, Yaffe K, Lengenfelder J, Delis DC. Age and gender interactions on verbal memory performance. J Int Neuropsychol Soc. 2003 Jan; 9(1):97-102. PMID: 12570363

53. Rankin KP, Kramer JH, Mychack P, Miller BL. Double dissociation of social functioning in frontotemporal dementia. Neurology. 2003 Jan 28; 60(2):266-71. PMID: 12552042.

54. Du AT, Schuff N, Zhu XP, Jagust WJ, Miller BL, Reed BR, Kramer JH, Mungas D, Yaffe K, Chui HC, Weiner MW. Atrophy rates of entorhinal cortex in AD and normal aging. Neurology. 2003 Feb 11; 60(3):481-6. PMID: 12578931.

55. Wolkowitz OM, Kramer JH, Reus VI, Costa MM, Yaffe K, Walton P, Raskind M, Peskind E, Newhouse P, Sack D, De Souza E, Sadowsky C, Roberts E. DHEA treatment of Alzheimer's disease: a randomized, double-blind, placebo-controlled study. Neurology. 2003 Apr 8; 60(7):1071-6. PMID: 12682308

56. Lomen-Hoerth C, Murphy J, Langmore S, Kramer JH, Olney RK, Miller B. Are amyotrophic lateral sclerosis patients cognitively normal? Neurology. 2003 Apr 8; 60(7):1094-7. PMID: 12682312

57. Geschwind MD, Martindale J, Miller D, DeArmond SJ, Uyehara-Lock J, Gaskin D, Kramer JH, Barbaro NM, Miller BL. Challenging the clinical utility of the 14-3-3 protein for the diagnosis of sporadic Creutzfeldt-Jakob disease. Arch Neurol. 2003 Jun; 60(6):813-6. PMID: 12810484

58. Mungas D, Reed BR, Kramer JH. Psychometrically matched measures of global cognition, memory, and executive function for assessment of cognitive decline in older persons. Neuropsychology. 2003 Jul; 17(3):380-92. PMID: 12959504

59. Schuff N, Capizzano AA, Du AT, Amend DL, O'Neill J, Norman D, Jagust WJ, Chui HC, Kramer JH, Reed BR, Miller BL, Yaffe K, Weiner MW. Different patterns of N-acetylaspartate loss in subcortical ischemic vascular dementia and AD. Neurology. 2003 Aug 12; 61(3):358-64. PMID: 12913198.

60. Kramer JH, Jurik J, Sha SJ, Rankin KP, Rosen HJ, Johnson JK, Miller BL. Distinctive neuropsychological patterns in frontotemporal dementia, semantic dementia, and Alzheimer disease. Cogn Behav Neurol. 2003 Dec; 16(4):211-8. PMID: 14665820

61. Boxer AL, Kramer JH, Du AT, Schuff N, Weiner MW, Miller BL, Rosen HJ. Focal right inferotemporal atrophy in AD with disproportionate visual constructive impairment. Neurology. 2003 Dec 9; 61(11):1485-91. PMID: 14663029.

62. Rosen HJ, Pace-Savitsky K, Perry RJ, Kramer JH, Miller BL, Levenson RW. Recognition of emotion in the frontal and temporal variants of frontotemporal dementia. Dement Geriatr Cogn Disord. 2004; 17(4):277-81. PMID: 15178936

63. Kramer JH. Anthocyanosides of Vaccinium myrtillus (bilberry) for night vision--a systematic review of placebo-controlled trials. Surv Ophthalmol. 2004 Nov-Dec; 49(6):618; author reply 618. PMID: 15530951

64. Rankin KP, Rosen HJ, Kramer JH, Schauer GF, Weiner MW, Schuff N, Miller BL. Right and left medial orbitofrontal volumes show an opposite relationship to agreeableness in FTD. Dement Geriatr Cogn Disord. 2004; 17(4):328-32. PMID: 15178947.

65. Reed BR, Mungas DM, Kramer JH, Betz BP, Ellis W, Vinters HV, Zarow C, Jagust WJ, Chui HC. Clinical and neuropsychological features in autopsy-defined vascular dementia. Clin Neuropsychol. 2004 Feb; 18(1):63-74. PMID: 15595359

66. Kramer JH, Mungas D, Reed BR, Schuff N, Weiner MW, Miller BL, Chui HC. Forgetting in dementia with and without subcortical lacunes. Clin Neuropsychol. 2004 Feb; 18(1):32-40. PMID: 15595356.

67. Du AT, Schuff N, Kramer JH, Ganzer S, Zhu XP, Jagust WJ, Miller BL, Reed BR, Mungas D, Yaffe K, Chui HC, Weiner MW. Higher atrophy rate of entorhinal cortex than hippocampus in AD. Neurology. 2004 Feb 10; 62(3):422-7. PMID: 14872024.

68. Schatz J, Kramer JH, Ablin AR, Matthay KK. Visual attention in long-term survivors of leukemia receiving cranial radiation therapy. J Int Neuropsychol Soc. 2004 Mar; 10(2):211-20. PMID: 15012841

69. Wilhelmsen KC, Forman MS, Rosen HJ, Alving LI, Goldman J, Feiger J, Lee JV, Segall SK, Kramer JH, Lomen-Hoerth C, Rankin KP, Johnson J, Feiler HS, Weiner MW, Lee VM, Trojanowski JQ, Miller BL. 17q-linked frontotemporal dementia-amyotrophic lateral sclerosis without tau mutations with tau and alpha-synuclein inclusions. Arch Neurol. 2004 Mar; 61(3):398-406. PMID: 15023818

70. Delis DC, Kramer JH, Kaplan E, Holdnack J. Reliability and validity of the Delis-Kaplan Executive Function System: an update. J Int Neuropsychol Soc. 2004 Mar; 10(2):301-3. PMID: 15012851

71. Liu W, Miller BL, Kramer JH, Rankin K, Wyss-Coray C, Gearhart R, Phengrasamy L, Weiner M, Rosen HJ. Behavioral disorders in the frontal and temporal variants of frontotemporal dementia. Neurology. 2004 Mar 9; 62(5):742-8. PMID: 15007124.

72. Kramer JH, Schuff N, Reed BR, Mungas D, Du AT, Rosen HJ, Jagust WJ, Miller BL, Weiner MW, Chui HC. Hippocampal volume and retention in Alzheimer's disease. J Int Neuropsychol Soc. 2004 Jul; 10(4):639-43. PMID: 15327742.

73. Kramer JH, Wells AM. The role of perceptual bias in complex figure recall. J Clin Exp Neuropsychol. 2004 Sep; 26(6):838-45. PMID: 15370379

74. Rosen HJ, Narvaez JM, Hallam B, Kramer JH, Wyss-Coray C, Gearhart R, Johnson JK, Miller BL. Neuropsychological and functional measures of severity in Alzheimer disease, frontotemporal dementia, and semantic dementia. Alzheimer Dis Assoc Disord. 2004 Oct-Dec; 18(4):202-7. PMID: 15592131

75. Reed BR, Eberling JL, Mungas D, Weiner M, Kramer JH, Jagust WJ. Effects of white matter lesions and lacunes on cortical function. Arch Neurol. 2004 Oct; 61(10):1545-50. PMID: 15477508

76. Chao LL, Schuff N, Kramer JH, Du AT, Capizzano AA, O'Neill J, Wolkowitz OM, Jagust WJ, Chui HC, Miller BL, Yaffe K, Weiner MW. Reduced medial temporal lobe N-acetylaspartate in cognitively impaired but nondemented patients. Neurology. 2005 Jan 25; 64(2):282-9. PMID: 15668426.

77. Mungas D, Harvey D, Reed BR, Jagust WJ, DeCarli C, Beckett L, Mack WJ, Kramer JH, Weiner MW, Schuff N, Chui HC. Longitudinal volumetric MRI change and rate of cognitive decline. Neurology. 2005 Aug 23; 65(4):565-71. PMID: 16116117.

78. Rankin KP, Kramer JH, Miller BL. Patterns of cognitive and emotional empathy in frontotemporal lobar degeneration. Cogn Behav Neurol. 2005 Mar; 18(1):28-36. PMID: 15761274

79. Du AT, Schuff N, Chao LL, Kornak J, Ezekiel F, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW. White matter lesions are associated with cortical atrophy more than entorhinal and hippocampal atrophy. Neurobiol Aging. 2005 Apr; 26(4):553-9. PMID: 15653183

80. Boxer AL, Kramer JH, Johnston K, Goldman J, Finley R, Miller BL. Executive dysfunction in hyperhomocystinemia responds to homocysteine-lowering treatment. Neurology. 2005 Apr 26; 64(8):1431-4. PMID: 15851736

81. Seeley WW, Bauer AM, Miller BL, Gorno-Tempini ML, Kramer JH, Weiner M, Rosen HJ. The natural history of temporal variant frontotemporal dementia. Neurology. 2005 Apr 26; 64(8):1384-90. PMID: 15851728.

82. Wecker NS, Kramer JH, Hallam BJ, Delis DC. Mental flexibility: age effects on switching. Neuropsychology. 2005 May; 19(3):345-52. PMID: 15910120

83. Rankin KP, Baldwin E, Pace-Savitsky C, Kramer JH, Miller BL. Self awareness and personality change in dementia. J Neurol Neurosurg Psychiatry. 2005 May; 76(5):632-9. PMID: 15834018.

84. Du AT, Schuff N, Chao LL, Kornak J, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW. Age effects on atrophy rates of entorhinal cortex and hippocampus. Neurobiol Aging. 2006 May; 27(5):733-40. PMID: 15961190.

85. Keil K, Baldo J, Kaplan E, Kramer J, Delis DC. Role of frontal cortex in inferential reasoning: evidence from the word context test. J Int Neuropsychol Soc. 2005 Jul; 11(4):426-33. PMID: 16209423

86. Chang JL, Lomen-Hoerth C, Murphy J, Henry RG, Kramer JH, Miller BL, Gorno-Tempini ML. A voxel-based morphometry study of patterns of brain atrophy in ALS and ALS/FTLD. Neurology. 2005 Jul 12; 65(1):75-80. PMID: 16009889

87. Hou CE, Miller BL, Kramer JH. Patterns of autobiographical memory loss in dementia. Int J Geriatr Psychiatry. 2005 Sep; 20(9):809-15. PMID: 16116575

88. Rosen HJ, Wilson MR, Schauer GF, Allison S, Gorno-Tempini ML, Pace-Savitsky C, Kramer JH, Levenson RW, Weiner M, Miller BL. Neuroanatomical correlates of impaired recognition of emotion in dementia. Neuropsychologia. 2006; 44(3):365-73. PMID: 16154603

89. Roberson ED, Hesse JH, Rose KD, Slama H, Johnson JK, Yaffe K, Forman MS, Miller CA, Trojanowski JQ, Kramer JH, Miller BL. Frontotemporal dementia progresses to death faster than Alzheimer disease. Neurology. 2005 Sep 13; 65(5):719-25. PMID: 16157905

90. Delis DC, Wetter SR, Jacobson MW, Peavy G, Hamilton J, Gongvatana A, Kramer JH, Bondi MW, Corey-Bloom J, Salmon DP. Recall discriminability: utility of a new CVLT-II measure in the differential diagnosis of dementia. J Int Neuropsychol Soc. 2005 Oct; 11(6):708-15. PMID: 16248906

91. Kramer JH, Rosen HJ, Du AT, Schuff N, Hollnagel C, Weiner MW, Miller BL, Delis DC. Dissociations in hippocampal and frontal contributions to episodic memory performance. Neuropsychology. 2005 Nov; 19(6):799-805. PMID: 16351355.

92. Jansen C, Miaskowski C, Dodd M, Dowling G, Kramer J. Potential mechanisms for chemotherapy-induced impairments in cognitive function. Oncol Nurs Forum. 2005 Nov; 32(6):1151-63. PMID: 16270111

93. Jansen CE, Miaskowski C, Dodd M, Dowling G, Kramer J. A metaanalysis of studies of the effects of cancer chemotherapy on various domains of cognitive function. Cancer. 2005 Nov 15; 104(10):2222-33. PMID: 16206292

94. Belfor N, Amici S, Boxer AL, Kramer JH, Gorno-Tempini ML, Rosen HJ, Miller BL. Clinical and neuropsychological features of corticobasal degeneration. Mech Ageing Dev. 2006 Feb; 127(2):203-7. PMID: 16310834

95. Huh TJ, Kramer JH, Gazzaley A, Delis DC. Response bias and aging on a recognition memory task. J Int Neuropsychol Soc. 2006 Jan; 12(1):1-7. PMID: 16433938

96. Yoon G, Oberoi S, Tristani-Firouzi M, Etheridge SP, Quitania L, Kramer JH, Miller BL, Fu YH, Ptácek LJ. Andersen-Tawil syndrome: prospective cohort analysis and expansion of the phenotype. Am J Med Genet A. 2006 Feb 15; 140(4):312-21. PMID: 16419128

97. Zhu X, Schuff N, Kornak J, Soher B, Yaffe K, Kramer JH, Ezekiel F, Miller BL, Jagust WJ, Weiner MW. Effects of Alzheimer disease on fronto-parietal brain N-acetyl aspartate and myo-inositol using magnetic resonance spectroscopic imaging. Alzheimer Dis Assoc Disord. 2006 Apr-Jun; 20(2):77-85. PMID: 16772742.

98. Weiskopf RB, Feiner J, Hopf H, Lieberman J, Finlay HE, Quah C, Kramer JH, Bostrom A, Toy P. Fresh blood and aged stored blood are equally efficacious in immediately reversing

anemia-induced brain oxygenation deficits in humans. Anesthesiology. 2006 May; 104(5):911-20. PMID: 16645441

99. Yoon G, Quitania L, Kramer JH, Fu YH, Miller BL, Ptácek LJ. Andersen-Tawil syndrome: definition of a neurocognitive phenotype. Neurology. 2006 Jun 13; 66(11):1703-10. PMID: 16769944

100. Woods SP, Delis DC, Scott JC, Kramer JH, Holdnack JA. The California Verbal Learning Test--second edition: test-retest reliability, practice effects, and reliable change indices for the standard and alternate forms. Arch Clin Neuropsychol. 2006 Aug; 21(5):413-20. PMID: 16843636

101. Duarte A, Hayasaka S, Du A, Schuff N, Jahng GH, Kramer J, Miller B, Weiner M. Volumetric correlates of memory and executive function in normal elderly, mild cognitive impairment and Alzheimer's disease. Neurosci Lett. 2006 Oct 2; 406(1-2):60-5. PMID: 16904823.

102. Kramer JH, Nelson A, Johnson JK, Yaffe K, Glenn S, Rosen HJ, Miller BL. Multiple cognitive deficits in amnestic mild cognitive impairment. Dement Geriatr Cogn Disord. 2006; 22(4):306-11. PMID: 16931884.

103. Yaffe K, Petersen RC, Lindquist K, Kramer J, Miller B. Subtype of mild cognitive impairment and progression to dementia and death. Dement Geriatr Cogn Disord. 2006; 22(4):312-9. PMID: 16940725

104. Du AT, Jahng GH, Hayasaka S, Kramer JH, Rosen HJ, Gorno-Tempini ML, Rankin KP, Miller BL, Weiner MW, Schuff N. Hypoperfusion in frontotemporal dementia and Alzheimer disease by arterial spin labeling MRI. Neurology. 2006 Oct 10; 67(7):1215-20. PMID: 17030755.

105. Chui HC, Zarow C, Mack WJ, Ellis WG, Zheng L, Jagust WJ, Mungas D, Reed BR, Kramer JH, Decarli CC, Weiner MW, Vinters HV. Cognitive impact of subcortical vascular and Alzheimer's disease pathology. Ann Neurol. 2006 Dec; 60(6):677-87. PMID: 17192928.

106. Zhang Y, Schuff N, Jahng GH, Bayne W, Mori S, Schad L, Mueller S, Du AT, Kramer JH, Yaffe K, Chui H, Jagust WJ, Miller BL, Weiner MW. Diffusion tensor imaging of cingulum fibers in mild cognitive impairment and Alzheimer disease. Neurology. 2007 Jan 2; 68(1):13-9. PMID: 17200485.

107. Werner KH, Roberts NA, Rosen HJ, Dean DL, Kramer JH, Weiner MW, Miller BL, Levenson RW. Emotional reactivity and emotion recognition in frontotemporal lobar degeneration. Neurology. 2007 Jul 10; 69(2):148-55. PMID: 17620547.

108. Reed BR, Mungas DM, Kramer JH, Ellis W, Vinters HV, Zarow C, Jagust WJ, Chui HC. Profiles of neuropsychological impairment in autopsy-defined Alzheimer's disease and cerebrovascular disease. Brain. 2007 Mar; 130(Pt 3):731-9. PMID: 17267522

109. Du AT, Schuff N, Kramer JH, Rosen HJ, Gorno-Tempini ML, Rankin K, Miller BL, Weiner MW. Different regional patterns of cortical thinning in Alzheimer's disease and frontotemporal dementia. Brain. 2007 Apr; 130(Pt 4):1159-66. PMID: 17353226.

110. Murphy JM, Henry RG, Langmore S, Kramer JH, Miller BL, Lomen-Hoerth C. Continuum of frontal lobe impairment in amyotrophic lateral sclerosis. Arch Neurol. 2007 Apr; 64(4):530-4. PMID: 17420314

111. Kramer JH, Quitania L, Dean D, Neuhaus J, Rosen HJ, Halabi C, Weiner MW, Magnotta VA, Delis DC, Miller BL. Magnetic resonance imaging correlates of set shifting. J Int Neuropsychol Soc. 2007 May; 13(3):386-92. PMID: 17445286.

112. Cahn-Weiner DA, Farias ST, Julian L, Harvey DJ, Kramer JH, Reed BR, Mungas D, Wetzel M, Chui H. Cognitive and neuroimaging predictors of instrumental activities of daily living. J Int Neuropsychol Soc. 2007 Sep; 13(5):747-57. PMID: 17521485.

113. McDonald CR, Delis DC, Kramer JH, Tecoma ES, Iragui VJ. A componential analysis of proverb interpretation in patients with frontal lobe epilepsy and temporal lobe epilepsy: relationships with disease-related factors. Clin Neuropsychol. 2008 May; 22(3):480-96. PMID: 17853125

114. Kramer JH, Mungas D, Reed BR, Wetzel ME, Burnett MM, Miller BL, Weiner MW, Chui HC. Longitudinal MRI and cognitive change in healthy elderly. Neuropsychology. 2007 Jul; 21(4):412-8. PMID: 17605574.

115. Knopman DS, Boeve BS, Caselli RJ, Graff-Radford NR, Kramer JH, Mendez MF, Miller BL. Longitudinal tracking of FTLD: toward developing clinical trial methodology. Alzheimer Dis Assoc Disord. 2007 Oct-Dec; 21(4):S58-63. PMID: 18090426

116. Rascovsky K, Hodges JR, Kipps CM, Johnson JK, Seeley WW, Mendez MF, Knopman D, Kertesz A, Mesulam M, Salmon DP, Galasko D, Chow TW, Decarli C, Hillis A, Josephs K, Kramer JH, Weintraub S, Grossman M, Gorno-Tempini ML, Miller BM. Diagnostic criteria for the behavioral variant of frontotemporal dementia (bvFTD): current limitations and future directions. Alzheimer Dis Assoc Disord. 2007 Oct-Dec; 21(4):S14-8. PMID: 18090417

117. Chao LL, Schuff N, Clevenger EM, Mueller SG, Rosen HJ, Gorno-Tempini ML, Kramer JH, Miller BL, Weiner MW. Patterns of white matter atrophy in frontotemporal lobar degeneration. Arch Neurol. 2007 Nov; 64(11):1619-24. PMID: 17998444.

118. Carey CL, Woods SP, Damon J, Halabi C, Dean D, Delis DC, Miller BL, Kramer JH. Discriminant validity and neuroanatomical correlates of rule monitoring in frontotemporal dementia and Alzheimer's disease. Neuropsychologia. 2008 Mar 7; 46(4):1081-7. PMID: 18093623

119. Rabinovici GD, Seeley WW, Kim EJ, Gorno-Tempini ML, Rascovsky K, Pagliaro TA, Allison SC, Halabi C, Kramer JH, Johnson JK, Weiner MW, Forman MS, Trojanowski JQ, Dearmond SJ, Miller BL, Rosen HJ. Distinct MRI atrophy patterns in autopsy-proven Alzheimer's disease and frontotemporal lobar degeneration. Am J Alzheimers Dis Other Demen. 2007 Dec-2008 Jan; 22(6):474-88. PMID: 18166607.

120. Carey CL, Kramer JH, Josephson SA, Mungas D, Reed BR, Schuff N, Weiner MW, Chui HC. Subcortical lacunes are associated with executive dysfunction in cognitively normal elderly. Stroke. 2008 Feb; 39(2):397-402. PMID: 18096844.

121. Wetzel ME, Kramer JH. The neuropsychology of vascular dementia. Handb Clin Neurol. 2008; 88:567-83. PMID: 18631713

122. Jagust WJ, Zheng L, Harvey DJ, Mack WJ, Vinters HV, Weiner MW, Ellis WG, Zarow C, Mungas D, Reed BR, Kramer JH, Schuff N, DeCarli C, Chui HC. Neuropathological basis of magnetic resonance images in aging and dementia. Ann Neurol. 2008 Jan; 63(1):72-80. PMID: 18157909.

123. Rankin KP, Santos-Modesitt W, Kramer JH, Pavlic D, Beckman V, Miller BL. Spontaneous social behaviors discriminate behavioral dementias from psychiatric disorders and other dementias. J Clin Psychiatry. 2008 Jan; 69(1):60-73. PMID: 18312039.

124. Seeley WW, Crawford R, Rascovsky K, Kramer JH, Weiner M, Miller BL, Gorno-Tempini ML. Frontal paralimbic network atrophy in very mild behavioral variant frontotemporal dementia. Arch Neurol. 2008 Feb; 65(2):249-55. PMID: 18268196.

125. Wittenberg D, Possin KL, Rascovsky K, Rankin KP, Miller BL, Kramer JH. The early neuropsychological and behavioral characteristics of frontotemporal dementia. Neuropsychol Rev. 2008 Mar; 18(1):91-102. PMID: 18311522.

126. Garbutt S, Matlin A, Hellmuth J, Schenk AK, Johnson JK, Rosen H, Dean D, Kramer J, Neuhaus J, Miller BL, Lisberger SG, Boxer AL. Oculomotor function in frontotemporal lobar degeneration, related disorders and Alzheimer's disease. Brain. 2008 May; 131(Pt 5):1268-81. PMID: 18362099.

127. Tartaglia MC, Laluz V, Rowe A, Findlater K, Lee DH, Kennedy K, Kramer JH, Strong MJ. Brain atrophy in primary lateral sclerosis. Neurology. 2009 Apr 7; 72(14):1236-41. PMID: 19349603

128. Chao LL, Mueller SG, Buckley ST, Peek K, Raptentsetseng S, Elman J, Yaffe K, Miller BL, Kramer JH, Madison C, Mungas D, Schuff N, Weiner MW. Evidence of neurodegeneration in brains of older adults who do not yet fulfill MCI criteria. Neurobiol Aging. 2010 Mar; 31(3):368-77. PMID: 18550226.

129. Tomaszewski Farias S, Cahn-Weiner DA, Harvey DJ, Reed BR, Mungas D, Kramer JH, Chui H. Longitudinal changes in memory and executive functioning are associated with longitudinal change in instrumental activities of daily living in older adults. Clin Neuropsychol. 2009 Apr; 23(3):446-61. PMID: 18821181.

130. Knopman DS, Jack CR, Kramer JH, Boeve BF, Caselli RJ, Graff-Radford NR, Mendez MF, Miller BL, Mercaldo ND. Brain and ventricular volumetric changes in frontotemporal lobar degeneration over 1 year. Neurology. 2009 May 26; 72(21):1843-9. PMID: 19470967.

131. Lavretsky H, Zheng L, Weiner MW, Mungas D, Reed B, Kramer JH, Jagust W, Chui H, Mack WJ. The MRI brain correlates of depressed mood, anhedonia, apathy, and anergia in older adults with and without cognitive impairment or dementia. Int J Geriatr Psychiatry. 2008 Oct; 23(10):1040-50. PMID: 18412291.

132. Knopman DS, Kramer JH, Boeve BF, Caselli RJ, Graff-Radford NR, Mendez MF, Miller BL, Mercaldo N. Development of methodology for conducting clinical trials in frontotemporal lobar degeneration. Brain. 2008 Nov; 131(Pt 11):2957-68. PMID: 18829698.

133. Fine EM, Delis DC, Dean D, Beckman V, Miller BL, Rosen HJ, Kramer JH. Left frontal lobe contributions to concept formation: a quantitative MRI study of performance on the Delis-Kaplan Executive Function System Sorting Test. J Clin Exp Neuropsychol. 2009 Jul; 31(5):624-31. PMID: 19031322.

134. Jansen CE, Dodd MJ, Miaskowski CA, Dowling GA, Kramer J. Preliminary results of a longitudinal study of changes in cognitive function in breast cancer patients undergoing chemotherapy with doxorubicin and cyclophosphamide. Psychooncology. 2008 Dec; 17(12):1189-95. PMID: 18506671

135. Steinman KJ, Gorno-Tempini ML, Glidden DV, Kramer JH, Miller SP, Barkovich AJ, Ferriero DM. Neonatal watershed brain injury on magnetic resonance imaging correlates with verbal IQ at 4 years. Pediatrics. 2009 Mar; 123(3):1025-30. PMID: 19255035.

136. Weinstein AM, Barton C, Ross L, Kramer JH, Yaffe K. Treatment practices of mild cognitive impairment in California Alzheimer's Disease Centers. J Am Geriatr Soc. 2009 Apr; 57(4):686-90. PMID: 19392962.

137. Pa J, Boxer A, Chao LL, Gazzaley A, Freeman K, Kramer J, Miller BL, Weiner MW, Neuhaus J, Johnson JK. Clinical-neuroimaging characteristics of dysexecutive mild cognitive impairment. Ann Neurol. 2009 Apr; 65(4):414-23. PMID: 19399879.

138. Possin KL, Brambati SM, Rosen HJ, Johnson JK, Pa J, Weiner MW, Miller BL, Kramer JH. Rule violation errors are associated with right lateral prefrontal cortex atrophy in neurodegenerative disease. J Int Neuropsychol Soc. 2009 May; 15(3):354-64. PMID: 19402921.

139. Young K, Du AT, Kramer J, Rosen H, Miller B, Weiner M, Schuff N. Patterns of structural complexity in Alzheimer's disease and frontotemporal dementia. Hum Brain Mapp. 2009 May; 30(5):1667-77. PMID: 18677745.

140. Zhang Y, Schuff N, Du AT, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. White matter damage in frontotemporal dementia and Alzheimer's disease measured by diffusion MRI. Brain. 2009 Sep; 132(Pt 9):2579-92. PMID: 19439421.

141. Gyurak A, Goodkind MS, Madan A, Kramer JH, Miller BL, Levenson RW. Do tests of executive functioning predict ability to downregulate emotions spontaneously and when instructed to suppress? Cogn Affect Behav Neurosci. 2009 Jun; 9(2):144-52. PMID: 19403891.

142. Barnes DE, Yaffe K, Belfor N, Jagust WJ, DeCarli C, Reed BR, Kramer JH. Computer-based cognitive training for mild cognitive impairment: results from a pilot randomized, controlled trial. Alzheimer Dis Assoc Disord. 2009 Jul-Sep; 23(3):205-10. PMID: 19812460.

143. Chao LL, Pa J, Duarte A, Schuff N, Weiner MW, Kramer JH, Miller BL, Freeman KM, Johnson JK. Patterns of cerebral hypoperfusion in amnestic and dysexecutive MCI. Alzheimer Dis Assoc Disord. 2009 Jul-Sep; 23(3):245-52. PMID: 19812467.

144. Caycedo AM, Miller B, Kramer J, Rascovsky K. Early features in frontotemporal dementia. Curr Alzheimer Res. 2009 Aug; 6(4):337-40. PMID: 19689232

145. Krueger CE, Bird AC, Growdon ME, Jang JY, Miller BL, Kramer JH. Conflict monitoring in early frontotemporal dementia. Neurology. 2009 Aug 4; 73(5):349-55. PMID: 19652138.

146. Kao AW, Racine CA, Quitania LC, Kramer JH, Christine CW, Miller BL. Cognitive and neuropsychiatric profile of the synucleinopathies: Parkinson disease, dementia with Lewy bodies, and multiple system atrophy. Alzheimer Dis Assoc Disord. 2009 Oct-Dec; 23(4):365-70. PMID: 19935145.

147. Schuff N, Matsumoto S, Kmiecik J, Studholme C, Du A, Ezekiel F, Miller BL, Kramer JH, Jagust WJ, Chui HC, Weiner MW. Cerebral blood flow in ischemic vascular dementia and Alzheimer's disease, measured by arterial spin-labeling magnetic resonance imaging. Alzheimers Dement. 2009 Nov; 5(6):454-62. PMID: 19896584.

148. Rosen HJ, Alcantar O, Rothlind J, Sturm V, Kramer JH, Weiner M, Miller BL. Neuroanatomical correlates of cognitive self-appraisal in neurodegenerative disease. Neuroimage. 2010 Feb 15; 49(4):3358-64. PMID: 19961939.

149. Chang CC, Kramer JH, Lin KN, Chang WN, Wang YL, Huang CW, Lin YT, Chen C, Wang PN. Validating the Chinese version of the Verbal Learning Test for screening Alzheimer's disease. J Int Neuropsychol Soc. 2010 Mar; 16(2):244-51. PMID: 20003579.

150. Luks TL, Oliveira M, Possin KL, Bird A, Miller BL, Weiner MW, Kramer JH. Atrophy in two attention networks is associated with performance on a Flanker task in neurodegenerative disease. Neuropsychologia. 2010 Jan; 48(1):165-70. PMID: 19747928.

151. Krueger CE, Dean DL, Rosen HJ, Halabi C, Weiner M, Miller BL, Kramer JH. Longitudinal rates of lobar atrophy in frontotemporal dementia, semantic dementia, and Alzheimer's disease. Alzheimer Dis Assoc Disord. 2010 Jan-Mar; 24(1):43-8. PMID: 19571735.

152. Chao LL, Buckley ST, Kornak J, Schuff N, Madison C, Yaffe K, Miller BL, Kramer JH, Weiner MW. ASL perfusion MRI predicts cognitive decline and conversion from MCI to dementia. Alzheimer Dis Assoc Disord. 2010 Jan-Mar; 24(1):19-27. PMID: 20220321.

153. Mueller SG, Mack WJ, Mungas D, Kramer JH, Cardenas-Nicolson V, Lavretsky H, Greene M, Schuff N, Chui HC, Weiner MW. Influences of lobar gray matter and white matter lesion load on cognition and mood. Psychiatry Res. 2010 Feb 28; 181(2):90-6. PMID: 20074914.

154. Off-label medication use in frontotemporal dementia. Am J Alzheimers Dis Other Demen. 2010 Mar; 25(2):128-33. PMID: 20124256.

155. Lavretsky H, Zheng L, Weiner MW, Mungas D, Reed B, Kramer JH, Jagust W, Chui H, Mack WJ. Association of depressed mood and mortality in older adults with and without cognitive impairment in a prospective naturalistic study. Am J Psychiatry. 2010 May; 167(5):589-97. PMID: 20160005.

156. Shimizu S, Zhang Y, Laxamana J, Miller BL, Kramer JH, Weiner MW, Schuff N. Concordance and discordance between brain perfusion and atrophy in frontotemporal dementia. Brain Imaging Behav. 2010 Mar; 4(1):46-54. PMID: 20503113.

157. Krueger CE, Kramer JH. Neurocognitive assessment. Continuum (Minneap Minn). 2010 Apr; 16(2 Dementia):176-90. PMID: 22810287

158. Pa J, Possin KL, Wilson SM, Quitania LC, Kramer JH, Boxer AL, Weiner MW, Johnson JK. Gray matter correlates of set-shifting among neurodegenerative disease, mild cognitive impairment, and healthy older adults. J Int Neuropsychol Soc. 2010 Jul; 16(4):640-50. PMID: 20374676.

159. Zhou J, Greicius MD, Gennatas ED, Growdon ME, Jang JY, Rabinovici GD, Kramer JH, Weiner M, Miller BL, Seeley WW. Divergent network connectivity changes in behavioural variant frontotemporal dementia and Alzheimer's disease. Brain. 2010 May; 133(Pt 5):1352-67. PMID: 20410145.

160. Johnson JK, Pa J, Boxer AL, Kramer JH, Freeman K, Yaffe K. Baseline predictors of clinical progression among patients with dysexecutive mild cognitive impairment. Dement Geriatr Cogn Disord. 2010; 30(4):344-51. PMID: 20938178.

161. Possin KL, Laluz VR, Alcantar OZ, Miller BL, Kramer JH. Distinct neuroanatomical substrates and cognitive mechanisms of figure copy performance in Alzheimer's disease

and behavioral variant frontotemporal dementia. Neuropsychologia. 2011 Jan; 49(1):43-8. PMID: 21029744.

162. Silverberg NB, Ryan LM, Carrillo MC, Sperling R, Petersen RC, Posner HB, Snyder PJ, Hilsabeck R, Gallagher M, Raber J, Rizzo A, Possin K, King J, Kaye J, Ott BR, Albert MS, Wagster MV, Schinka JA, Cullum CM, Farias ST, Balota D, Rao S, Loewenstein D, Budson AE, Brandt J, Manly JJ, Barnes L, Strutt A, Gollan TH, Ganguli M, Babcock D, Litvan I, Kramer JH, Ferman TJ. Assessment of cognition in early dementia. Alzheimers Dement. 2011 May 1; 7(3):e60-e76. PMID: 23559893.

163. Rosen AC, Sugiura L, Kramer JH, Whitfield-Gabrieli S, Gabrieli JD. Cognitive training changes hippocampal function in mild cognitive impairment: a pilot study. J Alzheimers Dis. 2011; 26 Suppl 3:349-57. PMID: 21971474.

164. Krueger CE, Laluz V, Rosen HJ, Neuhaus JM, Miller BL, Kramer JH. Double dissociation in the anatomy of socioemotional disinhibition and executive functioning in dementia. Neuropsychology. 2011 Mar; 25(2):249-59. PMID: 21381829.

165. Sollberger M, Stanley CM, Ketelle R, Beckman V, Growdon M, Jang J, Neuhaus J, Kramer JH, Miller BL, Rankin KP. Neuropsychological correlates of dominance, warmth, and extraversion in neurodegenerative disease. Cortex. 2012 Jun; 48(6):674-82. PMID: 21470601.

166. Tartaglia MC, Zhang Y, Racine C, Laluz V, Neuhaus J, Chao L, Kramer J, Rosen H, Miller B, Weiner M. Executive dysfunction in frontotemporal dementia is related to abnormalities in frontal white matter tracts. J Neurol. 2012 Jun; 259(6):1071-80. PMID: 22037958.

167. Yaffe K, Middleton LE, Lui LY, Spira AP, Stone K, Racine C, Ensrud KE, Kramer JH. Mild cognitive impairment, dementia, and their subtypes in oldest old women. Arch Neurol. 2011 May; 68(5):631-6. PMID: 21555638.

168. Gyurak A, Goodkind MS, Kramer JH, Miller BL, Levenson RW. Executive functions and the down-regulation and up-regulation of emotion. Cogn Emot. 2012; 26(1):103-18. PMID: 21432634.

169. Krueger CE, Rosen HJ, Taylor HG, Espy KA, Schatz J, Rey-Casserly C, Kramer JH. Know thyself: real-world behavioral correlates of self-appraisal accuracy. Clin Neuropsychol. 2011 Jul; 25(5):741-56. PMID: 21547852.

170. Mirsky JB, Heuer HW, Jafari A, Kramer JH, Schenk AK, Viskontas IV, Miller BL, Boxer AL. Anti-saccade performance predicts executive function and brain structure in normal elders. Cogn Behav Neurol. 2011 Jun; 24(2):50-8. PMID: 21697711.

171. Zhang Y, Schuff N, Ching C, Tosun D, Zhan W, Nezamzadeh M, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. Joint assessment of structural, perfusion, and diffusion MRI in Alzheimer's disease and frontotemporal dementia. Int J Alzheimers Dis. 2011; 2011:546871. PMID: 21760989.

172. Rascovsky K, Hodges JR, Knopman D, Mendez MF, Kramer JH, Neuhaus J, van Swieten JC, Seelaar H, Dopper EG, Onyike CU, Hillis AE, Josephs KA, Boeve BF, Kertesz A, Seeley WW, Rankin KP, Johnson JK, Gorno-Tempini ML, Rosen H, Prioleau-Latham CE, Lee A, Kipps CM, Lillo P, Piguet O, Rohrer JD, Rossor MN, Warren JD, Fox NC, Galasko D, Salmon DP, Black SE, Mesulam M, Weintraub S, Dickerson BC, Diehl-Schmid J, Pasquier F, Deramecourt V, Lebert F, Pijnenburg Y, Chow TW, Manes F, Grafman J, Cappa SF, Freedman M, Grossman M, Miller BL. Sensitivity of revised diagnostic criteria

for the behavioural variant of frontotemporal dementia. Brain. 2011 Sep; 134(Pt 9):2456-77. PMID: 21810890.

173. Bettcher BM, Wilheim R, Rigby T, Green R, Miller JW, Racine CA, Yaffe K, Miller BL, Kramer JH. C-reactive protein is related to memory and medial temporal brain volume in older adults. Brain Behav Immun. 2012 Jan; 26(1):103-8. PMID: 21843630.

174. Heflin LH, Laluz V, Jang J, Ketelle R, Miller BL, Kramer JH. Let's inhibit our excitement: the relationships between Stroop, behavioral disinhibition, and the frontal lobes. Neuropsychology. 2011 Sep; 25(5):655-65. PMID: 21574716.

175. Terrando N, Brzezinski M, Degos V, Eriksson LI, Kramer JH, Leung JM, Miller BL, Seeley WW, Vacas S, Weiner MW, Yaffe K, Young WL, Xie Z, Maze M. Perioperative cognitive decline in the aging population. Mayo Clin Proc. 2011 Sep; 86(9):885-93. PMID: 21878601.

176. Fine EM, Kramer JH, Lui LY, Yaffe K. Normative data in women aged 85 and older: verbal fluency, digit span, and the CVLT-II short form. Clin Neuropsychol. 2012; 26(1):18-30. PMID: 22224509.

177. Zheng L, Mack WJ, Chui HC, Heflin L, Mungas D, Reed B, DeCarli C, Weiner MW, Kramer JH. Coronary artery disease is associated with cognitive decline independent of changes on magnetic resonance imaging in cognitively normal elderly adults. J Am Geriatr Soc. 2012 Mar; 60(3):499-504. PMID: 22283410.

178. Marco EJ, Harrell KM, Brown WS, Hill SS, Jeremy RJ, Kramer JH, Sherr EH, Paul LK. Processing speed delays contribute to executive function deficits in individuals with agenesis of the corpus callosum. J Int Neuropsychol Soc. 2012 May; 18(3):521-9. PMID: 22390821.

179. Guo CC, Kurth F, Zhou J, Mayer EA, Eickhoff SB, Kramer JH, Seeley WW. One-year test-retest reliability of intrinsic connectivity network fMRI in older adults. Neuroimage. 2012 Jul 16; 61(4):1471-83. PMID: 22446491.

180. Zhou J, Gennatas ED, Kramer JH, Miller BL, Seeley WW. Predicting regional neurodegeneration from the healthy brain functional connectome. Neuron. 2012 Mar 22; 73(6):1216-27. PMID: 22445348.

181. Bettcher BM, Kramer JH. Inflammation and clinical presentation in neurodegenerative disease: a volatile relationship. Neurocase. 2013 Apr; 19(2):182-200. PMID: 22515699.

182. Hellmuth J, Mirsky J, Heuer HW, Matlin A, Jafari A, Garbutt S, Widmeyer M, Berhel A, Sinha L, Miller BL, Kramer JH, Boxer AL. Multicenter validation of a bedside antisaccade task as a measure of executive function. Neurology. 2012 Jun 5; 78(23):1824-31. PMID: 22573640.

183. Gennatas ED, Cholfin JA, Zhou J, Crawford RK, Sasaki DA, Karydas A, Boxer AL, Bonasera SJ, Rankin KP, Gorno-Tempini ML, Rosen HJ, Kramer JH, Weiner M, Miller BL, Seeley WW. COMT Val158Met genotype influences neurodegeneration within dopamine-innervated brain structures. Neurology. 2012 May 22; 78(21):1663-9. PMID: 22573634.

184. Damoiseaux JS, Seeley WW, Zhou J, Shirer WR, Coppola G, Karydas A, Rosen HJ, Miller BL, Kramer JH, Greicius MD. Gender modulates the APOE e4 effect in healthy older adults: convergent evidence from functional brain connectivity and spinal fluid tau levels. J Neurosci. 2012 Jun 13; 32(24):8254-62. PMID: 22699906.

185. Possin KL, Chester SK, Laluz V, Bostrom A, Rosen HJ, Miller BL, Kramer JH. The frontal-anatomic specificity of design fluency repetitions and their diagnostic relevance for behavioral variant frontotemporal dementia. J Int Neuropsychol Soc. 2012 Sep; 18(5):834-44. PMID: 22835330.

186. Cardenas VA, Reed B, Chao LL, Chui H, Sanossian N, DeCarli CC, Mack W, Kramer J, Hodis HN, Yan M, Buonocore MH, Carmichael O, Jagust WJ, Weiner MW. Associations among vascular risk factors, carotid atherosclerosis, and cortical volume and thickness in older adults. Stroke. 2012 Nov; 43(11):2865-70. PMID: 22984010.

187. Boxer AL, Gold M, Huey E, Hu WT, Rosen H, Kramer J, Gao FB, Burton EA, Chow T, Kao A, Leavitt BR, Lamb B, Grether M, Knopman D, Cairns NJ, Mackenzie IR, Mitic L, Roberson ED, Van Kammen D, Cantillon M, Zahs K, Jackson G, Salloway S, Morris J, Tong G, Feldman H, Fillit H, Dickinson S, Khachaturian ZS, Sutherland M, Abushakra S, Lewcock J, Farese R, Kenet RO, Laferla F, Perrin S, Whitaker S, Honig L, Mesulam MM, Boeve B, Grossman M, Miller BL, Cummings JL. The advantages of frontotemporal degeneration drug development (part 2 of frontotemporal degeneration: the next therapeutic frontier). Alzheimers Dement. 2013 Mar; 9(2):189-98. PMID: 23062850.

188. Kerchner GA, Racine CA, Hale S, Wilhelm R, Laluz V, Miller BL, Kramer JH. Cognitive processing speed in older adults: relationship with white matter integrity. PLoS One. 2012; 7(11):e50425. PMID: 23185621.

189. Spira AP, Rebok GW, Stone KL, Kramer JH, Yaffe K. Depressive symptoms in oldest-old women: risk of mild cognitive impairment and dementia. Am J Geriatr Psychiatry. 2012 Dec; 20(12):1006-15. PMID: 22015706.

190. Halabi C, Halabi A, Dean DL, Wang PN, Boxer AL, Trojanowski JQ, Dearmond SJ, Miller BL, Kramer JH, Seeley WW. Patterns of striatal degeneration in frontotemporal dementia. Alzheimer Dis Assoc Disord. 2013 Jan-Mar; 27(1):74-83. PMID: 22367382.

191. Boxer AL, Knopman DS, Kaufer DI, Grossman M, Onyike C, Graf-Radford N, Mendez M, Kerwin D, Lerner A, Wu CK, Koestler M, Shapira J, Sullivan K, Klepac K, Lipowski K, Ullah J, Fields S, Kramer JH, Merrilees J, Neuhaus J, Mesulam MM, Miller BL. Memantine in patients with frontotemporal lobar degeneration: a multicentre, randomised, double-blind, placebo-controlled trial. Lancet Neurol. 2013 Feb; 12(2):149-56. PMID: 23290598.

192. Lu PH, Mendez MF, Lee GJ, Leow AD, Lee HW, Shapira J, Jimenez E, Boeve BB, Caselli RJ, Graff-Radford NR, Jack CR, Kramer JH, Miller BL, Bartzokis G, Thompson PM, Knopman DS. Patterns of brain atrophy in clinical variants of frontotemporal lobar degeneration. Dement Geriatr Cogn Disord. 2013; 35(1-2):34-50. PMID: 23306166.

193. Gardner RC, Boxer AL, Trujillo A, Mirsky JB, Guo CC, Gennatas ED, Heuer HW, Fine E, Zhou J, Kramer JH, Miller BL, Seeley WW. Intrinsic connectivity network disruption in progressive supranuclear palsy. Ann Neurol. 2013 May; 73(5):603-16. PMID: 23536287.

194. Miller ZA, Rankin KP, Graff-Radford NR, Takada LT, Sturm VE, Cleveland CM, Criswell LA, Jaeger PA, Stan T, Heggeli KA, Hsu SC, Karydas A, Khan BK, Grinberg LT, Gorno-Tempini ML, Boxer AL, Rosen HJ, Kramer JH, Coppola G, Geschwind DH, Rademakers R, Seeley WW, Wyss-Coray T, Miller BL. TDP-43 frontotemporal lobar degeneration and autoimmune disease. J Neurol Neurosurg Psychiatry. 2013 Sep; 84(9):956-62. PMID: 23543794.

195. Lamarre AK, Rascovsky K, Bostrom A, Toofanian P, Wilkins S, Sha SJ, Perry DC, Miller ZA, Naasan G, Laforce R, Hagen J, Takada LT, Tartaglia MC, Kang G, Galasko D, Salmon

DP, Farias ST, Kaur B, Olichney JM, Quitania Park L, Mendez MF, Tsai PH, Teng E, Dickerson BC, Domoto-Reilly K, McGinnis S, Miller BL, Kramer JH. Interrater reliability of the new criteria for behavioral variant frontotemporal dementia. Neurology. 2013 May 21; 80(21):1973-7. PMID: 23635967.

196. Kramer J. Pathways to age-related cognitive decline. Ann Neurol. 2013 May; 73(5):563-4. PMID: 23749741

197. Possin KL, Feigenbaum D, Rankin KP, Smith GE, Boxer AL, Wood K, Hanna SM, Miller BL, Kramer JH. Dissociable executive functions in behavioral variant frontotemporal and Alzheimer dementias. Neurology. 2013 Jun 11; 80(24):2180-5. PMID: 23658382.

198. Sturm VE, Yokoyama JS, Seeley WW, Kramer JH, Miller BL, Rankin KP. Heightened emotional contagion in mild cognitive impairment and Alzheimer's disease is associated with temporal lobe degeneration. Proc Natl Acad Sci U S A. 2013 Jun 11; 110(24):9944-9. PMID: 23716653.

199. Possin KL, LaMarre AK, Wood KA, Mungas DM, Kramer JH. Ecological validity and neuroanatomical correlates of the NIH EXAMINER executive composite score. J Int Neuropsychol Soc. 2014 Jan; 20(1):20-8. PMID: 23764015.

200. Apple AC, Possin KL, Satris G, Johnson E, Lupo JM, Jakary A, Wong K, Kelley DA, Kang GA, Sha SJ, Kramer JH, Geschwind MD, Nelson SJ, Hess CP. Quantitative 7T phase imaging in premanifest Huntington disease. AJNR Am J Neuroradiol. 2014 Sep; 35(9):1707-13. PMID: 24742810.

201. Lehmann M, Madison CM, Ghosh PM, Seeley WW, Mormino E, Greicius MD, Gorno-Tempini ML, Kramer JH, Miller BL, Jagust WJ, Rabinovici GD. Intrinsic connectivity networks in healthy subjects explain clinical variability in Alzheimer's disease. Proc Natl Acad Sci U S A. 2013 Jul 9; 110(28):11606-11. PMID: 23798398.

202. Possin KL, Kang GA, Guo C, Fine EM, Trujillo AJ, Racine CA, Wilheim R, Johnson ET, Witt JL, Seeley WW, Miller BL, Kramer JH. Rivastigmine is associated with restoration of left frontal brain activity in Parkinson's disease. Mov Disord. 2013 Sep; 28(10):1384-90. PMID: 23847120.

203. Heuer HW, Mirsky JB, Kong EL, Dickerson BC, Miller BL, Kramer JH, Boxer AL. Antisaccade task reflects cortical involvement in mild cognitive impairment. Neurology. 2013 Oct 1; 81(14):1235-43. PMID: 23986300.

204. Chao SZ, Matthews BR, Yokoyama JS, Lai NB, Ong H, Tse M, Yuan RF, Lin A, Kramer J, Yaffe K, Kornak J, Miller BL, Rosen HJ. Depressive symptoms in chinese-american subjects with cognitive impairment. Am J Geriatr Psychiatry. 2014 Jul; 22(7):642-52. PMID: 24021225.

205. Lee SE, Tartaglia MC, Yener G, Genç S, Seeley WW, Sanchez-Juan P, Moreno F, Mendez MF, Klein E, Rademakers R, López de Munain A, Combarros O, Kramer JH, Kenet RO, Boxer AL, Geschwind MD, Gorno-Tempini ML, Karydas AM, Rabinovici GD, Coppola G, Geschwind DH, Miller BL. Neurodegenerative disease phenotypes in carriers of MAPT p.A152T, a risk factor for frontotemporal dementia spectrum disorders and Alzheimer disease. Alzheimer Dis Assoc Disord. 2013 Oct-Dec; 27(4):302-9. PMID: 23518664.

206. Guo CC, Gorno-Tempini ML, Gesierich B, Henry M, Trujillo A, Shany-Ur T, Jovicich J, Robinson SD, Kramer JH, Rankin KP, Miller BL, Seeley WW. Anterior temporal lobe

degeneration produces widespread network-driven dysfunction. Brain. 2013 Oct; 136(Pt 10):2979-91. PMID: 24072486.

207. Kramer JH, Mungas D, Possin KL, Rankin KP, Boxer AL, Rosen HJ, Bostrom A, Sinha L, Berhel A, Widmeyer M. NIH EXAMINER: conceptualization and development of an executive function battery. J Int Neuropsychol Soc. 2014 Jan; 20(1):11-9. PMID: 24103232.

208. Bettcher BM, Walsh CM, Watson C, Miller JW, Green R, Patel N, Miller BL, Neuhaus J, Yaffe K, Kramer JH. Body mass and white matter integrity: the influence of vascular and inflammatory markers. PLoS One. 2013; 8(10):e77741. PMID: 24147070.

209. Kramer JH. Special series introduction: NIH EXAMINER and the assessment of executive functioning. J Int Neuropsychol Soc. 2014 Jan; 20(1):8-10. PMID: 24161072

210. Walsh CM, Wilkins S, Bettcher BM, Butler CR, Miller BL, Kramer JH. Memory consolidation in aging and MCI after 1 week. Neuropsychology. 2014 Mar; 28(2):273-80. PMID: 24219610.

211. Sánchez-Juan P, Ghosh PM, Hagen J, Gesierich B, Henry M, Grinberg LT, O'Neil JP, Janabi M, Huang EJ, Trojanowski JQ, Vinters HV, Gorno-Tempini M, Seeley WW, Boxer AL, Rosen HJ, Kramer JH, Miller BL, Jagust WJ, Rabinovici GD. Practical utility of amyloid and FDG-PET in an academic dementia center. Neurology. 2014 Jan 21; 82(3):230-8. PMID: 24353340.

212. You SC, Geschwind MD, Sha SJ, Apple A, Satris G, Wood KA, Johnson ET, Gooblar J, Feuerstein JS, Finkbeiner S, Kang GA, Miller BL, Hess CP, Kramer JH, Possin KL. Executive functions in premanifest Huntington's disease. Mov Disord. 2014 Mar; 29(3):405-9. PMID: 24375511.

213. Scherling CS, Hall T, Berisha F, Klepac K, Karydas A, Coppola G, Kramer JH, Rabinovici G, Ahlijanian M, Miller BL, Seeley W, Grinberg LT, Rosen H, Meredith J, Boxer AL. Cerebrospinal fluid neurofilament concentration reflects disease severity in frontotemporal degeneration. Ann Neurol. 2014 Jan; 75(1):116-26. PMID: 24242746.

214. Perry DC, Kramer JH. Reward processing in neurodegenerative disease. Neurocase. 2015 Feb; 21(1):120-33. PMID: 24417286.

215. Geyer J, Insel P, Farzin F, Sternberg D, Hardy JL, Scanlon M, Mungas D, Kramer J, Mackin RS, Weiner MW. Evidence for age-associated cognitive decline from Internet game scores. Alzheimers Dement (Amst). 2015 Jun; 1(2):260-7. PMID: 27239508.

216. Gardner RC, Possin KL, Hess CP, Huang EJ, Grinberg LT, Nolan AL, Cohn-Sheehy BI, Ghosh PM, Lanata S, Merrilees J, Kramer JH, Berger MS, Miller BL, Yaffe K, Rabinovici GD. Evaluating and treating neurobehavioral symptoms in professional American football players: Lessons from a case series. Neurol Clin Pract. 2015 Aug; 5(4):285-295. PMID: 26336629.

217. Yokoyama JS, Evans DS, Coppola G, Kramer JH, Tranah GJ, Yaffe K. Genetic modifiers of cognitive maintenance among older adults. Hum Brain Mapp. 2014 Sep; 35(9):4556-65. PMID: 24616004.

218. Pa J, Dutt S, Mirsky JB, Heuer HW, Keselman P, Kong E, Trujillo A, Gazzaley A, Kramer JH, Seeley WW, Miller BL, Boxer AL. The functional oculomotor network and saccadic cognitive control in healthy elders. Neuroimage. 2014 Jul 15; 95:61-8. PMID: 24675647.

219. Perry DC, Sturm VE, Seeley WW, Miller BL, Kramer JH, Rosen HJ. Anatomical correlates of reward-seeking behaviours in behavioural variant frontotemporal dementia. Brain. 2014 Jun; 137(Pt 6):1621-6. PMID: 24740987.

220. Dubal DB, Yokoyama JS, Zhu L, Broestl L, Worden K, Wang D, Sturm VE, Kim D, Klein E, Yu GQ, Ho K, Eilertson KE, Yu L, Kuro-o M, De Jager PL, Coppola G, Small GW, Bennett DA, Kramer JH, Abraham CR, Miller BL, Mucke L. Life extension factor klotho enhances cognition. Cell Rep. 2014 May 22; 7(4):1065-76. PMID: 24813892.

221. Wagshal D, Sankaranarayanan S, Guss V, Hall T, Berisha F, Lobach I, Karydas A, Voltarelli L, Scherling C, Heuer H, Tartaglia MC, Miller Z, Coppola G, Ahlijanian M, Soares H, Kramer JH, Rabinovici GD, Rosen HJ, Miller BL, Meredith J, Boxer AL. Divergent CSF t alterations in two common tauopathies: Alzheimer's disease and progressive supranuclear palsy. J Neurol Neurosurg Psychiatry. 2015 Mar; 86(3):244-50. PMID: 24899730.

222. Perry DC, Sturm VE, Peterson MJ, Pieper CF, Bullock T, Boeve BF, Miller BL, Guskiewicz KM, Berger MS, Kramer JH, Welsh-Bohmer KA. Association of traumatic brain injury with subsequent neurological and psychiatric disease: a meta-analysis. J Neurosurg. 2015 Aug 28; 1-16. PMID: 26315003

223. Bettcher BM, Kramer JH. Longitudinal inflammation, cognitive decline, and Alzheimer's disease: a mini-review. Clin Pharmacol Ther. 2014 Oct; 96(4):464-9. PMID: 25009982.

224. Hosseini SM, Kramer JH, Kesler SR. Neural correlates of cognitive intervention in persons at risk of developing Alzheimer's disease. Front Aging Neurosci. 2014; 6:231. PMID: 25206335.

225. Bettcher BM, Watson CL, Walsh CM, Lobach IV, Neuhaus J, Miller JW, Green R, Patel N, Dutt S, Busovaca E, Rosen HJ, Yaffe K, Miller BL, Kramer JH. Interleukin-6, age, and corpus callosum integrity. PLoS One. 2014; 9(9):e106521. PMID: 25188448.

226. Tsai RM, Leong JK, Dutt S, Chang CC, Lee AK, Chao SZ, Yokoyama JS, Tse M, Kramer JH, Miller BL, Rosen HJ. The chinese verbal learning test specifically assesses hippocampal state. Am J Alzheimers Dis Other Demen. 2015 Jun; 30(4):412-6. PMID: 25270640.

227. Lee SE, Khazenzon AM, Trujillo AJ, Guo CC, Yokoyama JS, Sha SJ, Takada LT, Karydas AM, Block NR, Coppola G, Pribadi M, Geschwind DH, Rademakers R, Fong JC, Weiner MW, Boxer AL, Kramer JH, Rosen HJ, Miller BL, Seeley WW. Altered network connectivity in frontotemporal dementia with C9orf72 hexanucleotide repeat expansion. Brain. 2014 Nov; 137(Pt 11):3047-60. PMID: 25273996.

228. Bott NT, Johnson ET, Schuff N, Galifianakis N, Subas T, Pollock J, Pressman P, Kramer JH, Possin KL. Sensitive measures of executive dysfunction in non-demented Parkinson's disease. Parkinsonism Relat Disord. 2014 Dec; 20(12):1430-3. PMID: 25454318.

229. Naj AC, Jun G, Reitz C, Kunkle BW, Perry W, Park YS, Beecham GW, Rajbhandary RA, Hamilton-Nelson KL, Wang LS, Kauwe JS, Huentelman MJ, Myers AJ, Bird TD, Boeve BF, Baldwin CT, Jarvik GP, Crane PK, Rogaeva E, Barmada MM, Demirci FY, Cruchaga C, Kramer PL, Ertekin-Taner N, Hardy J, Graff-Radford NR, Green RC, Larson EB, St George-Hyslop PH, Buxbaum JD, Evans DA, Schneider JA, Lunetta KL, Kamboh MI, Saykin AJ, Reiman EM, De Jager PL, Bennett DA, Morris JC, Montine TJ, Goate AM, Blacker D, Tsuang DW, Hakonarson H, Kukull WA, Foroud TM, Martin ER, Haines JL, Mayeux RP, Farrer LA, Schellenberg GD, Pericak-Vance MA. Effects of multiple genetic

Loci on age at onset in late-onset Alzheimer disease: a genome-wide association study. JAMA Neurol. 2014 Nov 1; 71(11):1394-404. PMID: 25199842.

230. Schicktanz S, Schweda M, Ballenger JF, Fox PJ, Halpern J, Kramer JH, Micco G, Post SG, Thompson C, Knight RT, Jagust WJ. Before it is too late: professional responsibilities in late-onset Alzheimer's research and pre-symptomatic prediction. Front Hum Neurosci. 2014; 8:921. PMID: 25477802.

231. Bott NT, Radke A, Stephens ML, Kramer JH. Frontotemporal dementia: diagnosis, deficits and management. Neurodegener Dis Manag. 2014 Dec; 4(6):439-54. PMID: 25531687

232. Walsh CM, Blackwell T, Tranah GJ, Stone KL, Ancoli-Israel S, Redline S, Paudel M, Kramer JH, Yaffe K. Weaker Circadian Activity Rhythms are Associated with Poorer Executive Function in Older Women. Sleep. 2014; 37(12):2009-16. PMID: 25337947.

233. Frazier DT, Seider T, Bettcher BM, Mack WJ, Jastrzab L, Chao L, Weiner MW, DeCarli C, Reed BR, Mungas D, Chui HC, Kramer JH. The role of carotid intima-media thickness in predicting longitudinal cognitive function in an older adult cohort. Cerebrovasc Dis. 2014; 38(6):441-7. PMID: 25502351.

234. Nickles D, Madireddy L, Patel N, Isobe N, Miller BL, Baranzini SE, Kramer JH, Oksenberg JR. Whole genome sequences of 2 octogenarians with sustained cognitive abilities. Neurobiol Aging. 2015 Mar; 36(3):1435-8. PMID: 25618617.

235. Yokoyama JS, Sturm VE, Bonham LW, Klein E, Arfanakis K, Yu L, Coppola G, Kramer JH, Bennett DA, Miller BL, Dubal DB. Variation in longevity gene KLOTHO is associated with greater cortical volumes. Ann Clin Transl Neurol. 2015 Mar; 2(3):215-30. PMID: 25815349.

236. Wang LS, Naj AC, Graham RR, Crane PK, Kunkle BW, Cruchaga C, Murcia JD, Cannon-Albright L, Baldwin CT, Zetterberg H, Blennow K, Kukull WA, Faber KM, Schupf N, Norton MC, Tschanz JT, Munger RG, Corcoran CD, Rogaeva E, Lin CF, Dombroski BA, Cantwell LB, Partch A, Valladares O, Hakonarson H, St George-Hyslop P, Green RC, Goate AM, Foroud TM, Carney RM, Larson EB, Behrens TW, Kauwe JS, Haines JL, Farrer LA, Pericak-Vance MA, Mayeux R, Schellenberg GD. Rarity of the Alzheimer Disease-Protective APP A673T Variant in the United States. JAMA Neurol. 2015 Feb 1; 72(2):209-16. PMID: 25531812.

237. Song Z, Insel PS, Buckley S, Yohannes S, Mezher A, Simonson A, Wilkins S, Tosun D, Mueller S, Kramer JH, Miller BL, Weiner MW. Brain Amyloid-ß Burden Is Associated with Disruption of Intrinsic Functional Connectivity within the Medial Temporal Lobe in Cognitively Normal Elderly. J Neurosci. 2015 Feb 18; 35(7):3240-7. PMID: 25698758.

238. Sha SJ, Ghosh PM, Lee SE, Corbetta-Rastelli C, Jagust WJ, Kornak J, Rankin KP, Grinberg LT, Vinters HV, Mendez MF, Dickson DW, Seeley WW, Gorno-Tempini M, Kramer J, Miller BL, Boxer AL, Rabinovici GD. Predicting amyloid status in corticobasal syndrome using modified clinical criteria, magnetic resonance imaging and fluorodeoxyglucose positron emission tomography. Alzheimers Res Ther. 2015; 7(1):8. PMID: 25733984.

239. Yokoyama JS, Bonham LW, Sears RL, Klein E, Karydas A, Kramer JH, Miller BL, Coppola G. Decision tree analysis of genetic risk for clinically heterogeneous Alzheimer's disease. BMC Neurol. 2015; 15(1):47. PMID: 25880661.

240. Perry DC, Sturm VE, Wood KA, Miller BL, Kramer JH. Divergent processing of monetary and social reward in behavioral variant frontotemporal dementia and Alzheimer disease. Alzheimer Dis Assoc Disord. 2015 Apr-Jun; 29(2):161-4. PMID: 24164741.

241. Mansoor Y, Jastrzab L, Dutt S, Miller BL, Seeley WW, Kramer JH. Memory profiles in pathology or biomarker confirmed Alzheimer disease and frontotemporal dementia. Alzheimer Dis Assoc Disord. 2015 Apr-Jun; 29(2):135-40. PMID: 25203512.

242. Moreno F, Rabinovici GD, Karydas A, Miller Z, Hsu SC, Legati A, Fong J, Schonhaut D, Esselmann H, Watson C, Stephens ML, Kramer J, Wiltfang J, Seeley WW, Miller BL, Coppola G, Grinberg LT. A novel mutation P112H in the TARDBP gene associated with frontotemporal lobar degeneration without motor neuron disease and abundant neuritic amyloid plaques. Acta Neuropathol Commun. 2015; 3(1):19. PMID: 25853458.

243. Naasan G, Rabinovici GD, Ghosh P, Elofson JD, Miller BL, Coppola G, Karydas A, Fong J, Perry D, Lee SE, Yokoyama JS, Seeley WW, Kramer JH, Weiner MW, Schuff N, Jagust WJ, Grinberg LT, Pribadi M, Yang Z, Sears R, Klein E, Wojta K, Rosen HJ. Amyloid in dementia associated with familial FTLD: not an innocent bystander. Neurocase. 2015 Jun 4; 1-8. PMID: 26040468.

244. Ossenkoppele R, Pijnenburg YA, Perry DC, Cohn-Sheehy BI, Scheltens NM, Vogel JW, Kramer JH, van der Vlies AE, Joie RL, Rosen HJ, van der Flier WM, Grinberg LT, Rozemuller AJ, Huang EJ, van Berckel BN, Miller BL, Barkhof F, Jagust WJ, Scheltens P, Seeley WW, Rabinovici GD. The behavioural/dysexecutive variant of Alzheimer's disease: clinical, neuroimaging and pathological features. Brain. 2015 Sep; 138(Pt 9):2732-49. PMID: 26141491.

245. Lehmann M, Madison C, Ghosh PM, Miller ZA, Greicius MD, Kramer JH, Coppola G, Miller BL, Jagust WJ, Gorno-Tempini ML, Seeley WW, Rabinovici GD. Loss of functional connectivity is greater outside the default mode network in nonfamilial early-onset Alzheimer's disease variants. Neurobiol Aging. 2015 Oct; 36(10):2678-86. PMID: 26242705.

246. Gardner RC, Hess CP, Brus-Ramer M, Possin KL, Cohn-Sheehy BI, Kramer JH, Berger MS, Yaffe K, Miller B, Rabinovici GD. Cavum Septum Pellucidum in Retired American Pro-Football Players. J Neurotrauma. 2016 Jan 1; 33(1):157-61. PMID: 25970145.

247. Walsh CM, Ruoff L, Varbel J, Walker K, Grinberg LT, Boxer AL, Kramer JH, Miller BL, Neylan TC. Rest-activity rhythm disruption in progressive supranuclear palsy. Sleep Med. 2016 Jun; 22:50-6. PMID: 27544836. PMCID: PMC4996365

248. Pankov A, Binney RJ, Staffaroni AM, Kornak J, Attygalle S, Schuff N, Weiner MW, Kramer JH, Dickerson BC, Miller BL, Rosen HJ. Data-driven regions of interest for longitudinal change in frontotemporal lobar degeneration. Neuroimage Clin. 2016; 12:332-40. PMID: 27547726. PMCID: PMC4983147

249. Tosun D, Schuff N, Rabinovici GD, Ayakta N, Miller BL, Jagust W, Kramer J, Weiner MM, Rosen HJ. Diagnostic utility of ASL-MRI and FDG-PET in the behavioral variant of FTD and AD. Ann Clin Transl Neurol. 2016 Oct; 3(10):740-751. PMID: 27752510. PMCID: PMC5048385

250. Possin KL, Sanchez PE, Anderson-Bergman C, Fernandez R, Kerchner GA, Johnson ET, Davis A, Lo I, Bott NT, Kiely T, Fenesy MC, Miller BL, Kramer JH, Finkbeiner S. Cross-species translation of the Morris maze for Alzheimer's disease. J Clin Invest. 2016 Feb 1; 126(2):779-83. PMID: 26784542.

251. Mortamais M, Ash JA, Harrison J, Kaye J, Kramer J, Randolph C, Pose C, Albala B, Ropacki M, Ritchie CW, Ritchie K. Detecting cognitive changes in preclinical Alzheimer's disease: A review of its feasibility. Alzheimers Dement. 2016 Oct 1. PMID: 27702618

252. Peltz CB, Gardner RC, Kenney K, Diaz-Arrastia R, Kramer JH, Yaffe K. Neurobehavioral Characteristics of Older Veterans With Remote Traumatic Brain Injury. J Head Trauma Rehabil. 2016 Jun 17. PMID: 27323220. PMCID: PMC5164874

253. Kaup AR, Peltz C, Kenney K, Kramer JH, Diaz-Arrastia R, Yaffe K. Neuropsychological Profile of Lifetime Traumatic Brain Injury in Older Veterans. J Int Neuropsychol Soc. 2016 Oct 4; 1-9. PMID: 27697088. PMCID: PMC5243167

254. Kalapatapu RK, Delucchi KL, Wang S, Harbison JD, Nelson EE, Kramer JH. Substance use history in behavioral-variant frontotemporal dementia versus primary progressive aphasia. J Addict Dis. 2016 Jan-Mar; 35(1):36-41. PMID: 26485480.

255. Dutt S, Binney RJ, Heuer HW, Luong P, Attygalle S, Bhatt P, Marx GA, Elofson J, Tartaglia MC, Litvan I, McGinnis SM, Dickerson BC, Kornak J, Waltzman D, Voltarelli L, Schuff N, Rabinovici GD, Kramer JH, Jack CR, Miller BL, Rosen HJ, Boxer AL. Progression of brain atrophy in PSP and CBS over 6 months and 1 year. Neurology. 2016 Oct 14. PMID: 27742814. PMCID: PMC5109951

256. Ranasinghe KG, Rankin KP, Pressman PS, Perry DC, Lobach IV, Seeley WW, Coppola G, Karydas AM, Grinberg LT, Shany-Ur T, Lee SE, Rabinovici GD, Rosen HJ, Gorno-Tempini ML, Boxer AL, Miller ZA, Chiong W, DeMay M, Kramer JH, Possin KL, Sturm VE, Bettcher BM, Neylan M, Zackey DD, Nguyen LA, Ketelle R, Block N, Wu TQ, Dallich A, Russek N, Caplan A, Geschwind DH, Vossel KA, Miller BL. Distinct Subtypes of Behavioral Variant Frontotemporal Dementia Based on Patterns of Network Degeneration. JAMA Neurol. 2016 Jul 18. PMID: 27429218. PMCID: PMC5024785

257. Casaletto KB, Ward ME, Baker NS, Bettcher BM, Gelfand JM, Li Y, Chen R, Dutt S, Miller B, Kramer JH, Green AJ. Retinal thinning is uniquely associated with medial temporal lobe atrophy in neurologically normal older adults. Neurobiol Aging. 2016 Dec 21; 51:141-147. PMID: 28068565. PMCID: PMC5554591

258. Ranasinghe KG, Rankin KP, Lobach IV, Kramer JH, Sturm VE, Bettcher BM, Possin K, Christine You S, Lamarre AK, Shany-Ur T, Stephens ML, Perry DC, Lee SE, Miller ZA, Gorno-Tempini ML, Rosen HJ, Boxer A, Seeley WW, Rabinovici GD, Vossel KA, Miller BL. Cognition and neuropsychiatry in behavioral variant frontotemporal dementia by disease stage. Neurology. 2016 Feb 16; 86(7):600-10. PMID: 26802093.

259. Lauriola M, Esposito R, Delli Pizzi S, de Zambotti M, Londrillo F, Kramer JH, Rabinovici GD, Tartaro A. Sleep changes without medial temporal lobe or brain cortical changes in community-dwelling individuals with subjective cognitive decline. Alzheimers Dement. 2016 Dec 26. PMID: 28034600

260. Pressman PS, Noniyeva Y, Bott N, Dutt S, Sturm V, Miller BL, Kramer JH. Comparing Volume Loss in Neuroanatomical Regions of Emotion versus Regions of Cognition in Healthy Aging. PLoS One. 2016; 11(8):e0158187. PMID: 27552103. PMCID: PMC4994935

261. Ng AS, Kramer J, Centurion A, Dalmau J, Huang E, Cotter JA, Geschwind MD. Clinico-pathological correlation in adenylate kinase 5 autoimmune limbic encephalitis. J Neuroimmunol. 2015 Oct 15; 287:31-5. PMID: 26439959

262. Chiong W, Wood KA, Beagle AJ, Hsu M, Kayser AS, Miller BL, Kramer JH. Neuroeconomic dissociation of semantic dementia and behavioural variant frontotemporal dementia. Brain. 2015 Dec 14. PMID: 26667277

263. Ossenkoppele R, Cohn-Sheehy BI, La Joie R, Vogel JW, Möller C, Lehmann M, van Berckel BN, Seeley WW, Pijnenburg YA, Gorno-Tempini ML, Kramer JH, Barkhof F, Rosen HJ, van der Flier WM, Jagust WJ, Miller BL, Scheltens P, Rabinovici GD. Atrophy patterns in early clinical stages across distinct phenotypes of Alzheimer's disease. Hum Brain Mapp. 2015 Nov; 36(11):4421-37. PMID: 26260856.

264. Frazier DT, Bettcher BM, Dutt S, Patel N, Mungas D, Miller J, Green R, Kramer JH. Relationship between Insulin-Resistance Processing Speed and Specific Executive Function Profiles in Neurologically Intact Older Adults. J Int Neuropsychol Soc. 2015 Sep; 21(8):622-8. PMID: 26272269

265. You SC, Walsh CM, Chiodo LA, Ketelle R, Miller BL, Kramer JH. Neuropsychiatric Symptoms Predict Functional Status in Alzheimer's Disease. J Alzheimers Dis. 2015 Oct 1; 48(3):863-9. PMID: 26402074

266. Rojas JC, Karydas A, Bang J, Tsai RM, Blennow K, Liman V, Kramer JH, Rosen H, Miller BL, Zetterberg H, Boxer AL. Plasma neurofilament light chain predicts progression in progressive supranuclear palsy. Ann Clin Transl Neurol. 2016 Mar; 3(3):216-25. PMID: 27042681.

267. Hirsch J, Vacas S, Terrando N, Yuan M, Sands LP, Kramer J, Bozic K, Maze MM, Leung JM. Perioperative cerebrospinal fluid and plasma inflammatory markers after orthopedic surgery. J Neuroinflammation. 2016; 13(1):211. PMID: 27577265. PMCID: PMC5006595

268. Bettcher BM, Mungas D, Patel N, Elofson J, Dutt S, Wynn M, Watson CL, Stephens M, Walsh CM, Kramer JH. Neuroanatomical substrates of executive functions: Beyond prefrontal structures. Neuropsychologia. 2016 May; 85:100-9. PMID: 26948072.

269. Ritchie K, Ropacki M, Albala B, Harrison J, Kaye J, Kramer J, Randolph C, Ritchie CW. Recommended cognitive outcomes in preclinical Alzheimer's disease: Consensus statement from the European Prevention of Alzheimer's Dementia project. Alzheimers Dement. 2016 Oct 1. PMID: 27702619

270. Ossenkoppele R, Schonhaut DR, Schöll M, Lockhart SN, Ayakta N, Baker SL, O'Neil JP, Janabi M, Lazaris A, Cantwell A, Vogel J, Santos M, Miller ZA, Bettcher BM, Vossel KA, Kramer JH, Gorno-Tempini ML, Miller BL, Jagust WJ, Rabinovici GD. Tau PET patterns mirror clinical and neuroanatomical variability in Alzheimer's disease. Brain. 2016 May; 139(Pt 5):1551-67. PMID: 26962052

271. Bertoux M, Sarazin M, Pasquier F, Bottlaender M, de Souza LC, Mioshi E, Hornberger M, Ranasinghe KG, Rankin KP, Lobach IV, Kramer JH, Sturm VE, Bettcher BM, Possin K, You SC, Lamarre AK, Shany-Ur T, Stephens ML, Perry DC, Lee SE, Miller ZA, Gorno-Tempini ML, Rosen HJ, Boxer A, Seeley WW, Rabinovici GD, Vossel KA, Miller BL. Cognition and neuropsychiatry in behavioral variant frontotemporal dementia by disease stage. Neurology. 2016 Oct 4; 87(14):1523. PMID: 27698154

272. Guo CC, Sturm VE, Zhou J, Gennatas ED, Trujillo AJ, Hua AY, Crawford R, Stables L, Kramer JH, Rankin K, Levenson RW, Rosen HJ, Miller BL, Seeley WW. Dominant hemisphere lateralization of cortical parasympathetic control as revealed by frontotemporal dementia. Proc Natl Acad Sci U S A. 2016 Apr 26; 113(17):E2430-9. PMID: 27071080.

273. Yokoyama JS, Marx G, Brown JA, Bonham LW, Wang D, Coppola G, Seeley WW, Rosen HJ, Miller BL, Kramer JH, Dubal DB. Systemic klotho is associated with KLOTHO variation and predicts intrinsic cortical connectivity in healthy human aging. Brain Imaging Behav. 2016 Oct 6. PMID: 27714549

274. Bettcher BM, Fitch R, Wynn MJ, Lalli MA, Elofson J, Jastrzab L, Mitic L, Miller ZA, Rabinovici GD, Miller BL, Kao AW, Kosik KS, Kramer JH. MCP-1 and eotaxin-1 selectively and negatively associate with memory in MCI and Alzheimer's disease dementia phenotypes. Alzheimers Dement (Amst). 2016; 3:91-7. PMID: 27453930.

275. Scherling CS, Wilkins SE, Zakrezewski J, Kramer JH, Miller BL, Weiner MW, Rosen HJ. Decreased Self-Appraisal Accuracy on Cognitive Tests of Executive Functioning Is a Predictor of Decline in Mild Cognitive Impairment. Front Aging Neurosci. 2016; 8:120. PMID: 27458368.

276. Chen J, Yu JT, Wojta K, Wang HF, Zetterberg H, Blennow K, Yokoyama JS, Weiner MW, Kramer JH, Rosen H, Miller BL, Coppola G, Boxer AL. Genome-wide association study identifies MAPT locus influencing human plasma tau levels. Neurology. 2017 Jan 18. PMID: 28100725. PMCID: PMC5317386

277. Alioto AG, Kramer JH, Borish S, Neuhaus J, Saloner R, Wynn M, Foley JM. Long-term test-retest reliability of the California Verbal Learning Test - second edition. Clin Neuropsychol. 2017 Nov; 31(8):1449-1458. PMID: 28387582. PMCID: PMC5737761

278. Parthasarathy V, Frazier DT, Bettcher BM, Jastrzab L, Chao L, Reed B, Mungas D, Weiner M, DeCarli C, Chui H, Kramer JH. Triglycerides are negatively correlated with cognitive function in nondemented aging adults. Neuropsychology. 2017 Sep; 31(6):682-688. PMID: 28604016. PMCID: PMC5726405

279. Bott NT, Bettcher BM, Yokoyama JS, Frazier DT, Wynn M, Karydas A, Yaffe K, Kramer JH. Youthful Processing Speed in Older Adults: Genetic, Biological, and Behavioral Predictors of Cognitive Processing Speed Trajectories in Aging. Front Aging Neurosci. 2017; 9:55. PMID: 28344553. PMCID: PMC5344896

280. Casaletto KB, Elahi FM, Bettcher BM, Neuhaus J, Bendlin BB, Asthana S, Johnson SC, Yaffe K, Carlsson C, Blennow K, Zetterberg H, Kramer JH. Neurogranin, a synaptic protein, is associated with memory independent of Alzheimer biomarkers. Neurology. 2017 Oct 24; 89(17):1782-1788. PMID: 28939668. PMCID: PMC5664306

281. Binney RJ, Pankov A, Marx G, He X, McKenna F, Staffaroni AM, Kornak J, Attygalle S, Boxer AL, Schuff N, Gorno-Tempini ML, Weiner MW, Kramer JH, Miller BL, Rosen HJ. Data-driven regions of interest for longitudinal change in three variants of frontotemporal lobar degeneration. Brain Behav. 2017 Apr; 7(4):e00675. PMID: 28413716. PMCID: PMC5390848

282. Scheltens NME, Tijms BM, Koene T, Barkhof F, Teunissen CE, Wolfsgruber S, Wagner M, Kornhuber J, Peters O, Cohn-Sheehy BI, Rabinovici GD, Miller BL, Kramer JH, Scheltens P, van der Flier WM. Cognitive subtypes of probable Alzheimer's disease robustly identified infour cohorts. Alzheimers Dement. 2017 Apr 17. PMID: 28427934. PMCID: PMC5857387

283. Steele NZ, Carr JS, Bonham LW, Geier EG, Damotte V, Miller ZA, Desikan RS, Boehme KL, Mukherjee S, Crane PK, Kauwe JS, Kramer JH, Miller BL, Coppola G, Hollenbach JA, Huang Y, Yokoyama JS. Fine-mapping of the human leukocyte antigen locus as a risk factor for Alzheimer disease: A case-control study. PLoS Med. 2017 Mar; 14(3):e1002272. PMID: 28350795. PMCID: PMC5369701

284. Casaletto KB, Marx G, Dutt S, Neuhaus J, Saloner R, Kritikos L, Miller B, Kramer JH. Is PMID: 28549937. PMCID: PMC5545099

285. Possin KL, Kim H, Geschwind MD, Moskowitz T, Johnson ET, Sha SJ, Apple A, Xu D, Miller BL, Finkbeiner S, Hess CP, Kramer JH. Egocentric and Allocentric Visuospatial Working Memory in Premotor Huntington's Disease: a Double Dissociation with Caudate and Hippocampal Volumes. Neuropsychologia. 2017 Apr 17. PMID: 28427989

286. Clifford KM, Samboju V, Cobigo Y, Milanini B, Marx GA, Hellmuth JM, Rosen HJ, Kramer JH, Allen IE, Valcour VG. Progressive Brain Atrophy Despite Persistent Viral Suppression in HIV Over Age 60. J Acquir Immune Defic Syndr. 2017 Jun 22. PMID: 28650401. PMCID: PMC5634906

287. Ramirez-Gomez L, Zheng L, Reed B, Kramer J, Mungas D, Zarow C, Vinters H, Ringman JM, Chui H. Neuropsychological Profiles Differentiate Alzheimer Disease from Subcortical Ischemic Vascular Dementia in an Autopsy-Defined Cohort. Dement Geriatr Cogn Disord. 2017 Jun 09; 44(1-2):1-11. PMID: 28595184

288. Multani N, Galantucci S, Wilson SM, Shany-Ur T, Poorzand P, Growdon ME, Jang JY, Kramer JH, Miller BL, Rankin KP, Gorno-Tempini ML, Tartaglia MC. Emotion detection deficits and changes in personality traits linked to loss of white matter integrity in primary progressive aphasia. Neuroimage Clin. 2017; 16:447-454. PMID: 28879086. PMCID: PMC5577436

289. Saloner R, Casaletto KB, Marx G, Dutt S, Vanden Bussche AB, You M, Fox E, Stiver J, Kramer JH. Performance on a 1-week delayed recall task is associated with medial temporal lobe structures in neurologically normal older adults. Clin Neuropsychol. 2017 Aug 31; 1-12. PMID: 28856963. PMCID: PMC5832581

290. Brown JA, Hua AY, Trujllo A, Attygalle S, Binney RJ, Spina S, Lee SE, Kramer JH, Miller BL, Rosen HJ, Boxer AL, Seeley WW. Advancing functional dysconnectivity and atrophy in progressive supranuclear palsy. Neuroimage Clin. 2017; 16:564-574. PMID: 28951832. PMCID: PMC5605489

291. Sturm VE, Perry DC, Wood K, Hua AY, Alcantar O, Datta S, Rankin KP, Rosen HJ, Miller BL, Kramer JH. Prosocial deficits in behavioral variant frontotemporal dementia relate to reward network atrophy. Brain Behav. 2017 Oct; 7(10):e00807. PMID: 29075567. PMCID: PMC5651391

292. Elahi FM, Marx G, Cobigo Y, Staffaroni AM, Kornak J, Tosun D, Boxer AL, Kramer JH, Miller BL, Rosen HJ. Longitudinal white matter change in frontotemporal dementia subtypes and sporadic late onset Alzheimer's disease. Neuroimage Clin. 2017; 16:595-603. PMID: 28975068. PMCID: PMC5614750

293. Iaccarino L, Tammewar G, Ayakta N, Baker SL, Bejanin A, Boxer AL, Gorno-Tempini ML, Janabi M, Kramer JH, Lazaris A, Lockhart SN, Miller BL, Miller ZA, O'Neil JP, Ossenkoppele R, Rosen HJ, Schonhaut DR, Jagust WJ, Rabinovici GD. Local and distant relationships between amyloid, tau and neurodegeneration in Alzheimer's Disease. Neuroimage Clin. 2018; 17:452-464. PMID: 29159058. PMCID: PMC5684433

294. Perry W, Lacritz L, Roebuck-Spencer T, Silver C, Denney RL, Meyers J, McConnel CE, Pliskin N, Adler D, Alban C, Bondi M, Braun M, Cagigas X, Daven M, Drozdick L, Foster NL, Hwang U, Ivey L, Iverson G, Kramer J, Lantz M, Latts L, Maria Lopez A, Malone M, Martin-Plank L, Maslow K, Melady D, Messer M, Most R, Norris MP, Shafer D, Thomas CM, Thornhill L, Tsai J, Vakharia N, Waters M, Golden T. Population Health Solutions for

Assessing Cognitive Impairment in Geriatric Patients. Clin Neuropsychol. 2018 Aug - Oct; 32(7):1193-1225. PMID: 30396329

295. Casaletto KB, Elahi FM, Fitch R, Walters S, Fox E, Staffaroni AM, Bettcher BM, Zetterberg H, Karydas A, Rojas JC, Boxer AL, Kramer JH. A comparison of biofluid cytokine markers across platform technologies: Correspondence or divergence? Cytokine. 2018 11; 111:481-489. PMID: 29908923. PMCID: PMC6289877

296. Scheltens NME, Tijms BM, Heymans MW, Rabinovici GD, Cohn-Sheehy BI, Miller BL, Kramer JH, Wolfsgruber S, Wagner M, Kornhuber J, Peters O, Scheltens P, van der Flier WM. Prominent Non-Memory Deficits in Alzheimer's Disease Are Associated with Faster Disease Progression. J Alzheimers Dis. 2018; 65(3):1029-1039. PMID: 30103316

297. Perry W, Lacritz L, Roebuck-Spencer T, Silver C, Denney RL, Meyers J, McConnel CE, Pliskin N, Adler D, Alban C, Bondi M, Braun M, Cagigas X, Daven M, Drozdick L, Foster NL, Hwang U, Ivey L, Iverson G, Kramer J, Lantz M, Latts L, Ling SM, Lopez AM, Malone M, Martin-Plank L, Maslow K, Melady D, Messer M, Most R, Norris MP, Shafer D, Silverberg N, Thomas CM, Thornhill L, Tsai J, Vakharia N, Waters M, Golden T. Population Health Solutions for Assessing Cognitive Impairment in Geriatric Patients. Arch Clin Neuropsychol. 2018 Sep 01; 33(6):655-675. PMID: 30339202. PMCID: PMC6201735

298. Bettcher BM, Johnson SC, Fitch R, Casaletto KB, Heffernan KS, Asthana S, Zetterberg H, Blennow K, Carlsson CM, Neuhaus J, Bendlin BB, Kramer JH. Cerebrospinal Fluid and Plasma Levels of Inflammation Differentially Relate to CNS Markers of Alzheimer's Disease Pathology and Neuronal Damage. J Alzheimers Dis. 2018; 62(1):385-397. PMID: 29439331

299. Ehrenberg AJ, Suemoto CK, França Resende EP, Petersen C, Leite REP, Rodriguez RD, Ferretti-Rebustini REL, You M, Oh J, Nitrini R, Pasqualucci CA, Jacob-Filho W, Kramer JH, Gatchel JR, Grinberg LT. Neuropathologic Correlates of Psychiatric Symptoms in Alzheimer's Disease. J Alzheimers Dis. 2018; 66(1):115-126. PMID: 30223398. PMCID: PMC6381997

300. Leung JM, Sands LP, Chen N, Ames C, Berven S, Bozic K, Burch S, Chou D, Covinsky K, Deviren V, Kinjo S, Kramer JH, Ries M, Tay B, Vail T, Weinstein P, Chang S, Meckler G, Newman S, Tsai T, Voss V, Youngblom E. Perioperative Gabapentin Does Not Reduce Postoperative Delirium in Older Surgical Patients: A Randomized Clinical Trial. Anesthesiology. 2017 Oct; 127(4):633-644. PMID: 28727581. PMCID: PMC5605447

301. Walsh CM, Ruoff L, Walker K, Emery A, Varbel J, Karageorgiou E, Luong PN, Mance I, Heuer HW, Boxer AL, Grinberg LT, Kramer JH, Miller BL, Neylan TC. Sleepless night and day, the plight of Progressive Supranuclear Palsy. Sleep. 2017 Oct 05. PMID: 29029214

302. Schonhaut DR, McMillan CT, Spina S, Dickerson BC, Siderowf A, Devous MD, Tsai R, Winer J, Russell DS, Litvan I, Roberson ED, Seeley WW, Grinberg LT, Kramer JH, Miller BL, Pressman P, Nasrallah I, Baker SL, Gomperts SN, Johnson KA, Grossman M, Jagust WJ, Boxer AL, Rabinovici GD. (18) F-flortaucipir tau PET distinguishes established progressive supranuclear palsy from controls and Parkinson's disease: A multicenter study. Ann Neurol. 2017 Oct 05. PMID: 28980714. PMCID: PMC5665658

303. Bejanin A, Schonhaut DR, La Joie R, Kramer JH, Baker SL, Sosa N, Ayakta N, Cantwell A, Janabi M, Lauriola M, O'Neil JP, Gorno-Tempini ML, Miller ZA, Rosen HJ, Miller BL, Jagust WJ, Rabinovici GD. Tau pathology and neurodegeneration contribute to cognitive

impairment in Alzheimer's disease. Brain. 2017 Oct 07. PMID: 29053874. PMCID: PMC5841139

304. Watson CL, Possin K, Allen IE, Hubbard HI, Meyer M, Welch AE, Rabinovici GD, Rosen H, Rankin KP, Miller Z, Santos-Santos MA, Kramer JH, Miller BL, Gorno-Tempini ML. Visuospatial Functioning in the Primary Progressive Aphasias. J Int Neuropsychol Soc. 2017 Oct 17; 1-10. PMID: 29039275. PMCID: PMC5820206

305. Perry DC, Datta S, Sturm VE, Wood KA, Zakrzewski J, Seeley WW, Miller BL, Kramer JH, Rosen HJ. Reward deficits in behavioural variant frontotemporal dementia include insensitivity to negative stimuli. Brain. 2017 Dec 01; 140(12):3346-3356. PMID: 29053832. PMCID: PMC5841034

306. Perry DC, Brown JA, Possin KL, Datta S, Trujillo A, Radke A, Karydas A, Kornak J, Sias AC, Rabinovici GD, Gorno-Tempini ML, Boxer AL, De May M, Rankin KP, Sturm VE, Lee SE, Matthews BR, Kao AW, Vossel KA, Tartaglia MC, Miller ZA, Seo SW, Sidhu M, Gaus SE, Nana AL, Vargas JNS, Hwang JL, Ossenkoppele R, Brown AB, Huang EJ, Coppola G, Rosen HJ, Geschwind D, Trojanowski JQ, Grinberg LT, Kramer JH, Miller BL, Seeley WW. Clinicopathological correlations in behavioural variant frontotemporal dementia. Brain. 2017 Dec 01; 140(12):3329-3345. PMID: 29053860. PMCID: PMC5841140

307. Rojas JC, Stephens ML, Rabinovici GD, Kramer JH, Miller BL, Seeley WW. Multiproteinopathy, neurodegeneration and old age: a case study. Neurocase. 2018 Jan 06; 1-6. PMID: 29307276. PMCID: PMC5877460

308. Staffaroni AM, Tosun D, Lin J, Elahi FM, Casaletto KB, Wynn MJ, Patel N, Neuhaus J, Walters SM, Epel ES, Blackburn EH, Kramer JH. Telomere attrition is associated with declines in medial temporal lobe volume and white matter microstructure in functionally independent older adults. Neurobiol Aging. 2018 Sep; 69:68-75. PMID: 29859365. PMCID: PMC6430612

309. Weintraub S, Besser L, Dodge HH, Teylan M, Ferris S, Goldstein FC, Giordani B, Kramer J, Loewenstein D, Marson D, Mungas D, Salmon D, Welsh-Bohmer K, Zhou XH, Shirk SD, Atri A, Kukull WA, Phelps C, Morris JC. Version 3 of the Alzheimer Disease Centers' Neuropsychological Test Battery in the Uniform Data Set (UDS). Alzheimer Dis Assoc Disord. 2018 Jan-Mar; 32(1):10-17. PMID: 29240561. PMCID: PMC5821520

310. Seabury SA, Gaudette É, Goldman DP, Markowitz AJ, Brooks J, McCrea MA, Okonkwo DO, Manley GT, Adeoye O, Badjatia N, Boase K, Bodien Y, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Diaz-Arrastia R, Dikmen S, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson A, Foreman B, Gardner R, Giacino J, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Korley F, Kramer J, Kreitzer N, Levin H, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Mukherjee P, Nelson L, Noel F, Palacios E, Perl D, Puccio A, Rabinowitz M, Robertson C, Rosand J, Sander A, Satris G, Schnyer D, Sherer M, Stein M, Taylor S, Temkin N, Toga A, Valadka A, Vassar M, Vespa P, Wang K, Yue J, Yuh E, Zafonte R. Assessment of Follow-up Care After Emergency Department Presentation for Mild Traumatic Brain Injury and Concussion: Results From the TRACK-TBI Study. JAMA Netw Open. 2018 May 18; 1(1):e180210. PMID: 30646055. PMCID: PMC6324305

311. Seo SW, Thibodeau MP, Perry DC, Hua A, Sidhu M, Sible I, Vargas JNS, Gaus SE, Rabinovici GD, Rankin KD, Boxer AL, Kramer JH, Rosen HJ, Gorno-Tempini ML, Grinberg LT, Huang EJ, DeArmond SJ, Trojanowski JQ, Miller BL, Seeley WW. Early vs late age at

onset frontotemporal dementia and frontotemporal lobar degeneration. Neurology. 2018 Feb 16. PMID: 29453245. PMCID: PMC5874448

312. Hua AY, Sible IJ, Perry DC, Rankin KP, Kramer JH, Miller BL, Rosen HJ, Sturm VE. Enhanced Positive Emotional Reactivity Undermines Empathy in Behavioral Variant Frontotemporal Dementia. Front Neurol. 2018; 9:402. PMID: 29915557. PMCID: PMC5994409

313. Bodien YG, McCrea M, Dikmen S, Temkin N, Boase K, Machamer J, Taylor SR, Sherer M, Levin H, Kramer JH, Corrigan JD, McAllister TW, Whyte J, Manley GT, Giacino JT. Optimizing Outcome Assessment in Multicenter TBI Trials: Perspectives From TRACK-TBI and the TBI Endpoints Development Initiative. J Head Trauma Rehabil. 2018 Jan 30. PMID: 29385010

314. Casaletto KB, Staffaroni AM, Elahi F, Fox E, Crittenden PA, You M, Neuhaus J, Glymour M, Bettcher BM, Yaffe K, Kramer JH. Perceived Stress is Associated with Accelerated Monocyte/Macrophage Aging Trajectories in Clinically Normal Adults. Am J Geriatr Psychiatry. 2018 Sep; 26(9):952-963. PMID: 30017239. PMCID: PMC6108924

315. Winer JR, Maass A, Pressman P, Stiver J, Schonhaut DR, Baker SL, Kramer J, Rabinovici GD, Jagust WJ. Associations Between Tau, ß-Amyloid, and Cognition in Parkinson Disease. JAMA Neurol. 2018 Feb 01; 75(2):227-235. PMID: 29228071. PMCID: PMC5838622

316. Sturm VE, Brown JA, Hua AY, Lwi SJ, Zhou J, Kurth F, Eickhoff SB, Rosen HJ, Kramer JH, Miller BL, Levenson RW, Seeley WW. Network Architecture Underlying Basal Autonomic Outflow: Evidence from Frontotemporal Dementia. J Neurosci. 2018 Oct 17; 38(42):8943-8955. PMID: 30181137. PMCID: PMC6191520

317. Staffaroni AM, Brown JA, Casaletto KB, Elahi FM, Deng J, Neuhaus J, Cobigo Y, Mumford PS, Walters S, Saloner R, Karydas A, Coppola G, Rosen HJ, Miller BL, Seeley WW, Kramer JH. The Longitudinal Trajectory of Default Mode Network Connectivity in Healthy Older Adults Varies As a Function of Age and Is Associated with Changes in Episodic Memory and Processing Speed. J Neurosci. 2018 Mar 14; 38(11):2809-2817. PMID: 29440553. PMCID: PMC5852659

318. Ossenkoppele R, Rabinovici GD, Smith R, Cho H, Schöll M, Strandberg O, Palmqvist S, Mattsson N, Janelidze S, Santillo A, Ohlsson T, Jögi J, Tsai R, La Joie R, Kramer J, Boxer AL, Gorno-Tempini ML, Miller BL, Choi JY, Ryu YH, Lyoo CH, Hansson O. Discriminative Accuracy of [18F]flortaucipir Positron Emission Tomography for Alzheimer Disease vs Other Neurodegenerative Disorders. JAMA. 2018 09 18; 320(11):1151-1162. PMID: 30326496. PMCID: PMC6233630

319. Sturm VE, Sible IJ, Datta S, Hua AY, Perry DC, Kramer JH, Miller BL, Seeley WW, Rosen HJ. Resting parasympathetic dysfunction predicts prosocial helping deficits in behavioral variant frontotemporal dementia. Cortex. 2018 Dec; 109:141-155. PMID: 30317048. PMCID: PMC6261789

320. Ljubenkov PA, Staffaroni AM, Rojas JC, Allen IE, Wang P, Heuer H, Karydas A, Kornak J, Cobigo Y, Seeley WW, Grinberg LT, Spina S, Fagan AM, Jerome G, Knopman D, Boeve BF, Dickerson BC, Kramer J, Miller B, Boxer AL, Rosen HJ. Cerebrospinal fluid biomarkers predict frontotemporal dementia trajectory. Ann Clin Transl Neurol. 2018 Oct; 5(10):1250-1263. PMID: 30349860. PMCID: PMC6186942

321. Perry W, Lacritz L, Roebuck-Spencer T, Silver C, Denney RL, Meyers J, McConnel CE, Pliskin N, Adler D, Alban C, Bondi M, Braun M, Cagigas X, Daven M, Drozdick L, Foster NL, Hwang U, Ivey L, Iverson G, Kramer J, Lantz M, Latts L, Ling SM, Maria Lopez A, Malone M, Martin-Plank L, Maslow K, Melady D, Messer M, Most R, Norris MP, Shafer D, Silverberg N, Thomas CM, Thornhill L, Tsai J, Vakharia N, Waters M, Golden T. Population Health Solutions for Assessing Cognitive Impairment in Geriatric Patients. Innov Aging. 2018 Jun; 2(2):igy025. PMID: 30480142. PMCID: PMC6183165

322. Elahi FM, Casaletto KB, Altendahl M, Staffaroni AM, Fletcher E, Filshtein TJ, Glymour MM, Miller BL, Hinman JD, DeCarli C, Goetzl EJ, Kramer JH. "Liquid Biopsy" of White Matter Hyperintensity in Functionally Normal Elders. Front Aging Neurosci. 2018 Nov 9;10:343PMID: 30483114. PMCID: PMC6244607

323. Nana AL, Sidhu M, Gaus SE, Hwang JL, Li L, Park Y, Kim EJ, Pasquini L, Allen IE, Rankin KP, Toller G, Kramer JH, Geschwind DH, Coppola G, Huang EJ, Grinberg LT, Miller BL, Seeley WW. Neurons selectively targeted in frontotemporal dementia reveal early stage TDP-43 pathobiology. Acta Neuropathol. 2019 Jan; 137(1):27-46. PMID: 30511086. PMCID: PMC6339592

324. Stein MB, Jain S, Giacino JT, Levin H, Dikmen S, Nelson LD, Vassar MJ, Okonkwo DO, Diaz-Arrastia R, Robertson CS, Mukherjee P, McCrea M, Mac Donald CL, Yue JK, Yuh E, Sun X, Campbell-Sills L, Temkin N, Manley GT, Adeoye O, Badjatia N, Boase K, Bodien Y, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Diaz-Arrastia R, Dikmen S, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson A, Foreman B, Gardner R, Gaudette E, Giacino JT, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Korley F, Kramer J, Kreitzer N, Levin H, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, McCrea M, Merchant R, Mukherjee P, Nelson LD, Noel F, Okonkwo DO, Palacios E, Perl D, Puccio A, Rabinowitz M, Robertson CS, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Sherer M, Stein MB, Taylor S, Toga A, Temkin N, Valadka A, Vassar MJ, Vespa P, Wang K, Yue JK, Yuh E, Zafonte R. Risk of Posttraumatic Stress Disorder and Major Depression in Civilian Patients After Mild Traumatic Brain Injury: A TRACK-TBI Study. JAMA Psychiatry. 2019 03 01; 76(3):249-258. PMID: 30698636. PMCID: PMC6439818

325. Fredericks CA, Brown JA, Deng J, Kramer A, Ossenkoppele R, Rankin K, Kramer JH, Miller BL, Rabinovici GD, Seeley WW. Intrinsic connectivity networks in posterior cortical atrophy: A role for the pulvinar? Neuroimage Clin. 2018 Dec 03. PMID: 30528957. PMCID: PMC6411779

326. Casaletto KB, Elahi FM, Staffaroni AM, Walters S, Contreras WR, Wolf A, Dubal D, Miller B, Yaffe K, Kramer JH. Cognitive aging is not created equally: differentiating unique cognitive phenotypes in PMID: 30772736

327. Staffaroni AM, Ljubenkov PA, Kornak J, Cobigo Y, Datta S, Marx G, Walters SM, Chiang K, Olney N, Elahi FM, Knopman DS, Dickerson BC, Boeve BF, Gorno-Tempini ML, Spina S, Grinberg LT, Seeley WW, Miller BL, Kramer JH, Boxer AL, Rosen HJ. Longitudinal multimodal imaging and clinical endpoints for frontotemporal dementia clinical trials. Brain. 2019 Feb 01; 142(2):443-459. PMID: 30698757. PMCID: PMC6351779

328. Bettcher BM, Neuhaus J, Wynn MJ, Elahi FM, Casaletto KB, Saloner R, Fitch R, Karydas A, Kramer JH. Increases in a Pro-inflammatory Chemokine, MCP-1, Are Related to Decreases in Memory Over Time. Front Aging Neurosci. 2019; 11:25. PMID: 30814948. PMCID: PMC6381047

329. Toller G, Yang WFZ, Brown JA, Ranasinghe KG, Shdo SM, Kramer JH, Seeley WW, Miller BL, Rankin KP. Divergent patterns of loss of interpersonal warmth in frontotemporal dementia syndromes are predicted by altered intrinsic network connectivity. Neuroimage Clin. 2019 Feb 23; 22:101729. PMID: 30836325. PMCID: PMC6403437

330. Brunet HE, Kramer JH, Lupas GJ, Foley JM. Strategy use and verbal memory in older adults: The role of intellectual functioning and the preferential impact of semantic clustering. Clin Neuropsychol. 2020 Jan; 34(1):204-216. PMID: 30931816

331. Miyagawa T, Brushaber D, Syrjanen J, Kremers W, Fields J, Forsberg LK, Heuer HW, Knopman D, Kornak J, Boxer A, Rosen HJ, Boeve BF, Appleby B, Bordelon Y, Bove J, Brannelly P, Caso C, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrell J, Fishman A, Fong J, Foroud T, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman JS, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung R, Huey E, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Kaufer D, Kerwin D, Kraft R, Kramer J, Kukull W, Litvan I, Lucente D, Lungu C, Mackenzie I, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez MF, Miller B, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw L, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Wang P, Weintraub S, Wong B, Wszolek Z. Utility of the global CDR® plus NACC FTLD rating and development of scoring rules: Data from the ARTFL/LEFFTDS Consortium. Alzheimers Dement. 2020 01; 16(1):106-117. PMID: 31914218. PMCID: PMC7202045

332. Asken BM, Elahi FM, La Joie R, Strom A, Staffaroni AM, Lindbergh CA, Apple AC, You M, Weiner-Light S, Brathaban N, Fernandes N, Karydas A, Wang P, Rojas JC, Boxer AL, Miller BL, Rabinovici GD, Kramer JH, Casaletto KB. Plasma Glial Fibrillary Acidic Protein Levels Differ Along the Spectra of Amyloid Burden and Clinical Disease Stage. J Alzheimers Dis. 2020; 78(1):265-276. PMID: 32986672. PMCID: PMC7727314

333. Ramos EM, Dokuru DR, Van Berlo V, Wojta K, Wang Q, Huang AY, Deverasetty S, Qin Y, van Blitterswijk M, Jackson J, Appleby B, Bordelon Y, Brannelly P, Brushaber DE, Dickerson B, Dickinson S, Domoto-Reilly K, Faber K, Fields J, Fong J, Foroud T, Forsberg LK, Gavrilova R, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Heuer HW, Hsiung GR, Huey E, Irwin D, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, Kornak J, Kramer JH, Kremers W, Kukull W, Litvan I, Ljubenkov P, Lungu C, Mackenzie I, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Shaw L, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wong B, Wszolek Z, Rademakers R, Boeve BF, Rosen HJ, Boxer AL, Coppola G. Genetic screening of a large series of North American sporadic and familial frontotemporal dementia cases. Alzheimers Dement. 2020 Jan; 16(1):118-130. PMID: 31914217. PMCID: PMC7199807

334. Cotter DL, Walters SM, Fonseca C, Wolf A, Cobigo Y, Fox EC, You MY, Altendahl M, Djukic N, Staffaroni AM, Elahi FM, Kramer JH, Casaletto KB. Aging and Positive Mood: Longitudinal Neurobiological and Cognitive Correlates. Am J Geriatr Psychiatry. 2020 09; 28(9):946-956. PMID: 32527600. PMCID: PMC7484115

335. Butler PM, Chiong W, Perry DC, Miller ZA, Gennatas ED, Brown JA, Pasquini L, Karydas A, Dokuru D, Coppola G, Sturm VE, Boxer AL, Gorno-Tempini ML, Rosen HJ, Kramer JH, Miller BL, Seeley WW. Dopamine receptor D4 (DRD4) polymorphisms with reduced

functional potency intensify atrophy in syndrome-specific sites of frontotemporal dementia. Neuroimage Clin. 2019; 23:101822. PMID: 31003069. PMCID: PMC6475809

336. Naasan G, Shany-Ur T, Sidhu M, Barton C, Ketelle R, Shdo SM, Kramer JH, Miller BL, Seeley WW. Corticobasal syndrome with visual hallucinations and probable REM-sleep behavior disorder: an autopsied case report of a patient with CBD and LBD pathology. Neurocase. 2019 Feb - Apr; 25(1-2):26-33. PMID: 31006355. PMCID: PMC7059557

337. Alioto AG, Mumford P, Wolf A, Casaletto KB, Erlhoff S, Moskowitz T, Kramer JH, Rankin KP, Possin KL. White Matter Correlates of Cognitive Performance on the UCSF Brain Health Assessment. J Int Neuropsychol Soc. 2019 Jul; 25(6):654-658. PMID: 31023399. PMCID: PMC6620143

338. Ossenkoppele R, Iaccarino L, Schonhaut DR, Brown JA, La Joie R, O'Neil JP, Janabi M, Baker SL, Kramer JH, Gorno-Tempini ML, Miller BL, Rosen HJ, Seeley WW, Jagust WJ, Rabinovici GD. Tau covariance patterns in Alzheimer's disease patients match intrinsic connectivity networks in the healthy brain. Neuroimage Clin. 2019; 23:101848. PMID: 31077982. PMCID: PMC6510968

339. Lebares CC, Guvva EV, Olaru M, Sugrue LP, Staffaroni AM, Delucchi KL, Kramer JH, Ascher NL, Harris HW. Efficacy of Mindfulness-Based Cognitive Training in Surgery: Additional Analysis of the Mindful Surgeon Pilot Randomized Clinical Trial. JAMA Netw Open. 2019 05 03; 2(5):e194108. PMID: 31125095. PMCID: PMC6632137

340. Staffaroni AM, Kramer AO, Casey M, Kang H, Rojas JC, Orrú CD, Caughey B, Allen IE, Kramer JH, Rosen HJ, Blennow K, Zetterberg H, Geschwind MD. Association of Blood and Cerebrospinal Fluid Tau Level and Other Biomarkers With Survival Time in Sporadic Creutzfeldt-Jakob Disease. JAMA Neurol. 2019 May 06. PMID: 31058916. PMCID: PMC6503575

341. Staffaroni AM, Cobigo Y, Elahi FM, Casaletto KB, Walters SM, Wolf A, Lindbergh CA, Rosen HJ, Kramer JH. A longitudinal characterization of perfusion in the aging brain and associations with cognition and neural structure. Hum Brain Mapp. 2019 08 15; 40(12):3522-3533. PMID: 31062904. PMCID: PMC6693488

342. Perry DC, Datta S, Miller ZA, Rankin KP, Gorno-Tempini ML, Kramer JH, Rosen HJ, Seeley WW, Miller BL. Factors that predict diagnostic stability in neurodegenerative dementia. J Neurol. 2019 Aug; 266(8):1998-2009. PMID: 31102021. PMCID: PMC6641991

343. Nelson LD, Temkin NR, Dikmen S, Barber J, Giacino JT, Yuh E, Levin HS, McCrea MA, Stein MB, Mukherjee P, Okonkwo DO, Diaz-Arrastia R, Manley GT, Adeoye O, Badjatia N, Boase K, Bodien Y, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson A, Foreman B, Gardner R, Gaudette E, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Korley F, Kramer J, Kreitzer N, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Noel F, Palacios E, Perl D, Puccio A, Rabinowitz M, Robertson CS, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Sherer M, Taylor S, Toga A, Valadka A, Vassar MJ, Vespa P, Wang K, Yue JK, Zafonte R. Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers: A Transforming Research and Clinical Knowledge in Traumatic Brain Injury (TRACK-TBI) Study. JAMA Neurol. 2019 Jun 03. PMID: 31157856. PMCID: PMC6547159

344. Butler PM, Barash JA, Casaletto KB, Cotter DL, La Joie R, Geschwind MD, Rosen HJ, Kramer JH, Miller BL. An Opioid-Related Amnestic Syndrome With Persistent Effects on

Hippocampal Structure and Function. J Neuropsychiatry Clin Neurosci. 2019 Fall; 31(4):392-396. PMID: 31177905

345. Petersen C, Nolan AL, de Paula França Resende E, Miller Z, Ehrenberg AJ, Gorno-Tempini ML, Rosen HJ, Kramer JH, Spina S, Rabinovici GD, Miller BL, Seeley WW, Heinsen H, Grinberg LT. Alzheimer's disease clinical variants show distinct regional patterns of neurofibrillary tangle accumulation. Acta Neuropathol. 2019 10; 138(4):597-612. PMID: 31250152. PMCID: PMC7012374

346. Spina S, Brown JA, Deng J, Gardner RC, Nana AL, Hwang JL, Gaus SE, Huang EJ, Kramer JH, Rosen HJ, Kornak J, Neuhaus J, Miller BL, Grinberg LT, Boxer AL, Seeley WW. Neuropathological correlates of structural and functional imaging biomarkers in 4-repeat tauopathies. Brain. 2019 Jul 01; 142(7):2068-2081. PMID: 31081015. PMCID: PMC6598736

347. Fan J, Tse M, Carr JS, Miller BL, Kramer JH, Rosen HJ, Bonham LW, Yokoyama JS. Alzheimer Disease-associated Cortical Atrophy Does not Differ Between Chinese and Whites. Alzheimer Dis Assoc Disord. 2019 Jul-Sep; 33(3):186-193. PMID: 31094707. PMCID: PMC6527333

348. Kramer AO, Casaletto KB, Umlauf A, Staffaroni AM, Fox E, You M, Kramer JH. Robust normative standards for the California Verbal Learning Test (CVLT) ages 60-89: A tool for early detection of memory impairment. Clin Neuropsychol. 2020 Feb; 34(2):384-405. PMID: 31322042

349. Shdo SM, Ranasinghe KG, Sturm VE, Possin KL, Bettcher BM, Stephens ML, Foley JM, You SC, Rosen HJ, Miller BL, Kramer JH, Rankin KP. Depressive Symptom Profiles Predict Specific Neurodegenerative Disease Syndromes in Early Stages. Front Neurol. 2020; 11:446. PMID: 32547476. PMCID: PMC7273507

350. Dorsman KA, Weiner-Light S, Staffaroni AM, Brown JA, Wolf A, Cobigo Y, Walters S, Kramer JH, Casaletto KB. Get Moving! Increases in Physical Activity Are Associated With Increasing Functional Connectivity Trajectories in Typically Aging Adults. Front Aging Neurosci. 2020; 12:104. PMID: 32410981. PMCID: PMC7198911

351. Tsoy E, Erlhoff SJ, Goode CA, Dorsman KA, Kanjanapong S, Lindbergh CA, La Joie R, Strom A, Rabinovici GD, Lanata SC, Miller BL, Tomaszewski Farias SE, Kramer JH, Rankin KP, Possin KL. BHA-CS: A novel cognitive composite for Alzheimer's disease and related disorders. Alzheimers Dement (Amst). 2020; 12(1):e12042. PMID: 32582835. PMCID: PMC7306517

352. Chen Q, Boeve BF, Schwarz CG, Reid R, Tosakulwong N, Lesnick TG, Bove J, Brannelly P, Brushaber D, Coppola G, Dheel C, Dickerson BC, Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova RH, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford NR, Grossman M, Haley D, Heuer HW, Hsiung GR, Huey E, Irwin DJ, Jack CR, Jones DT, Jones L, Karydas AM, Knopman DS, Kornak J, Kramer J, Kremers W, Kukull WA, Lapid M, Lucente D, Lungu C, Mackenzie IRA, Manoochehri M, McGinnis S, Miller BL, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Rascovsky K, Sengdy P, Shaw L, Syrjanen J, Tatton N, Taylor J, Toga AW, Trojanowski J, Weintraub S, Wong B, Boxer AL, Rosen H, Wszolek Z, Kantarci K. Tracking white matter degeneration in asymptomatic and symptomatic MAPT mutation carriers. Neurobiol Aging. 2019 11; 83:54-62. PMID: 31585367. PMCID: PMC6858933

353. Ljubenkov PA, Miller Z, Mumford P, Zhang J, Allen IE, Mitic L, Staffaroni A, Heuer H, Rojas JC, Cobigo Y, Karydas A, Pearlman R, Miller B, Kramer JH, McGrath MS, Rosen HJ, Boxer AL. Peripheral Innate Immune Activation Correlates With Disease Severity in GRN Haploinsufficiency. Front Neurol. 2019; 10:1004. PMID: 31620075. PMCID: PMC6759464

354. Kim EJ, Hwang JL, Gaus SE, Nana AL, Deng J, Brown JA, Spina S, Lee MJ, Ramos EM, Grinberg LT, Kramer JH, Boxer AL, Gorno-Tempini ML, Rosen HJ, Miller BL, Seeley WW. Evidence of corticofugal tau spreading in patients with frontotemporal dementia. Acta Neuropathol. 2020 Jan; 139(1):27-43. PMID: 31542807. PMCID: PMC7012377

355. Lebares CC, Coaston TN, Delucchi KL, Guvva EV, Shen WT, Staffaroni AM, Kramer JH, Epel ES, Hecht FM, Ascher NL, Harris HW, Cole SW. Enhanced Stress Resilience Training in Surgeons: Iterative Adaptation and Biopsychosocial Effects in 2 Small Randomized Trials. Ann Surg. 2020 Jul 08. PMID: 32773637. PMCID: PMC7863698

356. Brown CL, Hua AY, De Coster L, Sturm VE, Kramer JH, Rosen HJ, Miller BL, Levenson RW. Comparing two facets of emotion perception across multiple Neurodegenerative Diseases. Soc Cogn Affect Neurosci. 2020 May 04. PMID: 32363385

357. Altendahl M, Cotter DL, Staffaroni AM, Wolf A, Mumford P, Cobigo Y, Casaletto K, Elahi F, Ruoff L, Javed S, Bettcher BM, Fox E, You M, Saloner R, Neylan TC, Kramer JH, Walsh CM. REM sleep is associated with white matter integrity in cognitively healthy, older adults. PLoS One. 2020; 15(7):e0235395. PMID: 32645032. PMCID: PMC7347149

358. Lindbergh CA, Casaletto KB, Staffaroni AM, Elahi F, Walters SM, You M, Neuhaus J, Rivera Contreras W, Wang P, Karydas A, Brown J, Wolf A, Rosen H, Cobigo Y, Kramer JH. Systemic Tumor Necrosis Factor-Alpha Trajectories Relate to Brain Health in Typically Aging Older Adults. J Gerontol A Biol Sci Med Sci. 2019 Sep 24. PMID: 31549145

359. Ayer AH, Wojta K, Ramos EM, Dokuru D, Chen JA, Karydas AM, Papatriantafyllou JD, Agiomyrgiannakis D, Kamtsadeli V, Tsinia N, Sali D, Gylys KH, Agosta F, Filippi M, Small GW, Bennett DA, Gearing M, Juncos JL, Kramer J, Lee SE, Yokoyama JS, Mendez MF, Chui H, Zarow C, Ringman JM, Kilic U, Babacan-Yildiz G, Levey A, DeCarli CS, Cotman CW, Boxer AL, Miller BL, Coppola G. Frequency of the TREM2 R47H Variant in Various Neurodegenerative Disorders. Alzheimer Dis Assoc Disord. 2019 Oct-Dec; 33(4):327-330. PMID: 31513029. PMCID: PMC7050643

360. Brown JA, Deng J, Neuhaus J, Sible IJ, Sias AC, Lee SE, Kornak J, Marx GA, Karydas AM, Spina S, Grinberg LT, Coppola G, Geschwind DH, Kramer JH, Gorno-Tempini ML, Miller BL, Rosen HJ, Seeley WW. Patient-Tailored, Connectivity-Based Forecasts of Spreading Brain Atrophy. Neuron. 2019 Dec 04; 104(5):856-868.e5. PMID: 31623919. PMCID: PMC7012373

361. Lesman-Segev OH, La Joie R, Stephens ML, Sonni I, Tsai R, Bourakova V, Visani AV, Edwards L, O'Neil JP, Baker SL, Gardner RC, Janabi M, Chaudhary K, Perry DC, Kramer JH, Miller BL, Jagust WJ, Rabinovici GD. Tau PET and multimodal brain imaging in patients at risk for chronic traumatic encephalopathy. Neuroimage Clin. 2019; 24:102025. PMID: 31670152. PMCID: PMC6831941

362. Beagle AJ, Zahir A, Borzello M, Kayser AS, Hsu M, Miller BL, Kramer JH, Chiong W. Amount and delay insensitivity during intertemporal choice in three neurodegenerative diseases reflects dorsomedial prefrontal atrophy. Cortex. 2019 Oct 31; 124:54-65. PMID: 31837518. PMCID: PMC7060812

363. Bernstein A, Rogers KM, Possin KL, Steele NZR, Ritchie CS, Kramer JH, Geschwind M, Higgins JJ, Wohlgemuth J, Pesano R, Miller BL, Rankin KP. Dementia assessment and management in primary care settings: a survey of current provider practices in the United States. BMC Health Serv Res. 2019 Nov 29; 19(1):919. PMID: 31783848. PMCID: PMC6884754

364. Pasquini L, Toller G, Staffaroni A, Brown JA, Deng J, Lee A, Kurcyus K, Shdo SM, Allen I, Sturm VE, Cobigo Y, Borghesani V, Battistella G, Gorno-Tempini ML, Rankin KP, Kramer J, Rosen HH, Miller BL, Seeley WW. State and trait characteristics of anterior insula time-varying functional connectivity. Neuroimage. 2020 Mar; 208:116425. PMID: 31805382

365. Horowitz AM, Fan X, Bieri G, Smith LK, Sanchez-Diaz CI, Schroer AB, Gontier G, Casaletto KB, Kramer JH, Williams KE, Villeda SA. Blood factors transfer beneficial effects of exercise on neurogenesis and cognition to the aged brain. Science. 2020 07 10; 369(6500):167-173. PMID: 32646997. PMCID: PMC7879650

366. Toller G, Ranasinghe K, Cobigo Y, Staffaroni A, Appleby B, Brushaber D, Coppola G, Dickerson B, Domoto-Reilly K, Fields J, Fong J, Forsberg L, Ghoshal N, Graff-Radford N, Grossman M, Heuer H, Hsiung GY, Irwin D, Kantarci K, Kaufer D, Kerwin D, Knopman D, Kornak J, Kramer J, Litvan I, Mackenzie I, Mendez M, Miller B, Rademakers R, Ramos E, Rascovsky K, Roberson E, Syrjanen J, Tartaglia C, Weintraub S, Boeve B, Boxer A, Rosen H, Rankin K. Revised Self-Monitoring Scale: A potential endpoint for frontotemporal dementia clinical trials. Neurology. 2020 May 05. PMID: 32371446

367. Gentry MT, Lapid MI, Syrjanen J, Calvert K, Hughes S, Brushaber D, Kremers W, Bove J, Brannelly P, Coppola G, Dheel C, Dickerson B, Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova R, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grossman M, Haley D, Heuer H, Hsiung GY, Huey E, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Knopman D, Kornak J, Kramer J, Kukull W, Lucente D, Lungu C, Mackenzie I, Manoochehri M, McGinnis S, Miller B, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Sengdy P, Shaw L, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boeve BF, Boxer A, Rosen H. Quality of life and caregiver burden in familial frontotemporal lobar degeneration: Analyses of symptomatic and asymptomatic individuals within the LEFFTDS cohort. Alzheimers Dement. 2020 08; 16(8):1115-1124. PMID: 32656921. PMCID: PMC7534513

368. Kornak J, Fields J, Kremers W, Farmer S, Heuer HW, Forsberg L, Brushaber D, Rindels A, Dodge H, Weintraub S, Besser L, Appleby B, Bordelon Y, Bove J, Brannelly P, Caso C, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fishman A, Fong J, Foroud T, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant IM, Grossman M, Haley D, Hsiao J, Hsiung R, Huey ED, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, Kraft R, Kramer J, Kukull W, Lapid M, Litvan I, Ljubenkov P, Lucente D, Lungu C, Mackenzie I, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez M, Miller B, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Roberson ED, Rogalski-Miller E, Sengdy P, Shaw L, Staffaroni AM, Sutherland M, Syrjanen J, Tartaglia C, Tatton N, Taylor J, Toga A, Trojanowski J, Wang P, Wong B, Wszolek Z, Boeve B, Boxer A, Rosen H. Nonlinear Z-score modeling for improved detection of cognitive abnormality. Alzheimers Dement (Amst). 2019 Dec; 11:797-808. PMID: 31872042. PMCID: PMC6911910

369. Elahi FM, Casaletto KB, La Joie R, Walters SM, Harvey D, Wolf A, Edwards L, Rivera-Contreras W, Karydas A, Cobigo Y, Rosen HJ, DeCarli C, Miller BL, Rabinovici GD, Kramer JH. Plasma biomarkers of astrocytic and neuronal dysfunction in early- and late-onset Alzheimer's disease. Alzheimers Dement. 2019 Dec 23. PMID: 31879236

370. Heuer HW, Wang P, Rascovsky K, Wolf A, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber DE, Caso C, Coppola G, Dickerson B, Dickinson S, Domoto-Reilly K, Faber K, Ferrall J, Fields J, Fishman A, Fong J, Foroud T, Forsberg LK, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung GY, Huey E, Irwin D, Jones D, Kantarci K, Karydas A, Kaufer D, Kerwin D, Knopman D, Kornak J, Kramer JH, Kraft R, Kremers WK, Kukull W, Litvan I, Ljubenkov P, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis S, McKinley E, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Roberson ED, Rogalski E, Sengdy P, Shaw L, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boeve BF, Rosen HJ, Boxer AL. Comparison of sporadic and familial behavioral variant frontotemporal dementia (FTD) in a North American cohort. Alzheimers Dement. 2020 Jan; 16(1):60-70. PMID: 31914226

371. Sundaram SE, Staffaroni AM, Walker NC, Casaletto KB, Casey M, Golubjatnikov A, Metcalf S, O'Leary K, Wong K, Benisano K, Forner S, Gonzalez Catalan M, Allen IE, Rosen HJ, Kramer JH, Geschwind MD. Baseline neuropsychological profiles in prion disease predict survival time. Ann Clin Transl Neurol. 2020 09; 7(9):1535-1545. PMID: 33314770. PMCID: PMC7480924

372. Casaletto KB, Lindbergh C, Memel M, Staffaroni A, Elahi F, Weiner-Light S, You M, Fonseca C, Karydas A, Jacobs E, Dubal DB, Yaffe K, Kramer JH. Sexual dimorphism of physical activity on cognitive aging: Role of immune functioning. Brain Behav Immun. 2020 May 06. PMID: 32387511

373. Sturm VE, Datta S, Roy ARK, Sible IJ, Kosik EL, Veziris CR, Chow TE, Morris NA, Neuhaus J, Kramer JH, Miller BL, Holley SR, Keltner D. Big smile, small self: Awe walks promote prosocial positive emotions in older adults. Emotion. 2020 Sep 21. PMID: 32955293. PMCID: PMC8034841

374. Staffaroni AM, Bajorek L, Casaletto KB, Cobigo Y, Goh SM, Wolf A, Heuer HW, Elahi FM, Ljubenkov PA, Dever R, Kornak J, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dheel C, Dickerson BC, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fields JA, Fishman A, Fong J, Foroud T, Forsberg LK, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Hsiung GY, Huey ED, Irwin DJ, Jones DT, Jones L, Kantarci K, Karydas A, Kaufer DI, Kerwin DR, Knopman DS, Kraft R, Kremers WK, Kukull WA, Litvan I, Lucente D, Lungu C, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley E, Mendez MF, Miller BL, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wang P, Wong B, Wszolek Z, Boxer AL, Boeve BF, Kramer JH, Rosen HJ. Assessment of executive function declines in presymptomatic and mildly symptomatic familial frontotemporal dementia: NIH-EXAMINER as a potential clinical trial endpoint. Alzheimers Dement. 2020 Jan; 16(1):11-21. PMID: 31914230. PMCID: PMC6842665

375. Staffaroni AM, Goh SM, Cobigo Y, Ong E, Lee SE, Casaletto KB, Wolf A, Forsberg LK, Ghoshal N, Graff-Radford NR, Grossman M, Heuer HW, Hsiung GR, Kantarci K, Knopman DS, Kremers WK, Mackenzie IR, Miller BL, Pedraza O, Rascovsky K, Tartaglia MC, Wszolek ZK, Kramer JH, Kornak J, Boeve BF, Boxer AL, Rosen HJ. Rates of Brain Atrophy Across Disease Stages in Familial Frontotemporal Dementia Associated With MAPT, GRN, and C9orf72 Pathogenic Variants. JAMA Netw Open. 2020 10 01; 3(10):e2022847. PMID: 33112398. PMCID: PMC7593814

376. Pasquini L, Nana AL, Toller G, Brown JA, Deng J, Staffaroni A, Kim EJ, Hwang JL, Li L, Park Y, Gaus SE, Allen I, Sturm VE, Spina S, Grinberg LT, Rankin KP, Kramer JH, Rosen HJ, Miller BL, Seeley WW. Salience Network Atrophy Links Neuron Type-Specific Pathobiology to Loss of Empathy in Frontotemporal Dementia. Cereb Cortex. 2020 Jun 05. PMID: 32500143

377. Lindbergh CA, Casaletto KB, Staffaroni AM, La Joie R, Iaccarino L, Edwards L, Tsoy E, Elahi F, Walters SM, Cotter D, You M, Apple AC, Asken B, Neuhaus J, Rexach JE, Wojta KJ, Rabinovici G, Kramer JH. Sex-related differences in the relationship between ß-amyloid and cognitive trajectories in older adults. Neuropsychology. 2020 Nov; 34(8):835-850. PMID: 33030915. PMCID: PMC7839841

378. Casaletto KB, Staffaroni AM, Wolf A, Appleby B, Brushaber D, Coppola G, Dickerson B, Domoto-Reilly K, Elahi FM, Fields J, Fong JC, Forsberg L, Ghoshal N, Graff-Radford N, Grossman M, Heuer HW, Hsiung GY, Huey ED, Irwin D, Kantarci K, Kaufer D, Kerwin D, Knopman D, Kornak J, Kramer JH, Litvan I, Mackenzie IR, Mendez M, Miller B, Rademakers R, Ramos EM, Rascovsky K, Roberson ED, Syrjanen JA, Tartaglia MC, Weintraub S, Boeve B, Boxer AL, Rosen H, Yaffe K. Active lifestyles moderate clinical outcomes in autosomal dominant frontotemporal degeneration. Alzheimers Dement. 2020 Jan; 16(1):91-105. PMID: 31914227. PMCID: PMC6953618

379. Lindbergh CA, Walker N, La Joie R, Weiner-Light S, Staffaroni AM, Casaletto KB, Elahi F, Walters SM, You M, Cotter D, Asken B, Apple AC, Tsoy E, Neuhaus J, Fonseca C, Wolf A, Cobigo Y, Rosen H, Kramer JH. Worth the Wait: Delayed Recall after 1 Week Predicts Cognitive and Medial Temporal Lobe Trajectories in Older Adults. J Int Neuropsychol Soc. 2020 Oct 14; 1-7. PMID: 33050976. PMCID: PMC8026481

380. Ossenkoppele R, Lyoo CH, Sudre CH, van Westen D, Cho H, Ryu YH, Choi JY, Smith R, Strandberg O, Palmqvist S, Westman E, Tsai R, Kramer J, Boxer AL, Gorno-Tempini ML, La Joie R, Miller BL, Rabinovici GD, Hansson O. Distinct tau PET patterns in atrophy-defined subtypes of Alzheimer's disease. Alzheimers Dement. 2020 Feb; 16(2):335-344. PMID: 31672482. PMCID: PMC7012375

381. Illán-Gala I, Lleo A, Karydas A, Staffaroni AM, Zetterberg H, Sivasankaran R, Grinberg LT, Spina S, Kramer J, Ramos EM, Coppola G, La Joie R, Rabinovici GD, Perry DC, Gorno-Tempini ML, Seeley W, Miller BL, Rosen HJ, Blennow K, Boxer AL, Rojas JC. Plasma tau and neurofilament light in frontotemporal lobar degeneration and Alzheimer's disease. Neurology. 2020 Nov 16. PMID: 33199433. PMCID: PMC7884995

382. Boeve B, Bove J, Brannelly P, Brushaber D, Coppola G, Dever R, Dheel C, Dickerson B, Dickinson S, Faber K, Fields J, Fong J, Foroud T, Forsberg L, Gavrilova R, Gearhart D, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grossman M, Haley D, Heuer H, Hsiung GR, Huey E, Irwin D, Jones D, Jones L, Kantarci K, Karydas A, Knopman D, Kornak J, Kraft R, Kramer J, Kremers W, Kukull M, Lapid M, Lucente D, Mackenzie I, Manoochehri M, McGinnis S, Miller B, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin K, Rascovsky K, Sengdy P, Shaw L, Syrjanen J, Tatton N, Taylor J,

Toga A, Trojanowski J, Weintraub S, Wong B, Wszolek Z, Boxer A, Rosen H. The longitudinal evaluation of familial frontotemporal dementia subjects protocol: Framework and methodology. Alzheimers Dement. 2020 Jan; 16(1):22-36. PMID: 31636026. PMCID: PMC6949411

383. Staffaroni AM, Asken BM, Casaletto KB, Fonseca C, You M, Rosen HJ, Boxer AL, Elahi FM, Kornak J, Mungas D, Kramer JH. Development and validation of the Uniform Data Set (v3.0) executive function composite score (UDS3-EF). Alzheimers Dement. 2020 Nov 20. PMID: 33215852. PMCID: PMC8044003

384. Staffaroni AM, Cobigo Y, Goh SM, Kornak J, Bajorek L, Chiang K, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dever R, Dheel C, Dickerson BC, Dickinson S, Dominguez S, Domoto-Reilly K, Faber K, Ferrall J, Fields JA, Fishman A, Fong J, Foroud T, Forsberg LK, Gavrilova R, Gearhart D, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford N, Grant I, Grossman M, Haley D, Heuer HW, Hsiung GY, Huey ED, Irwin DJ, Jones DT, Jones L, Kantarci K, Karydas A, Kaufer DI, Kerwin DR, Knopman DS, Kraft R, Kramer JH, Kremers WK, Kukull WA, Litvan I, Ljubenkov PA, Lucente D, Lungu C, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley E, Mendez MF, Miller BL, Multani N, Onyike C, Padmanabhan J, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Rascovsky K, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wang P, Wong B, Wszolek Z, Boxer AL, Boeve BF, Rosen HJ. Individualized atrophy scores predict dementia onset in familial frontotemporal lobar degeneration. Alzheimers Dement. 2020 Jan; 16(1):37-48. PMID: 31272932. PMCID: PMC6938544

385. Dodge HH, Goldstein FC, Wakim NI, Gefen T, Teylan M, Chan KCG, Kukull WA, Barnes LL, Giordani B, Hughes TM, Kramer JH, Loewenstein DA, Marson DC, Mungas DM, Mattek N, Sachs BC, Salmon DP, Willis-Parker M, Welsh-Bohmer KA, Wild KV, Morris JC, Weintraub S. Differentiating among stages of cognitive impairment in aging: Version 3 of the Uniform Data Set (UDS) neuropsychological test battery and MoCA index scores. Alzheimers Dement (N Y). 2020; 6(1):e12103. PMID: 33283037. PMCID: PMC7683960

386. Olney NT, Ong E, Goh SM, Bajorek L, Dever R, Staffaroni AM, Cobigo Y, Bock M, Chiang K, Ljubenkov P, Kornak J, Heuer HW, Wang P, Rascovsky K, Wolf A, Appleby B, Bove J, Bordelon Y, Brannelly P, Brushaber D, Caso C, Coppola G, Dickerson BC, Dickinson S, Domoto-Reilly K, Faber K, Ferrall J, Fields J, Fishman A, Fong J, Foroud T, Forsberg LK, Gearhart DJ, Ghazanfari B, Ghoshal N, Goldman J, Graff-Radford J, Graff-Radford NR, Grant I, Grossman M, Haley D, Hsiung G, Huey ED, Irwin DJ, Jones DT, Kantarci K, Karydas AM, Kaufer D, Kerwin D, Knopman DS, Kramer JH, Kraft R, Kremers W, Kukull W, Lapid MI, Litvan I, Mackenzie IR, Maldonado M, Manoochehri M, McGinnis SM, McKinley EC, Mendez MF, Miller BL, Onyike C, Pantelyat A, Pearlman R, Petrucelli L, Potter M, Rademakers R, Ramos EM, Rankin KP, Roberson ED, Rogalski E, Sengdy P, Shaw LM, Syrjanen J, Tartaglia MC, Tatton N, Taylor J, Toga A, Trojanowski JQ, Weintraub S, Wong B, Wszolek Z, Boxer AL, Boeve BF, Rosen HJ. Clinical and volumetric changes with increasing functional impairment in familial frontotemporal lobar degeneration. Alzheimers Dement. 2020 Jan; 16(1):49-59. PMID: 31784375. PMCID: PMC6988137

387. Chu SA, Flagan TM, Staffaroni AM, Jiskoot LC, Deng J, Spina S, Zhang L, Sturm VE, Yokoyama JS, Seeley WW, Papma JM, Geschwind DH, Rosen HJ, Boeve BF, Boxer AL, Heuer HW, Forsberg LK, Brushaber DE, Grossman M, Coppola G, Dickerson BC, Bordelon YM, Faber K, Feldman HH, Fields JA, Fong JC, Foroud T, Gavrilova RH,

Ghoshal N, Graff-Radford NR, Hsiung GR, Huey ED, Irwin DJ, Kantarci K, Kaufer DI, Karydas AM, Knopman DS, Kornak J, Kramer JH, Kukull WA, Lapid MI, Litvan I, Mackenzie IRA, Mendez MF, Miller BL, Onyike CU, Pantelyat AY, Rademakers R, Marisa Ramos E, Roberson ED, Carmela Tartaglia M, Tatton NA, Toga AW, Vetor A, Weintraub S, Wong B, Wszolek ZK. Brain volumetric deficits in MAPT mutation carriers: a multisite study. Ann Clin Transl Neurol. 2020 Nov 28. PMID: 33247623. PMCID: PMC7818091

388. DeVaughn S, Casaletto KB, Staffaroni AM, Wolf AA, Marx G, Kramer JH. Differential cognitive substrates of verbal episodic memory performance in semantic variant primary progressive aphasia and Alzheimer's disease. J Neuropsychol. 2020 Jan 10. PMID: 31922650

389. Soleimani-Meigooni DN, Iaccarino L, La Joie R, Baker S, Bourakova V, Boxer AL, Edwards L, Eser R, Gorno-Tempini ML, Jagust WJ, Janabi M, Kramer JH, Lesman-Segev OH, Mellinger T, Miller BL, Pham J, Rosen HJ, Spina S, Seeley WW, Strom A, Grinberg LT, Rabinovici GD. 18F-flortaucipir PET to autopsy comparisons in Alzheimer's disease and other neurodegenerative diseases. Brain. 2020 Dec 05; 143(11):3477-3494. PMID: 33141172. PMCID: PMC7719031

390. Wojta KJ, Ayer AH, Ramos EM, Nguyen PD, Karydas AM, Yokoyama JS, Kramer J, Lee SE, Boxer A, Miller BL, Coppola G. Lack of Association Between the CCR5-delta32 Polymorphism and Neurodegenerative Disorders. Alzheimer Dis Assoc Disord. 2020 Jan 17. PMID: 31972607

391. Multimodal MRI staging for tracking progression and clinical-imaging correlation in sporadic Creutzfeldt-Jakob disease. Neuroimage Clin. 2020 Dec 11; 30:102523. PMID: 33636540. PMCID: PMC7906895

392. Altendahl M, Maillard P, Harvey D, Cotter D, Walters S, Wolf A, Singh B, Kakarla V, Azizkhanian I, Sheth SA, Xiao G, Fox E, You M, Leng M, Elashoff D, Kramer JH, Decarli C, Elahi F, Hinman JD. An IL-18-centered inflammatory network as a biomarker for cerebral white matter injury. PLoS One. 2020; 15(1):e0227835. PMID: 31978079. PMCID: PMC6980497

393. Llibre-Guerra JJ, Lee SE, Suemoto CK, Ehrenberg AJ, Kovacs GG, Karydas A, Staffaroni A, De Paula Franca Resende E, Kim EJ, Hwang JH, Ramos EM, Wojta KJ, Pasquini L, Pang SY, Spina S, Allen IE, Kramer J, Miller BL, Seeley WW, Grinberg LT. A novel temporal-predominant neuro-astroglial tauopathy associated with TMEM106B gene polymorphism in FTLD/ALS-TDP. Brain Pathol. 2020 Dec 12; e12924. PMID: 33314436. PMCID: PMC7946775

394. Resende EPF, Nolan AL, Petersen C, Ehrenberg AJ, Spina S, Allen IE, Rosen HJ, Kramer J, Miller BL, Seeley WW, Gorno-Tempini ML, Miller Z, Grinberg LT. Language and spatial dysfunction in Alzheimer disease with white matter thorn-shaped astrocytes: Astrocytic tau, cognitive function, and Alzheimer disease. Neurology. 2020 Jan 30. PMID: 32001514

395. Casaletto KB, Rentería MA, Pa J, Tom SE, Harrati A, Armstrong NM, Rajan KB, Mungas D, Walters S, Kramer J, Zahodne LB. Late-Life Physical and Cognitive Activities Independently Contribute to Brain and Cognitive Resilience. J Alzheimers Dis. 2020 Feb 05. PMID: 32039854

396. Gardner RC, Rivera E, O'Grady M, Doherty C, Yaffe K, Corrigan J, Bogner J, Kramer J, Wilson F. Screening for Lifetime History of Traumatic Brain Injury Among Older American

and Irish Adults at Risk for Dementia: Development and Validation of a Web-Based Survey. J Alzheimers Dis. 2020 Feb 10. PMID: 32065793

397. Ossenkoppele R, Lyoo CH, Jester-Broms J, Sudre CH, Cho H, Ryu YH, Choi JY, Smith R, Strandberg O, Palmqvist S, Kramer J, Boxer AL, Gorno-Tempini ML, Miller BL, La Joie R, Rabinovici GD, Hansson O. Assessment of Demographic, Genetic, and Imaging Variables Associated With Brain Resilience and Cognitive Resilience to Pathological Tau in Patients With Alzheimer Disease. JAMA Neurol. 2020 Feb 24. PMID: 32091549. PMCID: PMC7042808

398. Thijssen EH, La Joie R, Wolf A, Strom A, Wang P, Iaccarino L, Bourakova V, Cobigo Y, Heuer H, Spina S, VandeVrede L, Chai X, Proctor NK, Airey DC, Shcherbinin S, Duggan Evans C, Sims JR, Zetterberg H, Blennow K, Karydas AM, Teunissen CE, Kramer JH, Grinberg LT, Seeley WW, Rosen H, Boeve BF, Miller BL, Rabinovici GD, Dage JL, Rojas JC, Boxer AL. Diagnostic value of plasma phosphorylated tau181 in Alzheimer's disease and frontotemporal lobar degeneration. Nat Med. 2020 Mar; 26(3):387-397. PMID: 32123386. PMCID: PMC7101073

399. Abner EL, Elahi FM, Jicha GA, Mustapic M, Al-Janabi O, Kramer JH, Kapogiannis D, Goetzl EJ. Endothelial-derived plasma exosome proteins in Alzheimer's disease angiopathy. FASEB J. 2020 Mar 10. PMID: 32157747

400. Rodríguez-Salgado AM, Llibre-Guerra JJ, Tsoy E, Ibis Peñalver-Guia A, Bringas G, Erlhoff SJ, Kramer JH, Allen IE, Valcour V, Miller BL, Llibre-Rodríguez JJ, Possin KL. A Brief Digital Cognitive Assessment for Detection of Cognitive Impairment in Cuban Older Adults. J Alzheimers Dis. 2021; 79(1):85-94. PMID: 33216033

401. Toller G, Zitser J, Sukhanov P, Grant H, Miller BL, Kramer JH, Rosen HJ, Rankin KP, Grinberg LT. Clinical, neuroimaging, and neuropathological characterization of a patient with Alzheimer's disease syndrome due to Pick's pathology. Neurocase. 2021 Aug 17; 1-10. PMID: 34402746

402. Brett BL, Kramer MD, Whyte J, McCrea MA, Stein MB, Giacino JT, Sherer M, Markowitz AJ, Manley GT, Nelson LD, TRACK-TBI Investigators , Adeoye O, Badjatia N, Boase K, Barber J, Bodien Y, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Diaz-Arrastia R, Dikmen S, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson AR, Foreman B, Gardner R, Gaudette E, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Keene CD, Korley FK, Kramer J, Kreitzer N, Levin H, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Mukherjee P, Ngwenya LB, Noel F, Okonkwo D, Palacios E, Puccio A, Rabinowitz M, Robertson C, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Taylor S, Temkin N, Toga A, Valadka A, Vassar M, Wang K, Yue JK, Yuh E, Zafonte R. Latent Profile Analysis of Neuropsychiatric Symptoms and Cognitive Function of Adults 2 Weeks After Traumatic Brain Injury: Findings From the TRACK-TBI Study. JAMA Netw Open. 2021 03 01; 4(3):e213467. PMID: 33783518. PMCID: PMC8010589

403. Thijssen EH, La Joie R, Strom A, Fonseca C, Iaccarino L, Wolf A, Spina S, Allen IE, Cobigo Y, Heuer H, VandeVrede L, Proctor NK, Lago AL, Baker S, Sivasankaran R, Kieloch A, Kinhikar A, Yu L, Valentin MA, Jeromin A, Zetterberg H, Hansson O, Mattsson-Carlgren N, Graham D, Blennow K, Kramer JH, Grinberg LT, Seeley WW, Rosen H, Boeve BF, Miller BL, Teunissen CE, Rabinovici GD, Rojas JC, Dage JL, Boxer AL, Advancing Research and Treatment for Frontotemporal Lobar Degeneration investigators. Plasma phosphorylated tau 217 and phosphorylated tau 181 as biomarkers in Alzheimer's disease and frontotemporal lobar degeneration: a retrospective diagnostic performance study. Lancet Neurol. 2021 09; 20(9):739-752. PMID: 34418401. PMCID: PMC8711249

404. Plasma Glial Fibrillary Acidic Protein Levels Differ Along the Spectra of Amyloid Burden and Clinical Disease Stage. J Alzheimers Dis. 2021; 80(1):471-474. PMID: 33612550

405. Rankin KP, Toller G, Gavron L, La Joie R, Wu T, Shany-Ur T, Callahan P, Krassner M, Kramer JH, Miller BL. Social Behavior Observer Checklist: Patterns of Spontaneous Behaviors Differentiate Patients With Neurodegenerative Disease From Healthy Older Adults. Front Neurol. 2021; 12:683162. PMID: 34557141. PMCID: PMC8452879

406. Edwards L, La Joie R, Iaccarino L, Strom A, Baker SL, Casaletto KB, Cobigo Y, Grant H, Kim M, Kramer JH, Mellinger TJ, Pham J, Possin KL, Rosen HJ, Soleimani-Meigooni DN, Wolf A, Miller BL, Rabinovici GD. Multimodal neuroimaging of sex differences in cognitively impaired patients on the Alzheimer's continuum: greater tau-PET retention in females. Neurobiol Aging. 2021 Sep; 105:86-98. PMID: 34049062

407. Antoniou R, Romero-Kornblum H, Young JC, You M, Kramer JH, Chiong W. Reduced utilitarian willingness to violate personal rights during the COVID-19 pandemic. PLoS One. 2021; 16(10):e0259110. PMID: 34679124. PMCID: PMC8535394

408. Asken BM, Mantyh WG, La Joie R, Strom A, Casaletto KB, Staffaroni AM, Apple AC, Lindbergh CA, Iaccarino L, You M, Grant H, Fonseca C, Windon C, Younes K, Tanner J, Rabinovici GD, Kramer JH, Gardner RC. Association of remote mild traumatic brain injury with cortical amyloid burden in clinically normal older adults. Brain Imaging Behav. 2021 Jan 11. PMID: 33432536

409. Vossel K, Ranasinghe KG, Beagle AJ, La A, Ah Pook K, Castro M, Mizuiri D, Honma SM, Venkateswaran N, Koestler M, Zhang W, Mucke L, Howell MJ, Possin KL, Kramer JH, Boxer AL, Miller BL, Nagarajan SS, Kirsch HE. Effect of Levetiracetam on Cognition in Patients With Alzheimer Disease With and Without Epileptiform Activity: A Randomized Clinical Trial. JAMA Neurol. 2021 11 01; 78(11):1345-1354. PMID: 34570177. PMCID: PMC8477304

410. Casaletto KB, Zetterberg H, Blennow K, Brinkmalm A, Honer W, Schneider JA, Bennett DA, Djukic N, You M, Weiner-Light S, Fonseca C, Miller BL, Kramer J. Tripartite Relationship Among Synaptic, Amyloid, and Tau Proteins: An In Vivo and Postmortem Study. Neurology. 2021 May 04. PMID: 33947778. PMCID: PMC8302153

411. Jann K, Shao X, Ma SJ, Cen SY, D'Orazio L, Barisano G, Yan L, Casey M, Lamas J, Staffaroni AM, Kramer JH, Ringman JM, Wang DJJ. Evaluation of Cerebral Blood Flow Measured by 3D PCASL as Biomarker of Vascular Cognitive Impairment and Dementia (VCID) in a Cohort of Elderly Latinx Subjects at Risk of Small Vessel Disease. Front Neurosci. 2021 Jan 27;15:627627. doi: 10.3389/fnins.2021.627627.

412. Younes K, Rojas JC, Wolf A, Sheng-Yang GM, Paoletti M, Toller G, Caverzasi E, Luisa Mandelli M, Illán-Gala I, Kramer JH, Cobigo Y, Miller BL, Rosen HJ, Geschwind MD. Selective vulnerability to atrophy in sporadic Creutzfeldt-Jakob disease. Ann Clin Transl Neurol. 2021 06; 8(6):1183-1199. PMID: 33949799. PMCID: PMC8164858

413. Wilcock D, Jicha G, Blacker D, Albert MS, D'Orazio LM, Elahi FM, Fornage M, Hinman JD, Knoefel J, Kramer J, Kryscio RJ, Lamar M, Moghekar A, Prestopnik J, Ringman JM, Rosenberg G, Sagare A, Satizabal CL, Schneider J, Seshadri S, Sur S, Tracy RP, Yasar S, Williams V, Singh H, Mazina L, Helmer KG, Corriveau RA, Schwab K, Kivisäkk P, Greenberg SM. MarkVCID cerebral small vessel consortium: I. Enrollment, clinical, fluid protocols. Alzheimers Dement. 2021 Jan 21. PMID: 33480172

414. Lindbergh CA, Romero-Kornblum H, Weiner-Light S, Young JC, Fonseca C, You M, Wolf A, Staffaroni AM, Daly R, Jeste DV, Kramer JH, Chiong W, Hillblom Aging Network . Wisdom and fluid intelligence are dissociable in healthy older adults. Int Psychogeriatr. 2021 May 10; 1-11. PMID: 33966673

415. Detecting Alzheimer's disease biomarkers with a brief tablet-based cognitive battery: sensitivity to Aß and tau PET. Alzheimers Res Ther. 2021 02 08; 13(1):36. PMID: 33557905. PMCID: PMC7871372

416. Elahi FM, Ashimatey SB, Bennett DJ, Walters SM, La Joie R, Jiang X, Wolf A, Cobigo Y, Staffaroni AM, Rosen HJ, Miller BL, Rabinovici GD, Kramer JH, Green AJ, Kashani AH. Retinal imaging demonstrates reduced capillary density in clinically unimpaired APOE e4 gene carriers. Alzheimers Dement (Amst). 2021; 13(1):e12181. PMID: 34013017. PMCID: PMC8111703

417. Rijpma MG, Shdo SM, Shany-Ur T, Toller G, Kramer JH, Miller BL, Rankin KP. Salience driven attention is pivotal to understanding others' intentions. Cogn Neuropsychol. 2021 Feb; 38(1):88-106. PMID: 33522407

418. Apostolova LG, Aisen P, Eloyan A, Fagan A, Fargo KN, Foroud T, Gatsonis C, Grinberg LT, Jack CR, Kramer J, Koeppe R, Kukull WA, Murray ME, Nudelman K, Rumbaugh M, Toga A, Vemuri P, Trullinger A, Iaccarino L, Day GS, Graff-Radford NR, Honig LS, Jones DT, Masdeu J, Mendez M, Musiek E, Onyike CU, Rogalski E, Salloway S, Wolk DA, Wingo TS, Carrillo MC, Dickerson BC, Rabinovici GD, LEADS Consortium . The Longitudinal Early-onset Alzheimer's Disease Study (LEADS): Framework and methodology. Alzheimers Dement. 2021 May 21. PMID: 34018654

419. Zitser J, Casaletto KB, Staffaroni AM, Sexton C, Weiner-Light S, Wolf A, Brown JA, Miller BL, Kramer JH. Mild Motor Signs Matter in Typical Brain Aging: The Value of the UPDRS Score Within a Functionally Intact Cohort of Older Adults. Front Aging Neurosci. 2021 Feb 11;13:594637. doi: 10.3389

420. Falgàs N, Illán-Gala I, Allen IE, Mumford P, Essanaa YM, Le MM, You M, Grinberg LT, Rosen HJ, Neylan TC, Kramer JH, Walsh CM. Specific cortical and subcortical grey matter regions are associated with insomnia severity. PLoS One. 2021; 16(5):e0252076. PMID: 34038462. PMCID: PMC8153469

421. Illán-Gala I, Falgàs N, Friedberg A, Castro-Suárez S, Keret O, Rogers N, Oz D, Nigro S, Quattrone A, Quattrone A, Wolf A, Younes K, Santos-Santos M, Borrego-Écija S, Cobigo Y, Dols-Icardo O, Lladó A, Sánchez-Valle R, Clarimon J, Blesa R, Alcolea D, Fortea J, Lleó A, Grinberg LT, Spina S, Kramer JH, Rabinovici GD, Boxer A, Gorno Tempini ML, Miller BL, Seeley WW, Rosen HJ, Perry DC. Diagnostic Utility of Measuring Cerebral Atrophy in the Behavioral Variant of Frontotemporal Dementia and Association With Clinical Deterioration. JAMA Netw Open. 2021 Mar 01; 4(3):e211290. PMID: 33704477. PMCID: PMC7953307

422. Lukic S, Borghesani V, Weis E, Welch A, Bogley R, Neuhaus J, Deleon J, Miller ZA, Kramer JH, Miller BL, Dronkers NF, Gorno-Tempini ML. Dissociating nouns and verbs in temporal and perisylvian networks: Evidence from neurodegenerative diseases. Cortex. 2021 Jun 02; 142:47-61. PMID: 34182153

423. Illán-Gala I, Casaletto KB, Borrego-Écija S, Arenaza-Urquijo EM, Wolf A, Cobigo Y, Goh SYM, Staffaroni AM, Alcolea D, Fortea J, Blesa R, Clarimon J, Iulita MF, Brugulat-Serrat A, Lladó A, Grinberg LT, Possin K, Rankin KP, Kramer JH, Rabinovici GD, Boxer A, Seeley

WW, Sturm VE, Gorno-Tempini ML, Miller BL, Sánchez-Valle R, Perry DC, Lleó A, Rosen HJ. Sex differences in the behavioral variant of frontotemporal dementia: A new window to executive and behavioral reserve. Alzheimers Dement. 2021 Aug;17(8):1329-1341. doi: 10.1002/alz.12299.

424. Lindbergh CA, Asken BM, Casaletto KB, Elahi FM, Goldberger LA, Fonseca C, You M, Apple AC, Staffaroni AM, Fitch R, Rivera Contreras W, Wang P, Karydas A, Kramer JH, Hillblom Aging Network . Inter-Batch Reliability of Blood-Based Cytokine and Chemokine Measurements in Community-Dwelling Older Adults: A Cross-Sectional Study. J Gerontol A Biol Sci Med Sci. 2021 Jun 10. PMID: 34110415

425. Spina S, La Joie R, Petersen C, Nolan AL, Cuevas D, Cosme C, Hepker M, Hwang JH, Miller ZA, Huang EJ, Karydas AM, Grant H, Boxer AL, Gorno-Tempini ML, Rosen HJ, Kramer JH, Miller BL, Seeley WW, Rabinovici GD, Grinberg LT. Comorbid neuropathological diagnoses in early versus late-onset Alzheimer's disease. Brain. 2021 Mar 09. PMID: 33693619

426. Asken BM, VandeVrede L, Rojas JC, Fonseca C, Staffaroni AM, Elahi FM, Lindbergh CA, Apple AC, You M, Weiner-Light S, Brathaban N, Fernandes N, Boxer AL, Miller BL, Rosen HJ, Kramer JH, Casaletto KB. Lower White Matter Volume and Worse Executive Functioning Reflected in Higher Levels of Plasma GFAP among Older Adults with and Without Cognitive Impairment. J Int Neuropsychol Soc. 2021 Jun 22; 1-12. PMID: 34158138

427. Staffaroni, A. M., Weintraub, S., Rascovsky, K., Rankin, K. P., Taylor, J., Fields, J. A., Casaletto, K. B., Hillis, A. E., Lukic, S., Gorno-Tempini, M. L., Heuer, H., Teylan, M. A., Kukull, W. A., Miller, B. L., Boeve, B. F., Rosen, H. J., Boxer, A. L., & Kramer, J. H. (2021). Uniform data set language measures for bvFTD and PPA diagnosis and monitoring. Alzheimer's & dementia (Amsterdam, Netherlands), 13(1), e12148. https://doi.org/10.1002/dad2.12148

428. Foreman B, Lee H, Mizrahi MA, Hartings JA, Ngwenya LB, Privitera M, Tortella FC, Zhang N, Kramer JH. Seizures and Cognitive Outcome After Traumatic Brain Injury: A Post Hoc Analysis. Neurocrit Care. 2021 Jul 07. PMID: 34232458

429. Rini J, Asken B, Geier E, Rankin K, Kramer J, Boxer A, Miller B, Yokoyama J, Spina S. Genetic pleiotropy and the shared pathological features of corticobasal degeneration and progressive supranuclear palsy: a case report and a review of the literature. Neurocase. 2021 Mar 23; 1-10. PMID: 33754963

430. Yang WFZ, Toller G, Shdo S, Kotz SA, Brown J, Seeley WW, Kramer JH, Miller BL, Rankin KP. Resting functional connectivity in the semantic appraisal network predicts accuracy of emotion identification. Neuroimage Clin. 2021 Jul 07; 31:102755. PMID: 34274726. PMCID: PMC8319356

431. Stiver J, Staffaroni AM, Walters SM, You MY, Casaletto KB, Erlhoff SJ, Possin KL, Lukic S, La Joie R, Rabinovici GD, Zimmerman ME, Gorno-Tempini ML, Kramer JH. The Rapid Naming Test: Development and initial validation in typically aging adults. Clin Neuropsychol. 2021 Mar 26; 1-22. PMID: 33771087

432. Ranasinghe KG, Toller G, Cobigo Y, Chiang K, Callahan P, Eliazer C, Kramer JH, Rosen HJ, Miller BL, Rankin KP. Computationally derived anatomic subtypes of behavioral variant frontotemporal dementia show temporal stability and divergent patterns of longitudinal

atrophy. Alzheimers Dement (Amst). 2021; 13(1):e12183. PMID: 34268446. PMCID: PMC8274310

433. Levin HS, Temkin NR, Barber J, Nelson LD, Robertson C, Brennan J, Stein MB, Yue JK, Giacino JT, McCrea MA, Diaz-Arrastia R, Mukherjee P, Okonkwo DO, Boase K, Markowitz AJ, Bodien Y, Taylor S, Vassar MJ, Manley GT, TRACK-TBI Investigators , Adeoye O, Badjatia N, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Dikmen S, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson AR, Foreman B, Gardner R, Gaudette E, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Keene CD, Korley FK, Kramer J, Kreitzer N, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Nolan A, Ngwenya LB, Noel F, Palacios E, Puccio A, Rabinowitz M, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Sun X, Toga A, Valadka A, Wang K, Yuh E, Zafonte R. Association of Sex and Age With Mild Traumatic Brain Injury-Related Symptoms: A TRACK-TBI Study. JAMA Netw Open. 2021 Apr 01; 4(4):e213046. PMID: 33822070. PMCID: PMC8025125

434. Yuh EL, Jain S, Sun X, Pisica D, Harris MH, Taylor SR, Markowitz AJ, Mukherjee P, Verheyden J, Giacino JT, Levin HS, McCrea M, Stein MB, Temkin NR, Diaz-Arrastia R, Robertson CS, Lingsma HF, Okonkwo DO, Maas AIR, Manley GT, TRACK-TBI Investigators for the CENTER-TBI Investigators , Adeoye O, Badjatia N, Boase K, Bodien Y, Corrigan JD, Crawford K, Dikmen S, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson AR, Foreman B, Gardner R, Gaudette E, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Keene CD, Kramer J, Kreitzer N, Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Nelson L, Ngwenya LB, Noel F, Nolan A, Palacios E, Perl D, Rabinowitz M, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Toga A, Valadka A, Vassar M, Zafonte R. Pathological Computed Tomography Features Associated With Adverse Outcomes After Mild Traumatic Brain Injury: A TRACK-TBI Study With External Validation in CENTER-TBI. JAMA Neurol. 2021 Jul 19. PMID: 34279565. PMCID: PMC8290344

435. Rojas JC, Wang P, Staffaroni AM, Heller C, Cobigo Y, Wolf A, Goh SM, Ljubenkov PA, Heuer HW, Fong JC, Taylor JB, Veras E, Song L, Jeromin A, Hanlon D, Yu L, Khinikar A, Sivasankaran R, Kieloch A, Valentin MA, Karydas AM, Mitic LL, Pearlman R, Kornak J, Kramer JH, Miller BL, Kantarci K, Knopman DS, Graff-Radford N, Petrucelli L, Rademakers R, Irwin DJ, Grossman M, Ramos EM, Coppola G, Mendez MF, Bordelon Y, Dickerson BC, Ghoshal N, Huey ED, Mackenzie IR, Appleby BS, Domoto-Reilly K, Hsiung GR, Toga AW, Weintraub S, Kaufer DI, Kerwin D, Litvan I, Onyike CU, Pantelyat A, Roberson ED, Tartaglia MC, Foroud T, Chen W, Czerkowicz J, Graham DL, van Swieten JC, Borroni B, Sanchez-Valle R, Moreno F, Laforce R, Graff C, Synofzik M, Galimberti D, Rowe JB, Masellis M, Finger E, Vandenberghe R, de Mendonça A, Tagliavini F, Santana I, Ducharme S, Butler CR, Gerhard A, Levin J, Danek A, Otto M, Sorbi S, Cash DM, Convery RS, Bocchetta M, Foiani M, Caroline V G, Peakman G, Russell L, Swift I, Todd E, Rohrer JD, Boeve BF, Rosen HJ, Boxer AL. Plasma Neurofilament Light for Prediction of Disease Progression in Familial Frontotemporal Lobar Degeneration. Neurology. 2021 Apr 07. PMID: 33827960

436. McCrea MA, Giacino JT, Barber J, Temkin NR, Nelson LD, Levin HS, Dikmen S, Stein M, Bodien YG, Boase K, Taylor SR, Vassar M, Mukherjee P, Robertson C, Diaz-Arrastia R, Okonkwo DO, Markowitz AJ, Manley GT, TRACK-TBI Investigators , Adeoye O, Badjatia N, Bullock MR, Chesnut R, Corrigan JD, Crawford K, Duhaime AC, Ellenbogen R, Feeser VR, Ferguson AR, Foreman B, Gardner R, Gaudette E, Goldman D, Gonzalez L, Gopinath S, Gullapalli R, Hemphill JC, Hotz G, Jain S, Keene CD, Korley FK, Kramer J, Kreitzer N,

Lindsell C, Machamer J, Madden C, Martin A, McAllister T, Merchant R, Ngwenya LB, Noel F, Nolan A, Palacios E, Perl D, Puccio A, Rabinowitz M, Rosand J, Sander A, Satris G, Schnyer D, Seabury S, Sherer M, Toga A, Valadka A, Wang K, Yue JK, Yuh E, Zafonte R. Functional Outcomes Over the First Year After Moderate to Severe Traumatic Brain Injury in the Prospective, Longitudinal TRACK-TBI Study. JAMA Neurol. 2021 Aug 01; 78(8):982-992. PMID: 34228047. PMCID: PMC8261688

437. Memel M, Staffaroni AM, Cobigo Y, Casaletto KB, Fonseca C, Bettcher BM, Yassa MA, Elahi FM, Wolf A, Rosen HJ, Kramer JH. APOE moderates the effect of hippocampal blood flow on memory pattern separation in clinically normal older adults. Hippocampus. 2021 Apr 09. PMID: 33835624

438. Elahi FM, Harvey D, Altendahl M, Brathaban N, Fernandes N, Casaletto KB, Staffaroni AM, Maillard P, Hinman JD, Miller BL, DeCarli C, Kramer JH, Goetzl EJ. Elevated complement mediator levels in endothelial-derived plasma exosomes implicate endothelial innate inflammation in diminished brain function of aging humans. Sci Rep. 2021 Aug 10; 11(1):16198. PMID: 34376699. PMCID: PMC8355229

439. Falgàs N, Allen IE, Spina S, Grant H, Piña Escudero SD, Merrilees J, Gearhart R, Rosen HJ, Kramer JH, Seeley WW, Neylan TC, Miller BL, Rabinovici GD, Grinberg LT, Walsh CM. The severity of neuropsychiatric symptoms is higher in early-onset than late-onset Alzheimer's disease. Eur J Neurol. 2022 04; 29(4):957-967. PMID: 34862834. PMCID: PMC8901553

440. Rijpma MG, Yang WFZ, Toller G, Battistella G, Sokolov AA, Sturm VE, Seeley WW, Kramer JH, Miller BL, Rankin KP. Influence of periaqueductal gray on other salience network nodes predicts social sensitivity. Hum Brain Mapp. 2022 Apr 01; 43(5):1694-1709. PMID: 34981605. PMCID: PMC8886662

441. Elahi FM, Harvey D, Altendahl M, Brathaban N, Fernandes N, Casaletto KB, Staffaroni AM, Maillard P, Hinman JD, Miller BL, DeCarli C, Kramer JH, Goetzl EJ. Author Correction: Elevated complement mediator levels in endothelial-derived plasma exosomes implicate endothelial innate inflammation in diminished brain function of aging humans. Sci Rep. 2022 Feb 01; 12(1):2008. PMID: 35105918. PMCID: PMC8807814

442. Schneider ALC, Huie JR, Boscardin WJ, Nelson L, Barber JK, Yaffe K, Diaz-Arrastia R, Ferguson AR, Kramer J, Jain S, Temkin N, Yuh E, Manley GT, Gardner RC, TRACK-TBI Investigators. Cognitive Outcome 1 Year After Mild Traumatic Brain Injury: Results From the TRACK-TBI Study. Neurology. 2022 Mar 22; 98(12):e1248-e1261. PMID: 35173018. PMCID: PMC8967334

443. Toller G, Mandelli ML, Cobigo Y, Rosen HJ, Kramer JH, Miller BL, Gorno-Tempini ML, Rankin KP. Right uncinate fasciculus supports socioemotional sensitivity in health and neurodegenerative disease. Neuroimage Clin. 2022 Mar 25; 34:102994. PMID: 35487131

444. Maillard P, Lu H, Arfanakis K, Gold BT, Bauer CE, Zachariou V, Stables L, Wang DJJ, Jann K, Seshadri S, Duering M, Hillmer LJ, Rosenberg GA, Snoussi H, Sepehrband F, Habes M, Singh B, Kramer JH, Corriveau RA, Singh H, Schwab K, Helmer KG, Greenberg SM, Caprihan A, DeCarli C, Satizabal CL, MarkVCID Consortium. Instrumental validation of free water, peak-width of skeletonized mean diffusivity, and white matter hyperintensities: MarkVCID neuroimaging kits. Alzheimers Dement (Amst). 2022; 14(1):e12261. PMID: 35382232. PMCID: PMC8959640

445. Oh JY, Walsh CM, Ranasinghe K, Mladinov M, Pereira FL, Petersen C, Falgàs N, Yack L, Lamore T, Nasar R, Lew C, Li S, Metzler T, Coppola Q, Pandher N, Le M, Heuer HW, Heinsen H, Spina S, Seeley WW, Kramer J, Rabinovici GD, Boxer AL, Miller BL, Vossel K, Neylan TC, Grinberg LT. Subcortical Neuronal Correlates of Sleep in Neurodegenerative Diseases. JAMA Neurol. 2022 Apr 04. PMID: 35377391. PMCID: PMC8981071

446. Escher C, Asken BM, VandeBunte A, Fonseca C, You M, Kramer JH, Casaletto KB. Roles of physical activity and diet in cognitive aging: is more better? Clin Neuropsychol. 2022 Apr 10; 1-18. PMID: 35403566

447. Apple AC, Lindbergh CA, Landau SM, DeLuca A, Eberling JL, Jagust WJ, Kramer JH, Rugo HS, Heflin LH. Longitudinal Trajectories of Memory Performance in Patients with Early-Stage Breast Cancer. J Oncol. 2022; 2022:5899728. PMID: 35469310. PMCID: PMC9034940

448. Ranasinghe KG, Kudo K, Hinkley L, Beagle A, Lerner H, Mizuiri D, Findlay A, Miller BL, Kramer JH, Gorno-Tempini ML, Rabinovici GD, Rankin KP, Garcia PA, Kirsch HE, Vossel K, Nagarajan SS. Neuronal synchrony abnormalities associated with subclinical epileptiform activity in early-onset Alzheimer's disease. Brain. 2022 Apr 18; 145(2):744-753. PMID: 34919638

449. Asken B, Tanner JA, VandeVrede L, Casaletto KB, Staffaroni AM, Mundada N, Fonseca C, Iaccarino L, La Joie R, Tsuei T, Mladinov M, Grant H, Shankar R, Wang KKW, Xu H, Cobigo Y, Rosen H, Gardner RC, Perry DC, Miller BL, Spina S, Seeley WW, Kramer J, Grinberg LT, Rabinovici G. Multimodal Biomarkers of Repetitive Head Impacts and Traumatic Encephalopathy Syndrome: A Clinico-Pathological Case Series. J Neurotrauma. 2022 Apr 28. PMID: 35481808

450. Paolillo EW, Lee SY, VandeBunte A, Djukic N, Fonseca C, Kramer JH, Casaletto KB. Wearable Use in an Observational Study Among Older Adults: Adherence, Feasibility, and Effects of Clinicodemographic Factors. Front Digit Health. 2022 Jun 10;4:884208. PMID: 35754462

451. Younes K, Borghesani V, Montembeault M, Spina S, Mandelli ML, Welch AE, Weis E, Callahan P, Elahi FM, Hua AY, Perry DC, Karydas A, Geschwind D, Huang E, Grinberg LT, Kramer JH, Boxer AL, Rabinovici GD, Rosen HJ, Seeley WW, Miller ZA, Miller BL, Sturm VE, Rankin KP, Luisa Gorno-Tempini M. Right temporal lobe and socioemotional semantics: semantic behavioural variant frontotemporal dementia. Brain. 2022 Jun 22:awac217. PMID: 35731122

452. Zitser J, Allen IE, Falgàs N, Le MM, Neylan TC, Kramer JH, Walsh CM. Pittsburgh Sleep Quality Index (PSQI) responses are modulated by total sleep time and wake after sleep onset in healthy older adults. PLoS One. 2022 Jun 24;17(6):e0270095. PMID: 35749529

453. Tanner JA, Iaccarino L, Edwards L, Asken BM, Gorno-Tempini ML, Kramer JH, Pham J, Perry DC, Possin K, Malpetti M, Mellinger T, Miller BL, Miller Z, Mundada NS, Rosen HJ, Soleimani-Meigooni DN, Strom A, La Joie R, Rabinovici GD. Amyloid, tau and metabolic PET correlates of cognition in early and late-onset Alzheimer's disease. Brain. 2022 Jun 28:awac229. PMID: 35762829

454. Abdelhak A, Solomon I, Montes SC, Saias A, Cordano C, Asken B, Fonseca C, Oertel FC, Arfanakis K, Staffaroni AM, Kramer JH, Geschwind M, Miller BL, Elahi FM, Green AJ. Retinal arteriolar parameters as a surrogate marker of intracranial vascular pathology. Alzheimers Dement (Amst). 2022 Jul 5;14(1):e12338. PMID: 35814617

455. Berry K, Asken BM, Grab JD, Chan B, Lario Lago A, Wong R, Seetharaman S, LaHue SC, Possin KL, Rojas JC, Kramer JH, Boxer AL, Lai JC, VandeVrede L. Hepatic and renal function impact concentrations of plasma biomarkers of neuropathology. Alzheimers Dement (Amst). 2022 Jul 12;14(1):e12321. PMID: 35845260

## CONTRIBUTIONS TO NEUROPSYCHOLOGICAL TESTS

1. Delis DC, **Kramer JH**, Kaplan E, Ober BA. 1987. The California Verbal Learning Test. San Antonio: The Psychological Corporation.

2. Delis DC, **Kramer JH**, Kaplan E, Ober BA. (1994). The California Verbal Learning Test - Children's Version. San Antonio: The Psychological Corporation.

3. Kaplan E, Fein D, **Kramer JH**, Morris RD, Delis DC. (1999). Wechsler Intelligence Scale for Children, 3rd edition as a Neuropsychological Instrument. San Antonio: The Psychological Corporation.

4. Delis DC, **Kramer JH**, Kaplan E, Ober BA. 2000. The California Verbal Learning Test - Third Edition. San Antonio: The Psychological Corporation.

5. Delis DC, Kaplan E, **Kramer JH**. 2001. The Delis-Kaplan Executive Function Scale. San Antonio: The Psychological Corporation.

6. Kaplan E, Fein D, Maerlender A, **Kramer JH**, Morris RD, Delis DC. (2005). Wechsler Intelligence Scale for Children, 4th Edition, Integrated. San Antonio: The Psychological Corporation.

## APPENDIX C: BRIEF DESCRIPTIONS OF NEUROPSYCHOLOGICAL TESTS CURRENTLY UTILIZED IN THE YNHH LCPP PRIMARY SCREENING BATTERY

In this Appendix, I briefly describe the neuropsychological tests used in the YNHH LCPP primary screening battery, (*See* Hawkins Dep. 5/12/22, 171:2-183:6, Ex. 7, Ex. 8).  I have extensive experience with each of the neuropsychological tests described below, with the exception of the Behavior Dyscontrol Scale. I am a co-author of the ███████████████████ ███████████████████████████████████████████████████████, and part of the team that developed the ████████████████████████████████ each identified below.  I have administered thousands of neuropsychological tests in my career over several decades.

### LCPP Primary/Core Screening Battery

████████████████████████████        The examinee is asked to complete a series actions as described in Exhibit 1 to Appendix D. (all Exhibits referenced herein are found in Appendix D). (*See* Hawkins Dep. 5/12/22, 177:3-7, 186:23-25.)

████████████████████████████████████████████████████████████████: The examinee is shown a geometric figure, and asked to copy it while viewing the sample.  A copy of the figure is included as Exhibit 2 at YU013272. 10-15 minutes later, the examinee is asked to draw the geometric figure from memory, then is shown four geometric figures (Exhibit 2 at YU013286) and asked to identify the figure copied earlier.

████████████████████████████████████████████        The examinee is given a letter of the alphabet and asked to generate as many words as they can beginning with that letter in one minute.

████████████████████████████████████████████        The examinee is given a semantic category (e.g., animals) and asked to generate as many members of that category as they can in one minute.

████████████████████████████████████████████████        This test has four conditions: 1) the examinee is first presented with an array of colored bars (Ex. 3 at YNHH 005147) and asked to rapidly name the colors; 2) the examinee is presented with an array of color names written in black text and asked to rapidly read the words (Ex. 3 at YNHH 005149); 3) the examinee is presented with an array of color names printed in a different color ink than the word (Ex. 3 at YNHH 005151), and asked to rapidly name the color of the ink the word is printed in; 4) the examinee is presented with an array of color names printed in a different color ink than the word, with some in boxes (Ex. 3 at YNHH 005153), and asked to intermittently either read the words or name the color or the ink based on whether the word is in a box or not.

████████████████████████████████        The stimuli consist of a series of drawings of objects (e.g., key) that have been cut up and rearranged (see Ex. 4). The examinee must identify what the object is.

██████████████████████████████████████ The examinee is told a list of 12 words. The list is presented three times where the examinee immediately recalls as many words as possible. Free recall and recognition of the list are assessed after 20 minutes.

█████████████████████████ The █████is a widely used cognitive screening test that takes about 10-minutes and includes a range of tasks like memory, object naming, drawing, fluency, repetition, attention, and orientation.  (*See* Ex. 5).

████████████████████████████████ consists of a visual array of the numbers 1 through 25; the examinee draws a line connecting the numbers in order as rapidly as possible. █████ is an array of numbers and letters and the examiner draws lines alternating between numbers and letters in order (i.e., 1-A-2-B etc.)  (*See* Ex. 6).

████████████████████████ This test consists of an array of number-symbol pairs at the top of the page that serves as a key, while the rest of the page contains rows of numbers with an empty square below. (*See* Ex. 7). The examinee fills in as many of the associated symbols as possible in two minutes.

████████████████████████████████ The examinee is told a list of numbers, and they have to repeat them back in order from smallest to largest.  The list of numbers gets longer as the test progresses.  (*See* Ex. 8, top half).

███████████████████████████████: The examinee is shown a series of pictures, each with an important part missing (*see* Ex. 9), and is asked to identify the missing part within twenty seconds.  The missing part is harder to identify in later images.

█████████████████████████████████: The examinee is presented with pages reflecting two symbols in the left column, and asked to mark where one of those symbols appears in the right column, or mark "NO" if neither symbol appears.  (*See* Ex. 10).  The examinee completes as many rows as possible in two minutes.

**APPENDIX D: EXHIBITS**

# EXHIBIT 1