IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>YALE NEW HAVEN HOSPITAL, INC.,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 3:20-cv-00187-VLB<br><br>April 18, 2023 |

### THE EEOC'S MOTION FOR BRIEF NUNC PRO TUNC EXTENSION OF TIME TO FILE OPPOSITION DECLARATION AND EXHIBITS

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), seeks permission *nunc pro tunc* for a very brief extension of time (90 minutes) to account for the late electronic filing of a Declaration [ECF No. 275] and Exhibits [ECF Nos. 275-1 – 275-11, 276-1 – 276-22, 277-1 – 277- 24] in support of its timely filed Opposition [ECF No. 274] and Local Rule 56(a)2 Statement of Facts in Opposition [ECF No. 274-1], all of which were filed under seal in opposition to Defendant Yale New Haven Hospital's Motion for Summary Judgment [ECF No. 247].[1]

As good cause for this request, the EEOC states that it began filing its Opposition and supporting documents well before the midnight filing deadline but repeatedly received an error message during the uploading process. *See,*

---

[1] The EEOC accidentally linked its Opposition to its own Motion for Summary Judgment (ECF No. 251), as opposed to YNHH's Motion for Summary Judgment (ECF No. 247). *See* Docket Text for ECF No. 274.

*e.g.,* Ex. 1. Overall, the EEOC tried to file at least five separate times—including attempted filings by multiple attorneys—but received the same error message. Though already under the Court's required size limit, the EEOC further compressed large PDFs in an attempt to fix the problem, to no avail. Because of the volume of exhibits (56), each attempted filing took a significant amount of time.

To ensure timely filing of at least its Motion and Memorandum of Law in Opposition and Statement of Facts, the EEOC attempted to file those separately, which succeeded. *See* ECF Nos. 274, 274-1. But the EEOC continued to receive the same error message when it then tried to file the Declaration and Exhibits.

In the interest of minimizing any prejudice to YNHH, counsel for the EEOC promptly emailed YNHH, explained the technical difficulties the EEOC was encountering, and sent all documents (both the already filed Opposition and Local Rule 56(a)2 Statement of Facts as well as the not-yet-filed Declaration and Exhibits) through its file-sharing platform. *See* Exs. 2, 3. Finally, by splitting its Exhibits across three separate ECF filings, the EEOC was able to file them. *See* ECF Nos. 275, 275-1 – 275-11, 276-1 – 276-22, 277-1 – 277- 24. The EEOC received notice that Defendant's counsel, Seyfarth Shaw, had downloaded all of these documents by 10:00 am on April 18th, and did not report any issues with receipt. *See* Ex. 4. Wiggin & Dana, additional counsel for YNHH reported this morning some difficulty opening/downloading these same exhibit files. The EEOC sent these files via encrypted email, and when informed that Wiggin could not access those exhibits without system difficulties, sent them again via unencrypted email,

which Wiggin ultimately reported being able to access.  *See* Ex. 5.  Therefore by 1:00 p.m. today, all counsel for YNHH received and was able to open/download all the files associated with ECF Nos. 275, 275-1 – 275-11, 276-1 – 276-22, and 277-1 – 277- 24. *See* Ex. 5.  Should the Court have difficulty opening and/or downloading these exhibits, the EEOC will send them in any manner preferred by the Court, in addition to the courtesy copies the Court will promptly receive.

The EEOC recognizes that, because YNHH did not receive the Declaration and Exhibits until today, YNHH need not file its Reply until May 2, 2023. *See* L.R. 7(d).

Accordingly, good cause exists for this adjustment.  YNHH agrees to the relief sought by this motion. This is the second request for an extension of the summary judgment opposition deadline. *See* ECF No. 258 (Joint Motion for Clarification); ECF No. 259 (construing ECF No. 258 as an extension motion and granting it).  The deadline for the filing of summary judgment motions was extended approximately ten times, including a 20-minute extension *nunc pro tunc* for the EEOC's late-filed motion. *See* ECF No. 240 at 2; ECF No. 241; ECF No. 251; ECF No. 253.

Dated:        April 18, 2023

                                                                            Respectfully submitted,

                                                                            s/ Daniel Seltzer

                                                                            *Attorneys for Plaintiff*
                                                                            Daniel Seltzer
                                                                            Trial Attorney
                                                                            Bar No. phv20678233
                                                                            Tel: (929) 506-5308
                                                                            Daniel.Seltzer@eeoc.gov

Caitlin D. Brown
Trial Attorney
Bar No. phv11110
Tel: (929) 506-5277
caitlin.brown@eeoc.gov

Kimberly A. Cruz
Supervisory Trial Attorney
Bar No. phv10827
Tel: (929) 506-5345
kimberly.cruz@eeoc.gov

U.S. Equal Employment
Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Fax: (212) 336-3623

Anastasia Doherty
Trial Attorney
Bar No. phv206963
Tel: (617) 865-3685
anastasia.doherty@eeoc.gov

U.S. Equal Employment
Opportunity Commission
Boston Area Office
John F. Kennedy Federal Building
15 New Sudbury St., Rm. 457
Boston, MA 02203

Andres F. Puerta
Trial Attorney
Bar No. phv207157
Newark Area Office
Two Gateway Center, 17th Floor
Newark, NJ 07023
andres.puerta@eeoc.gov