# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

## Error 404