AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Equal Employment Opportuntiy Commission )<br>*Plaintiff* )<br>v. )<br>Yale New Haven Hospital, Inc. )<br>*Defendant* ) | Case No.  3:20-cv-187 (VLB) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae AARP and AARP Foundation.

Date:   07/14/2023

/s/
*Attorney's signature*

Joshua R. Goodbaum (ct28834)
*Printed name and bar number*
Garrison, Levin-Epstein, Fitzgerald & Pirrotti, P.C.
405 Orange Street
New Haven, CT 06511

*Address*

jgoodbaum@garrisonlaw.com
*E-mail address*

(203) 777-4425
*Telephone number*

(203) 776-3965
*FAX number*