UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
EQUAL EMPLOYMENT OPPORTUNITY  :
COMMISSION,                   :
                              :  CASE NO. 3:20-CV-187 (KAD)
            Plaintiff,        :
                              :
    vs.                       :
                              :
YALE NEW HAVEN HOSPITAL, INC.,:
                              :  AUGUST 30, 2023
            Defendant.        :
------------------------------------------------------------ x

## DEFENDANT'S MOTION FOR CONTINUANCE

Defendant, Yale-New Haven Hospital, Inc. ("Defendant" or "YNHH") hereby respectfully requests that this Court reschedule the Status Conference scheduled for September 21, 2023 pursuant to this Court's orders of August 30, 2023 (Dkt#301).

Both undersigned counsel are traveling on September 21st and thus neither are available to attend the scheduled Status Conference on behalf of Defendant that day.

Opposing counsel has no objection to the Court's granting of this request.

**WHEREFORE**, Defendant respectfully requests that this Court reschedule the Status Conference for September 18th, 19th or any day between September 26th through the 29th.

Respectfully submitted,

DEFENDANT,
YALE NEW HAVEN HOSPITAL

By: */s/ Mary A. Gambardella*
 Mary A. Gambardella (ct05386)
 mgambardella@wiggin.com
 WIGGIN AND DANA LLP
 One Century Tower
 265 Church Street, 18th Floor
 New Haven, Connecticut 06508
 Tel:  (203) 498-4328
 Fax:  (203) 789-2889


 Christopher J. DeGroff (admitted pro hac vice)
 cdegroff@seyfarth.com
 SEYFARTH SHAW LLP
 233 S. Wacker Drive, Suite 8000
 Chicago, IL  60606

24208\455\4895-1350-1053.v1