IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC.,<br><br>Defendant. | Civil Action No.:<br>3:20-cv-00187-KAD |

## MOTION TO WITHDRAW ANASTASIA DOHERTY
## AS COUNSEL FOR THE EEOC

Plaintiff United States Equal Employment Opportunity Commission (EEOC), pursuant to Local Rule 7(e), respectfully requests that the undersigned counsel, Anastasia Doherty, be permitted to withdraw from representation of the EEOC in the above-captioned action. In support of the request, the undersigned affirms as follows:

1. The undersigned attorney's tenure at the EEOC is ending effective August 2, 2024.

2. The EEOC will continue to be represented by EEOC Trial Attorney Daniel L. Seltzer, Acting Supervisory Trial Attorney Caitlin D. Brown and Regional Attorney Kimberly A. Cruz.

WHEREFORE, the EEOC respectfully requests that the undersigned be permitted to withdraw her appearance in this case.

1

Dated: August 2, 2024

Respectfully submitted,

*s/ Anastasia Doherty*_____
Anastasia Doherty
Trial Attorney
Bar No. phv206963
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Boston Area Office
John F. Kennedy Federal Building
15 New Sudbury St., Rm. 457
Boston, MA 02203
Phone: (617) 865-3685
Fax: (617) 565-3196
anastasia.doherty@eeoc.gov