IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> YALE NEW HAVEN HOSPITAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00187-SALM |

## MOTION TO WITHDRAW

Per Local Rule 7(e), EEOC General Attorney Liane Rice moves to withdraw as counsel of record for Plaintiff Equal Employment Opportunity Commission ("EEOC"). Regional Attorney Kimberly A. Cruz and Trial Attorneys Caitlin D. Brown, Andres Puerta, and Daniel Seltzer will remain as counsel of record for Plaintiff.

Wherefore, the undersigned respectfully requests that the Court grant me leave to withdraw as one of the attorneys of record for the Plaintiff in this action.

Dated: December 17, 2024

Respectfully Submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

/s/ Liane T. Rice
LIANE T. RICE (Bar No. phv206796)
General Attorney
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(929) 506-5278 (telephone)
(212) 336-3623 (fax)
liane.rice@eeoc.gov