**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------------- x

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

        vs.

YALE NEW HAVEN HOSPITAL, INC.,

                  Defendant.

---------------------------------------------------------------- x

:    CASE NO. 3:20-CV-187 (KAD)

:    JUNE 8, 2026

## MOTION ON CONSENT TO RESCHEDULE ORAL ARGUMENT

The undersigned, on behalf of the Defendant, Yale-New Haven Hospital, Inc. ("Defendant" or "YNHH"), hereby respectfully requests that this Court reschedule the oral argument currently scheduled for August 19, 2026.

The reason for this request is that undersigned counsel plans to be out of the country August 9 through August 17, 2026.  Given this return date, the undersigned is concerned about the ability to adequately prepare for the oral argument on the extensive cross-Motions, including the ability to coordinate with co-counsel.

Plaintiff's counsel does not object to the granting of this Motion, which is the first request for the rescheduling of the August 19 oral argument.

Additionally, the parties' respective counsel have conferred and can provide the following, alternative dates for the oral argument.  These dates are also in recognition of vacation schedules of Plaintiff's counsel: Tuesday, August 25; Wednesday, August 26; or Thursday, August 27.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted, and the August 19 oral argument be rescheduled.

Respectfully submitted,

**Defendant, Yale New Haven Hospital, Inc.**

/s/ Mary A. Gambardella
Mary A. Gambardella (ct05386)
mgambardella@wiggin.com
WIGGIN AND DANA LLP
One Century Tower
265 Church Street, 18th Floor
New Haven, Connecticut 06508
Tel: (203) 498-4328
Fax: (203) 789-2889

Christopher J. DeGroff
(admitted *pro hac vice*)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

24208\455\4931-1086-0723.v1